IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC.<br>2101 Park Center Drive, Suite 330<br>Orlando, Florida 32835 | * |
| Plaintiff | * |
| v. | * Civil Action No: |
| UNITED STATES OF AMERICA<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530 | * |
| Serve on:<br>Jeffrey A. Taylor<br>United States Attorney for the<br>  District of Columbia<br>555 Fourth Street, N.W.<br>Washington, D.C. 20530 | |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for National Credit Counseling Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of National Credit Counseling Services, Inc. which have any outstanding securities in the hands of the public:

**NONE**

[text continued on next page]

These representations are made in order that the judges of this Court may determine the need for recusal.

Respectfully submitted,

Dated: November 28, 2006

_____
Gary S. Posner  (Bar I.D. No. MD05863)
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, Maryland  21202-1626
(410) 347-8700

Dated: November 28, 2006

_____
Jonathan Z. May (Bar I.D. No. 495031)
Robert D. Earle (Bar I.D. No. 449012)
Whiteford, Taylor & Preston L.L.P.
20 Columbia Corporate Center
10420 Little Patuxent Parkway, Ste. 495
Columbia, Maryland 21044-3528

Attorneys for Plaintiff,
  National Credit Counseling Services, Inc.

1709785