IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC. | * |
| Plaintiff | * |
| v. | * Civil Action No: 1:06 CV 02028 RBW |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### LINE SUBMITTING AFFIDAVIT OF SERVICE

To the Clerk:

Plaintiff, National Credit Counseling Services, Inc., by its undersigned counsel, hereby submits the attached Affidavit of Service of Process.

_____
Gary S. Posner  (Bar I.D. No. MD05863)
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, Maryland  21202-1626
(410) 347-8700

_____
Jonathan Z. May (Bar I.D. No. 495031)
Robert D. Earle (Bar I.D. No. 449012)
Whiteford, Taylor & Preston L.L.P.
20 Columbia Corporate Center
10420 Little Patuxent Parkway, Ste. 495
Columbia, Maryland 21044-3528

Attorneys for Plaintiff,
 National Credit Counseling Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2006, a copy of the foregoing Line Submitting Affidavit of Service was sent by first class mail, postage prepaid, to:

U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

The Internal Revenue Service
111 Constitution Avenue, N.W.
Washington, D.C. 20224

Charles F. Fisher, Appeals Team Mgr.
Internal Revenue Service
Appeals Office Area 4
701 Market Street
Philadelphia, PA 19106

_____
Gary S. Posner

1714818

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL CREDIT COUNSELING          *
SERVICES, INC.

      Plaintiff                                      *

v.                                                    * Civil Action No: 1:06 CV 02028 RBW

UNITED STATES OF AMERICA             *

      Defendant                                    *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### AFFIDAVIT OF SERVICE OF PROCESS

1. I, Barbara A. Lohorn, am over eighteen (18) years of age and am competent to testify as to the matters set forth herein.

2. I am not a party to the above-captioned action.

3. On November 30, 2006, I caused to be sent via certified mail, postage prepaid, return receipt requested to U.S. Attorney General, Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530 a Summons to the Attorney General and a copy of the Summons directed to the United States Attorney for the District of Columbia, along with the Complaint and Civil Cover Sheet; Certificate Required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia; Form for Consent to Proceed before a United States Magistrate Judge; and Initial Electronic Case Filing Order, with Attorney/Participation Registration form (the "Process"). The article number

assigned to the package to the U.S. Attorney General enclosing the Process was 7160 3901 9848 2759 0931.

4. Subsequently, via return mail, I received the original green return receipt card designated as PS Form 3811, July 2001, indicating that the package including the Process which was enclosed in article number 7160 3901 9848 2759 0931 was received by the addressee on December 7, 2006. A scanned true and accurate copy of the original of the receipt for certified mail, PS Form 3811, March 1993; the green return receipt card, PS Form 3811; and USPS computer tracking confirmation information are attached to this Affidavit and incorporated herein by reference as **Exhibit A**.

5. On November 30, 2006, I caused to be sent via certified mail, postage prepaid, return receipt requested to Jeffrey A. Taylor, U.S. Attorney for the District of Columbia, 555 Fourth Street, N.W., Washington, D.C. 20530 the Process as well as a copy of the Summons sent to the U.S. Attorney General. The article number assigned to the package to Jeffrey A. Taylor, U.S. Attorney for the District of Columbia, enclosing the Process was 7160 3901 9849 2394 0326.

6. Subsequently, via return mail, I received the original green return receipt card designated as PS Form 3811, July 2001, indicating that the package, including the Process, which was enclosed in article number 7160 3901 9849 2394 0326 was received by the addressee on December 7, 2006. A scanned true and accurate copy of the original of the receipt for certified mail, PS Form 3811, March 1993; the green return receipt card, PS Form 3811; and USPS computer

tracking confirmation information are attached to this Affidavit and incorporated herein by reference as **Exhibit B**.

7.  On November 30, 2006, I caused to be sent via certified mail, postage prepaid, return receipt requested to The Internal Revenue Service, 111 Constitution Avenue, N.W., Washington, D.C. 20224, a copy of the Process served upon the Attorney General and the U.S. Attorney for the District of Columbia. The article number assigned to the package to the Internal Revenue Service enclosing the Process was 7160 3901 9848 2758 6309.

8.  Subsequently, via return mail, I received the original green return receipt card designated as PS Form 3811, July 2001, indicating that the package, including the Process, which was enclosed in article number 7160 3901 9848 2758 6309 was received by the addressee. The USPS computer tracking information showed that it was received on December 7, 2006. The original of the receipt for certified mail, PS Form 3811, March 1993; the green return receipt card, PS Form 3811; and USPS computer tracking confirmation information are attached to this Affidavit and incorporated herein by reference as **Exhibit C**.

9.  On November 30, 2006, I caused to be sent via certified mail, postage prepaid, return receipt requested to Charles F. Fisher, Appeals Team Mgr, Internal Revenue Service, Appeals Office, 409 Silverside Road, Wilmington, Delaware 19808, the Process. The article number assigned to the package to Charles F. Fisher enclosing the package, including Process, was 7160 3901 9848 2758 6323.

3

10. Subsequently, via return mail, I received the original green return receipt card designated as PS Form 3811, July 2001, indicating that the package, including the Process, which was enclosed in article number 7160 3901 9848 2758 6323 was received by the addressee on December 5, 2006. A scanned true and accurate copy of the original of the receipt for certified mail, PS Form 3811, March 1993; the green return receipt card, PS Form 3811; and USPS computer tracking confirmation information are attached to this Affidavit and incorporated herein by reference as **Exhibit D**.

11. On November 30, 2006, I caused to be sent via certified mail, postage prepaid, return receipt requested to Charles F. Fisher, Appeals Team Mgr., Internal Revenue Service, Appeals Office, 300 North Los Angeles Street, MS LA-8000 Room 3054, Los Angeles, CA 90012, the Process. The article number assigned to the package to Charles F. Fisher enclosing the package including Process was 7160 3901 9848 2758 6316.

12. Subsequently, via return mail, I received the original green return receipt card designated as PS Form 3811, July 2001, indicating that the package, including the Process, which was enclosed in article number 7160 3901 9848 2758 6316 was received by the addressee on December 6, 2006. A scanned true and accurate copy of the original of the receipt for certified mail, PS Form 3811, March 1993; the green return receipt card, PS Form 3811; and USPS computer tracking confirmation information are attached to this Affidavit and incorporated herein by reference as **Exhibit E**.


I HEREBY AFFIRM under the penalties of perjury that the foregoing is true to the best of my knowledge, information and belief.

_____
Barbara A. Lohorn

1713368

```
7160 3901 9848 2759 0931
```

**TO:** U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**SENDER:** gsp

**REFERENCE:** 8051/2

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | 1.83 .37 |
|---|---|---|
| | Certified Fee | 2.40 2.30 |
| | Return Receipt Fee | 1.85 1.75 |
| | Restricted Delivery | |
| | Total Postage & Fees | 4.42 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
NOV 30 2006
M.O.W.S. E MD 21233


EXHIBIT A
ALL-STATE® INTERNATIONAL



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7160 3901 9848 2759 0931
Status: **Delivered**

Your item was delivered at 4:54 AM on December 7, 2006 in WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



2. Article Number

7160 3901 9848 2759 0931

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature
X                                         DEC 0 7 2006
                                          ☐ Agent
                                          ☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   ☐ Yes
1. Article Addressed to:

U.S. Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Reference Information

8051/2

gsp

PS Form 3811, July 2001   Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do              12/8/2006

7160 3901 9849 2394 0326

**TO:** Jeffrey A. Taylor
U.S. Attorney for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

**SENDER:** gsp

**REFERENCE:** 8051/2

PS Form 3800, January 2005

| RETURN RECEIPT SERVICE | Postage | .37 |
|---|---|---|
| | Certified Fee | 2.30 |
| | Return Receipt Fee | 1.75 |
| | Restricted Delivery | |
| | Total Postage & Fees | 4.42 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
BALTIMORE MD 21233
NOV 30 2006

**EXHIBIT B**
ALL-STATE® INTERNATIONAL



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7160 3901 9849 2394 0326
Status: **Delivered**

Your item was delivered at 4:54 AM on December 7, 2006 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Reference information

8051/2

gsp

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do           12/8/2006

```
7160 3901 9848 2758 6309
```

**TO:** The Internal Revenue Service
111 Constitution Avenue, N.W.
Washington, D.C. 20224

**SENDER:** gsp

**REFERENCE:** 8051/2

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | 1.59 .37 |
|---|---|---|
| | Certified Fee | 2.40 2.30 |
| | Return Receipt Fee | 1.85 1.75 |
| | Restricted Delivery | |
| | Total Postage & Fees | 4.42 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE — BALTIMORE MD 21233 — NOV 30 2006 — M.O.W.S.



EXHIBIT C
ALL-STATE® INTERNATIONAL



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7160 3901 9848 2758 6309
Status: **Delivered**

Your item was delivered at 6:36 AM on December 7, 2006 in WASHINGTON, DC 20224.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



2. Article Number

7160 3901 9848 2758 6309

3. Service Type   CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   [ ] Yes

1. Article Addressed to:

The Internal Revenue Service
111 Constitution Avenue, N.W.
Washington, D.C. 20224

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X
[ ] Agent
[ ] Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:
[ ] Yes
[ ] No

Reference Information

8051/2

gsp

PS Form 3811, July 2001   Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do    12/8/2006

7160 3901 9848 2758 6323

**TO:** Charles F. Fisher, Appeals Team Mgr.
Internal Revenue Service
Appeals Office
409 Silverside Road
Wilmington, DE 19808

**SENDER:** gsp

**REFERENCE:** 8051/2

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | 1.59 .37 |
|---|---|---|
| | Certified Fee | 2.40 2.30 |
| | Return Receipt Fee | 1.85 1.75 |
| | Restricted Delivery | |
| | Total Postage & Fees | 5.84 4.42 |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE
BALTIMORE MD 21233 M.O.W.S.
NOV 30 2006



EXHIBIT D
ALL-STATE® INTERNATIONAL



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: 7160 3901 9848 2758 6323
Status: Delivered

Your item was delivered at 12:12 PM on December 5, 2006 in WILMINGTON, DE 19809.

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



2. Article Number

7160 3901 9848 2758 6323

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)   [ ] Yes
1. Article Addressed to:

Charles F. Fisher, Appeals Team Mgr.
Internal Revenue Service
Appeals Office
409 Silverside Road
Wilmington, DE  19808

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)  B. Date of Delivery  12-5-06
C. Signature
X  E. Ki[...]   [ ] Agent  [ ] Addressee
D. Is delivery address different from item 1?  [ ] Yes  [ ] No
If YES, enter delivery address below:

DEC 05 2006
WILMINGTON, DE 19809
USPS

Reference Information

8051/2

gsp

PS Form 3811, July 2001          Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                12/6/2006

```
            7160 3901 9848 2758 6316

TO:   Charles F. Fisher, Appeals Team Mgr.
      Internal Revenue Service
      Appeals Office
      300 North Los Angeles Street
      MS LA-8000 Room 3054
      Los Angeles, CA  90012

SENDER:        gsp

REFERENCE: 8051/2
```

| PS Form 3800, June 2000 | | | |
|---|---|---|---|
| RETURN RECEIPT SERVICE | Postage | 1.59 | .37 |
| | Certified Fee | 2.40 | 2.30 |
| | Return Receipt Fee | 1.85 | 1.75 |
| | Restricted Delivery | | |
| | Total Postage & Fees | | 4.42 |



US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE — PIKESVILLE MD 21233, NOV 30 2006, M.O.W.S.



**EXHIBIT E**
ALL-STATE® INTERNATIONAL



Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: 7160 3901 9848 2758 6316
Status: **Delivered**

Your item was delivered at 12:19 PM on December 6, 2006 in LOS ANGELES, CA 90012.

(Additional Details >) (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

 POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



2. Article Number

7160 3901 9848 2758 6316

3. Service Type  **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*   ☐ Yes
1. Article Addressed to:

Charles F. Fisher, Appeals Team Mgr.
Internal Revenue Service
Appeals Office
300 North Los Angeles Street
MS LA-8000 Room 3054
Los Angeles, CA 90012

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Ramona Rwalkaka
B. Date of Delivery: 12-5-06
C. Signature: X _____
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes  ☐ No

Reference Information

8051/2

gsp

PS Form 3811, July 2001    Domestic Return Receipt

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    12/8/2006