IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:06cv02028 (RBW) |
| UNITED STATES OF AMERICA | ) ) ) | |
| Defendant. | ) | |

## UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT

The United States, by its undersigned counsel, hereby moves for a 30-day enlargement of time to answer the complaint in the above-captioned case. The United States is making this motion pursuant to Fed. R. Civ. P. 6(b). Counsel for the United States has conferred with plaintiff's counsel, and he consents to the relief sought in this motion. The United States is submitting in support of this motion a memorandum of points and authorities and a proposed order granting the requested relief.

WHEREFORE it is prayed that this motion be granted and that the United States be granted such other and further relief as is just and proper.

- 2 -

Date: January 29, 2007

                                        JEFFREY A. TAYLOR
                                      United States Attorney for the
                                      District of Columbia

                                      /s/Lawrence P. Blaskopf
                                      LAWRENCE P. BLASKOPF
                                      Trial Attorney, Tax Division
                                      U.S. Department of Justice
                                      Post Office Box 227
                                      Washington, DC  20044
                                      Telephone:  (202) 514-9642

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:06cv02028 (RBW) |
| UNITED STATES OF AMERICA | ) ) ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF UNITED STATES' MOTION FOR
<u>ENLARGEMENT OF TIME TO ANSWER COMPLAINT</u>**

The United States, by its undersigned counsel, submits this memorandum of points and authorities in support of its motion for enlargement of time to answer the complaint in the above-captioned case.

The plaintiff served the summons and complaint on the United States by certified mail. The United States Attorney's Office received this mailing on December 7, 2006. (Plaintiff's Affidavit of Service ¶ 6.) As a result, the United States' time to serve its response to the complaint runs until February 5, 2007. Fed. R. Civ. P. 12(a)(3)(A).

The United States seeks thirty (30) days additional time to respond to the complaint, so that it can retrieve its files and formulate its litigating position regarding the complaint. Fed. R. Civ. P. 6(b) permits an enlargement of time "for cause shown." Here, there is cause. The United States requires additional time to retrieve its files and formulate its position in this case. As stated in the motion, in accordance with Local Rule 7(m), counsel for the United States has conferred with plaintiff's counsel concerning this motion, and he consents to the United States receiving this additional time.

For the foregoing reasons, the United States' motion should be granted.

Date: January 29, 2007

>Respectfully submitted,
>
>JEFFREY A. TAYLOR
>United States Attorney for the
>District of Columbia
>
> /s/Lawrence P. Blaskopf
>LAWRENCE P. BLASKOPF
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 227
>Washington, DC  20044
>Telephone:  (202) 514-9642

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:06cv02028 (RBW) |
| UNITED STATES OF AMERICA | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the United States' motion for an enlargement of time to answer the complaint,

It Is Hereby ORDERED:

1. The United States' motion is GRANTED; and

2. The United States is to serve its answer to the complaint in the above-captioned case by March 7, 2007.

_____                                             _____
Date                                                                               Reggie B. Walton
                                                                                     United States District Judge

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF UNITED STATES' MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT and proposed Order has been made this 31st day of January, 2007, by mailing, postage prepaid, addressed to:

>     Gary S. Posner
>     Whiteford, Taylor & Preston, L.L.P.
>     7 Saint Paul St.
>     Baltimore, Md. 21202-1626
>
>     Jonathan Z. May
>     Robert D. Earle
>     Whiteford, Taylor & Preston, L.L.P.
>     20 Columbia Corporate Center
>     10420 Little Patuxent Parkway, Ste. 495
>     Columbia, Md. 21044-3528

>                    /s/Lawrence P. Blaskopf
>                   Lawrence P. Blaskopf
>                   Trial Attorney, Tax Division
>                   U.S. Department of Justice
>                   Post Office Box 227
>                   Ben Franklin Station
>                   Washington, D.C. 20044
>                   Telephone: (202) 514-9642