IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:06cv02028 (RBW) |
| UNITED STATES OF AMERICA | ) ) ) | |
| Defendant. | ) | |

## **ANSWER**

DEFENDANT, the United States of America, responds to plaintiff's complaint for declaratory judgment as follows:

### FIRST DEFENSE

The Court lacks subject matter jurisdiction to grant any relief other than a determination with respect to the continuing qualification of plaintiff as an organization described in 26 U.S.C. § 501(c)(3), which is exempt from tax under 26 U.S.C. § 501(a).

### SECOND DEFENSE

The complaint fails to state a claim upon which relief can be granted insofar as it seeks an award of attorney's fees and costs.

### THIRD DEFENSE

FOR ITS FURTHER ANSWER, the United States responds to the numbered paragraphs of the complaint as follows:

1. The United States admits the averments contained in paragraph 1.

2. The United States admits the averments contained in paragraph 2.

3. The United States admits the averments contained in paragraph 3.

4. The United States admits jurisdiction under 28 U.S.C. § 1346(e), but denies the remaining averments contained in paragraph 4.

5. The United States admits the averments contained in paragraph 5.

6. The United States admits the averments contained in paragraph 6 except it denies the plaintiff is entitled to further relief.

7. The United States admits that the plaintiff was formed on or about December 18, 1992 as a Maryland nonstock corporation and it is currently without sufficient knowledge or information to form a belief as to the remainder of paragraph 7.

8. The United States admits the averments contained in paragraph 8.

9. The United States admits the averments contained in paragraph 9.

10. The United States admits the averments contained in paragraph 10.

11. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 11.

12. The United States admits the averments contained in paragraph 12 except it denies the letter the Internal Revenue Service issued was a "final determination letter."

13. The United States admits the averments contained in paragraph 13.

14. The United States admits the averments contained in paragraph 14.

15. The United States admits the averments contained in paragraph 15.

16. The United States admits the averments contained in paragraph 16.

17. The United States admits the averments contained in the first sentence of

paragraph 17 and denies the averments contained in the remainder of paragraph 17.

18. The United States admits the averments contained in paragraph 18.

19. The United States admits the averments contained in paragraph 19 except it denies the Internal Revenue Service issued the letter referred to in paragraph 19 on September 3, 2006, and it avers the Internal Revenue Service issued the letter on September 5, 2006.

20. The United States admits the averments contained in paragraph 20.

21. The United States admits the averments contained in paragraph 21.

22. The United States denies the averments contained in paragraph 22.

23. The United States denies the averments contained in paragraph 23.

24. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 24.

25. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 25.

26. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 26.

27. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 27.

28. The United States denies the averments contained in paragraph 28.

29. The United States denies the averments contained in paragraph 29.

30. The United States denies the averments contained in the first sentence of

paragraph 30; and it is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in the remainder of paragraph 30.

31. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 31.

32. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 32.

33. The United States denies the averments contained in paragraph 33.

34. The United States denies the averments contained in paragraph 34.

35. The United States incorporates by reference its responses to paragraphs 1 through 34 of the complaint as if fully set forth herein.

36. The United States admits the averments contained in paragraph 36.

37. The United States denies the averments contained in paragraph 37.

38. The United States denies the averments contained in paragraph 38.

39. The United States denies the averments contained in paragraph 39.

40. The United States denies the averments contained in paragraph 40.

41. The United States denies the averments contained in paragraph 41.

42. The United States denies the averments contained in paragraph 42.

43. The United States denies the averments contained in paragraph 43.

44. The United States denies the averments contained in paragraph 44.

45. The United States denies the averments contained in paragraph 45.

WHEREFORE it is prayed that this Court deny the relief the plaintiff seeks and that it grant the United States such other and further relief as is just and proper.

Date: March 5, 2007

                                            JEFFREY A. TAYLOR
                                            United States Attorney for the
                                            District of Columbia

                                            /s/Lawrence P. Blaskopf
                                            LAWRENCE P. BLASKOPF
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 227
                                            Washington, DC  20044
                                            Telephone:  (202) 514-9642

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' ANSWER has been made this 5th day of March, 2007, by mailing, postage prepaid, addressed to:

    Gary S. Posner
    Whiteford, Taylor & Preston, L.L.P.
    7 Saint Paul St.
    Baltimore, Md. 21202-1626

    Jonathan Z. May
    Robert D. Earle
    Whiteford, Taylor & Preston, L.L.P.
    20 Columbia Corporate Center
    10420 Little Patuxent Parkway, Ste. 495
    Columbia, Md. 21044-3528

                                             /s/Lawrence P. Blaskopf
                                           Lawrence P. Blaskopf
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice
                                           Post Office Box 227
                                           Ben Franklin Station
                                           Washington, D.C.  20044
                                           Telephone: (202) 514-9642