IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC. | * |
| Plaintiff | * |
| v. | *   Civil Action No: 1:06 CV 02028 RBW |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ADDRESS CHANGE FOR**
**JONATHAN Z. MAY AND ROBERT D. EARLE**

To the Clerk, Greeting:

Please be advised that the mailing address for Jonathan Z. May and Robert D. Earle has been changed to:

Whiteford, Taylor & Preston L.L.P.
50 Corporate Center
10500 Little Patuxent Parkway
Suite 750
Columbia, Maryland 21044-3585

1

Respectfully submitted,

Dated: March 23, 2007  __/s/_____
Gary S. Posner (Bar I.D. No. MD05863)
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, Maryland 21202-1626
(410) 347-8700

Dated: March 23, 2007  __/s/_____
Jonathan Z. May (Bar I.D. No. 495031)
Robert D. Earle (Bar I.D. No. 449012)
Whiteford, Taylor & Preston L.L.P.
50 Corporate Center
10500 Little Patuxent Parkway
Suite 750
Columbia, Maryland 21044-3585

Attorneys for Plaintiff,
 National Credit Counseling Services, Inc.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2007, a copy of the aforegoing NOTICE OF ADDRESS CHANGE FOR JONATHAN Z. MAY AND ROBERT D. EARLE was mailed, postage pre-paid, via U.S. Postal Service, to:

> Lawrence P. Blaskopf, Trial Attorney
> U.S. Department of Justice – Tax Division
> Civil Trial Section, Eastern Region
> P.O. Box 227
> Ben Franklin Station
> Washington, D.C. 20044
>
> Attorney for Defendant

/s/Gary S. Posner_____
Gary S. Posner (Bar I.D. No. MD05863)

*1728262*