IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:06cv02028 (RBW) |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Anne E. Blaess as attorney for the United States in the above-captioned proceeding.

DATE: April 12, 2007

Respectfully submitted,

 /s/ Anne E. Blaess
ANNE E. BLAESS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9806
Facsimile: (202) 514-6866
Email: Anne.E.Blaess@usdoj.gov

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to be served upon all parties on the 12th day of April, 2007, via ECF.

                                              /s/ Anne E. Blaess
                                              ANNE E. BLAESS