UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES INC., | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 06-2028  (RBW) |
| UNITED STATES | ) ) ) |  |
| Defendant. | ) ) ) |  |

### SCHEDULING ORDER

The parties appeared before the Court on May 1, 2007, for an initial scheduling conference.  Based upon the discussions at this hearing, it is on this 3rd day of May, 2007, hereby

**ORDERED** that

1. This case shall be placed on the standard track.

2. The parties shall make initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by May 25, 2007.

3. Any amendments to the pleadings or adding of additional parties shall be made by May 30, 2007.

4. The plaintiffs shall serve their expert report pursuant to Rule 26(a)(2) by February 1, 2008, and the defendant shall serve its expert report pursuant to Rule 26(a)(2) by March 10, 2008.

5. Factual discovery shall be concluded by December 3, 2007.  Expert discovery shall be concluded by April 30, 2008.

6. This case shall be referred to a magistrate judge for settlement discussions commencing on December 5, 2007 and concluding on February 8, 2008.

7. Any dispositive motions shall be filed by May 30, 2008, any oppositions shall be filed by June 30, 2008, and any reply thereto shall be filed by July 30, 2008.

8. A pretrial conference shall be held on October 24, 2008 at 9:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge