IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC. | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA | ) ) ) |
| Defendant. | ) |

Civil No. 1:06cv02028 (RBW)

## NOTICE OF WRITTEN CONSENT

The plaintiff has agreed to the United States filing the amended answer being filed today. Attached is the plaintiff's agreement.

Date: May 7, 2007

                                           /s/Lawrence P. Blaskopf
                                           LAWRENCE P. BLASKOPF
                                           ANNE E. BLAESS
                                           Trial Attorneys, Tax Division
                                           U.S. Department of Justice
                                           Post Office Box 227
                                           Washington, DC  20044
                                           Telephone:  (202) 514-9642
                                                                 (202) 616-9806

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

| | |
|---|---|
| **From:** | Posner, Gary S. |
| **To:** | Blaskopf, Lawrence P. (TAX); |
| **CC:** | |
| **Subject:** | NCCS v. USA |
| **Date:** | Thursday, May 03, 2007 11:12:27 AM |
| **Attachments:** | |

Larry-

In confirmation of our discussion at the Courthouse, on May 1, 2007, NCCS has no objection to you submitting, on behalf of the United States of America, the proposed Amended Answer that you sent to me via telecopier on April 23, 2007.

Gary S. Posner, Esquire
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202
(410) 347-9406


This transmission contains information from the law firm of Whiteford, Taylor & Preston LLP which may be confidential and/or privileged.  The information is intended to be for the exclusive use of the planned recipient.  If you are not the intended recipient, be advised that any disclosure, copying, distribution or other use of this information is strictly prohibited.  If you have received this transmission in error, please notify the sender immediately.

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' NOTICE OF WRITTEN CONSENT and AMENDED ANSWER has been made this 7th day of May, 2007, by mailing, postage prepaid, addressed to:

    Gary S. Posner
    Whiteford, Taylor & Preston, L.L.P.
    7 Saint Paul St.
    Baltimore, Md. 21202-1626

    Jonathan Z. May
    Robert D. Earle
    Whiteford, Taylor & Preston, L.L.P.
    50 Corporate Center
    10500 Little Patuxent Parkway, Ste. 750
    Columbia, Md. 21044-3585

    /s/Lawrence P. Blaskopf
    Lawrence P. Blaskopf
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 514-9642