IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 1:06cv02028 (RBW) |
| UNITED STATES OF AMERICA | ) ) ) | |
| Defendant. | ) | |

**AMENDED ANSWER**

DEFENDANT, the United States of America, responds to the numbered paragraphs of plaintiff's complaint for declaratory judgment as follows:

1. The United States admits the averments contained in paragraph 1.

2. The United States admits the averments contained in paragraph 2.

3. The United States admits the averments contained in paragraph 3.

4. The United States admits jurisdiction under 28 U.S.C. § 1346(e), but denies the remaining averments contained in paragraph 4.

5. The United States admits the averments contained in paragraph 5.

6. The United States admits the averments contained in paragraph 6 except it denies the plaintiff is entitled to further relief.

7. The United States admits that the plaintiff was formed on or about December 18, 1992 as a Maryland nonstock corporation and it is currently without sufficient knowledge or information to form a belief as to the remainder of paragraph 7.

8. The United States admits the averments contained in paragraph 8.

9. The United States admits the averments contained in paragraph 9.

10. The United States admits the averments contained in paragraph 10.

11. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 11.

12. The United States admits the averments contained in paragraph 12 except it denies the letter the Internal Revenue Service issued was a "final determination letter."

13. The United States admits the averments contained in paragraph 13.

14. The United States admits the averments contained in paragraph 14.

15. The United States admits the averments contained in paragraph 15.

16. The United States admits the averments contained in paragraph 16.

17. The United States admits the averments contained in the first sentence of paragraph 17 and denies the averments contained in the remainder of paragraph 17.

18. The United States admits the averments contained in paragraph 18.

19. The United States admits the averments contained in paragraph 19 except it denies the Internal Revenue Service issued the letter referred to in paragraph 19 on September 3, 2006, and it avers the Internal Revenue Service issued the letter on September 5, 2006.

20. The United States admits the averments contained in paragraph 20.

21. The United States admits the averments contained in paragraph 21.

22. The United States denies the averments contained in paragraph 22.

23. The United States denies the averments contained in paragraph 23.

24. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 24.

25. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 25.

26. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 26.

27. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 27.

28. The United States denies the averments contained in paragraph 28.

29. The United States denies the averments contained in paragraph 29.

30. The United States denies the averments contained in the first sentence of paragraph 30; and it is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in the remainder of paragraph 30.

31. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 31.

32. The United States is currently without sufficient knowledge or information to form a belief as to the truth of the averments contained in paragraph 32.

33. The United States denies the averments contained in paragraph 33.

34. The United States denies the averments contained in paragraph 34.

35. The United States incorporates by reference its responses to paragraphs 1 through 34 of the complaint as if fully set forth herein.

36. The United States admits the averments contained in paragraph 36.

37. The United States denies the averments contained in paragraph 37.

38. The United States denies the averments contained in paragraph 38.

39. The United States denies the averments contained in paragraph 39.

40. The United States denies the averments contained in paragraph 40.

41. The United States denies the averments contained in paragraph 41.

42. The United States denies the averments contained in paragraph 42.

43. The United States denies the averments contained in paragraph 43.

44. The United States denies the averments contained in paragraph 44.

45. The United States denies the averments contained in paragraph 45.

WHEREFORE it is prayed that this Court deny the relief the plaintiff seeks and that it grant the United States such other and further relief as is just and proper.

Date: April 23, 2007

    /s/Lawrence P. Blaskopf
LAWRENCE P. BLASKOPF
ANNE E. BLAESS
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Telephone:  (202) 514-9642
               (202) 616-9806

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' NOTICE OF WRITTEN CONSENT and AMENDED ANSWER has been made this 7th day of May, 2007, by mailing, postage prepaid, addressed to:

    Gary S. Posner
    Whiteford, Taylor & Preston, L.L.P.
    7 Saint Paul St.
    Baltimore, Md. 21202-1626

    Jonathan Z. May
    Robert D. Earle
    Whiteford, Taylor & Preston, L.L.P.
    50 Corporate Center
    10500 Little Patuxent Parkway, Ste. 750
    Columbia, Md. 21044-3585

    /s/Lawrence P. Blaskopf
    Lawrence P. Blaskopf
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 227
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-9642