IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC. | * |
| Plaintiff | * |
| v. | * Civil Action No: 1:06 CV 02028 RBW |
| UNITED STATES OF AMERICA | * |
| Defendant | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF SERVICE

Please take notice that on May 25, 2007 Plaintiff's Rule 26(a)(1) Disclosures was served via electronic delivery and first class mail, postage prepaid, upon:

> Lawrence P. Blaskopf
> Anne E. Blaess
> Civil Trial Section, Eastern Region
> U.S. Department of Justice, Tax Division
> P.O. Box 227
> Washington, D.C. 20044

> /s/Gary S. Posner
> Gary S. Posner  (Bar I.D. No. MD05863)
> Whiteford, Taylor & Preston L.L.P.
> 7 Saint Paul Street
> Baltimore, Maryland  21202-1626
> Tel (410) 347-8700
> Fax (410) 752-7092
> *E-mail*: gposner@wtplaw.com

/s/Jonathan Z. May
Jonathan Z. May (Bar I.D. No. 495031)
Robert D. Earle (Bar I.D. No. 449012)
Whiteford, Taylor & Preston L.L.P.
50  Corporate Center
10500 Little Patuxent Parkway, Ste. 750
Columbia, Maryland 21044-3585
Tel (410) 884-0700
Fax (410) 884-2451
*E-mail:*  jmay@wtplaw.com

Attorneys for Plaintiff,
  National Credit Counseling Services, Inc.

*1737858*

2