AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

NATIONAL CREDIT COUNSELING
SERVICES, INC.
        Plaintiff(s)    )

**APPEARANCE**

        vs.

CASE NUMBER  1:06cv02028 (RBW)

UNITED STATES OF AMERICA
        Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of  Benjamin J. Weir  as counsel in this
                          (Attorney's Name)

case for:  United States of America
            (Name of party or parties)

9/26/2007
Date

494045
BAR IDENTIFICATION

*[signature]*
Signature

Benjamin J. Weir
Print Name

U.S. Dept. of Justice, P.O. Box 227
Address

Washington    DC          20044
City          State       Zip Code

(202) 307-0855
Phone Number