## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No: 1:06-cv-2028 RBW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT MOTION TO EXTEND PERIODS IN SCHEDULING ORDER AND STATEMENT OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

The parties jointly move that the court extend the periods set forth in the May 3, 2007 Scheduling Order.

In Support Thereof the parties state the following points and authorities:

1. Fed. R. Civ. P. 6(b) provides that time periods may be enlarged "for cause shown."

2. Additionally, this court has noted in its General Order and Guidelines for Civil Cases that "In order to reduce litigation expenses...it is desirable that settlement occur as early as possible in the litigation process."  Order at 5.

3. In this case, counsel for the parties are discussing whether this case could be resolved by agreement.

4. Although the parties are not committed to resolving this case by agreement, counsel for the parties believe exploring a possible resolution is in the parties' interest,

2766360.1

and they believe the talks undertaken thus far provide a sense of optimism that the case may be able to be resolved without a trial.

5. In connection with the settlement negotiations, the plaintiff provided, at the United States' request, a position letter that addresses on a global basis the extant issues between the parties.

6. The United States estimates it will take sixty (60) days for it to consider the issues the plaintiff has raised in its position letter.  The parties estimate it may take thirty (30) days for a full discussion to occur once the United States sets forth its position concerning these issues.

7. Providing a larger window of time within which to conduct discovery will facilitate the efforts to negotiate, and it will accommodate the time it will take the United States to respond to plaintiff's position letter without the burden and expense of looming discovery obligations.

8. Accordingly, the parties seek a 90-day extension in certain of the periods set forth in the Scheduling Order and a 120-day extension of time to conduct factual discovery.  The extensions the parties seek, however, would not require a continuance of the pretrial conference scheduled for October 24, 2008.

9. The parties seek the following revised schedule:

a) factual discovery would conclude on April 4, 2008 and expert discovery would conclude on July 29, 2008;

b) the plaintiff would serve its expert report by May 1, 2008, and the

defendant would serve its expert report by June 9, 2008;

c) the case would be referred to a Magistrate Judge for settlement discussions commencing on April 4, 2008, and concluding on May 7, 2008;

d) any dispositive motions would be filed by August 29, 2008, and any reply thereto would be filed by September 29, 2008; and

e) the pretrial conference would still be held on the date contemplated in the current Scheduling Order - October 24, 2008.

10. The proposed changes in the Scheduling Order do not prejudice the parties and are consistent with the interests of justice.

2766360.1

WHEREFORE the parties pray that the court extend the periods set forth in the

Scheduling Order as set forth herein and in the attached form of order and grant such

other relief as the court deems just and proper.


 /s/Gary S. Posner
Gary S. Posner (MD05863)
Whiteford, Taylor & Preston, LLP
Seven  Saint Paul St., Suite 1500
Baltimore, Md. 21202-1626
Tel. No. (410) 347-8700
Fax No. (410) 742-7092
E-mail: gposner@wtplaw.com

 /s/Lawrence P. Blaskopf
Lawrence P. Blaskopf (Bar ID 2045854)
Benjamin J. Weir (Bar ID 494045)
Trial Attorneys, Tax Division
U.S. Department of Justice
P. O. Box 227
Ben Franklin Station
Washington, D. C. 20044
Tel. Nos. (202) 514-9642
       (202) 307-0855
 Fax. No. (202) 514-6866
 E-mail:Lawrence.P.Blaskopf@usdoj.gov


 /s/Jonathan Z. May
Jonathan Z. May (Bar ID 495031)
Robert D. Earle (Bar ID 449012)
Whiteford, Taylor & Preston, LLP
50 Corporate Center
10500 Little Patuxent Parkway, Ste. 750
Columbia, Md. 21044-3585
Tel. No. (410) 884-0700
Fax No. (410) 884-2451
E-mail: jmay@wtplaw.com

2766360.1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | No: 1:06-cv-2028 RBW |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the parties' joint motion to extend the periods in the Scheduling Order and there being good cause therefor,

It Is ORDERED:

1. The joint motion is GRANTED; and

2. This court's May 3, 2007 Scheduling Order is MODIFIED as follows:

   a) factual discovery is to conclude on April 4, 2008 and expert discovery is to conclude on July 29, 2008;

   b) the plaintiff is to serve its expert report by May 1, 2008, and the defendant is to serve its expert report by June 9, 2008;

   c) the case is to be referred to a Magistrate Judge for settlement discussions commencing on April 4, 2008, and concluding on May 7, 2008;

d) any dispositive motion is to be filed by August 29, 2008, and any reply

thereto is to be filed by September 29, 2008; and

e) the pretrial conference is to be held on October 24, 2008 at 9:30 a.m.

<table>
<tr><td>_____</td><td>_____</td></tr>
<tr><td>Date</td><td>REGGIE B. WALTON<br>United States District Judge</td></tr>
</table>

2779509.1