**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC., | * |
| Plaintiff. | * |
| v. | *   Civil Action No: 1:06 CV 02028 RBW |
| UNITED STATES OF AMERICA, | * |
| Defendant. | * |

\*   \*   \*   \*   \*   \*        \*   \*   \*   \*   \*

**REVISED ENTRY OF APPEARANCE
AND REQUEST FOR SEPARATE SERVICE
<u>OF PAPERS FOR ROBERT D. EARLE</u>**

To the Clerk, Greeting:

Please enter the separate appearance of Robert D. Earle so as to ensure that he receives separate electronic and other notices of filings with the Court. His address is:

> Robert D. Earle (Bar I.D. No. 449012)
> Whiteford, Taylor & Preston L.L.P.
> 50 Columbia Corporate Center
> 10500 Little Patuxent Parkway, Ste. 750
> Columbia, Maryland 21044-3585
> Telephone No.: 410-884-0700
> Fax No.: 410-884-0719
> Email: rearle@wtplaw.com

Respectfully submitted,

/s/ Robert D. Earle
Robert D. Earle (Bar I.D. No. 449012)
Whiteford, Taylor & Preston L.L.P.
50 Columbia Corporate Center
105000 Little Patuxent Parkway, Ste. 750
Columbia, Maryland 21044-3585
Telephone No. 410-884-0700

Fax No.:  410-884-0719
Email:  rearle@wtplaw.com

Co-Counsel for Plaintiff,
    National Credit Counseling Services, Inc.

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of October, 2007, a copy of the foregoing Revised Entry of Appearance and Request for Separate Service of Papers for Robert D. Earle was sent by first class mail, postage prepaid, to:

>Lawrence P. Blaskopf
>Anne E. Blaess
>Benjamin J. Weir
>Civil Trial Section, Eastern Region
>U.S. Department of Justice, Tax Division
>P.O. Box 227
>Washington, D.C.  20044

>/s/ Robert D. Earle
>Robert D. Earle

*1760856*