IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | No. 1:06-cv-2028-RBW |
| v. | ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Anne E. Blaess as counsel for the United

States in the above-captioned proceeding.

DATE: October 31, 2007                                    Respectfully submitted,

                                                          /s/ Anne E. Blaess
                                                          ANNE E. BLAESS
                                                          Trial Attorney, Tax Division
                                                          U.S. Department of Justice
                                                          Post Office Box 227
                                                          Ben Franklin Station
                                                          Washington, D.C. 20044
                                                          Telephone: (202) 616-9806
                                                          Facsimile: (202) 514-6966
                                                          Email: Anne.E.Blaess@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is certified that the foregoing Notice of Withdrawal of Appearance was served on all parties on October 31, 2007, via ECF.

/s/ Anne E. Blaess
ANNE E. BLAESS