**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | No: 1:06-cv-2028 RBW |
| v. | ) ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

**JOINT MOTION TO EXTEND PERIODS IN OCTOBER 9, 2007
MINUTE ORDER AND STATEMENT OF POINTS AND
AUTHORITIES IN SUPPORT THEREOF**

The parties jointly move the court to extend the periods set forth in the October 9, 2007 Minute Order.

In Support Thereof the parties offer the following points and authorities:

1. Fed. R. Civ. P. 6(b) provides that time periods may be extended "for good cause." Here, there are two reasons that the time periods should be extended.

2. First, the United States is seeking to enforce a *subpoena duces tecum* it issued to Amerix Corporation, a corporation located in Maryland, through an action it has filed in the District of Maryland, *In re Subpoena Duces Tecum Served on Amerix Corporation*, No. 07cv2737 (USDC D. Md). This *subpoena duces tecum* seeks the production of documents that may be relevant in the above-captioned case, and that may be helpful in future discovery in this case. The parties do not know when the District of Maryland will make a determination as to whether the *subpoena duces tecum* issued to Amerix Corporation is enforceable.

3. Second, counsel for the parties are discussing whether this case could be resolved by agreement.

4. This court has noted in its General Order and Guidelines for Civil Cases that "In order to reduce litigation expenses...it is desirable that settlement occur as early as possible in the litigation process." Order at 5.

5. Although the parties are not committed to resolving this case by agreement, counsel for the parties believe exploring a possible resolution is in the parties' interest, and they believe the talks undertaken thus far provide a sense of optimism that the case may be able to be resolved without a trial.

6. In connection with the settlement negotiations, the plaintiff provided, at the United States' request, a position letter that addresses on a global basis the extant issues between the parties.

7. The United States estimated it would take until late November, 2007 for it to consider the issues the plaintiff has raised in its position letter, and the parties estimated it would take 30 days for a full discussion to occur once the United States set forth its position concerning these issues. The United States, however, was unable to conclude its analysis and provide a responsive letter until shortly before Christmas, thereby delaying the discussions between the parties.

8. Providing a larger window of time within which to conduct discovery will enable the District of Maryland to resolve the issue of the enforceability of the *subpoena duces tecum* the United States issued, and it will facilitate the efforts to negotiate without the burden and expense of looming discovery obligations.

9. Accordingly, the parties seek an extension in certain of the periods set forth in the Minute Order entered on October 9, 2007. The extensions the parties seek, however, would not require a continuance of the pretrial conference scheduled for January 23, 2009.

10. The parties seek the following revised schedule:

      a)    factual discovery would conclude on July 3, 2008 and expert discovery would conclude on October 17, 2008;

      b)    the plaintiff would serve its expert report by August 1, 2008, and the defendant would serve its expert report by September 9, 2008;

      c)    the case would be referred to a Magistrate Judge for settlement discussions commencing on July 3, 2008, and concluding on August 2, 2008;

      d)    any dispositive motions would be filed by October 31, 2008, and any opposition thereto would be filed by December 1, 2008, and any reply thereto by December 15, 2008; and

      e)    the pretrial conference would still be held on the date contemplated in the current Scheduling Order - January 23, 2009.

11.    The proposed changes in the Scheduling Order do not prejudice the parties and are consistent with the interests of justice.

WHEREFORE the parties pray that the Court extend the periods set forth in the Minute Order as set forth herein and in the attached form of order and grant such other relief as the court deems just and proper.

/s/Gary S. Posner
GARY S. POSNER (MD05863)
Whiteford, Taylor & Preston, LLP
Seven Saint Paul St., Suite 1500
Baltimore, Md. 21202-1626
Tel. No. (410) 347-8700
Fax No. (410) 752-7092
E-mail: gposner@wtplaw.com

/s/Lawrence P. Blaskopf
LAWRENCE P. BLASKOPF (Bar ID 2045854)
BENJAMIN J. WEIR (Bar ID 494045)
Trial Attorneys, Tax Division
U.S. Department of Justice
P. O. Box 227
Washington, D. C. 20044
Tel. Nos. (202) 514-9642
         (202) 307-0855
Fax. No. (202) 514-6866
E-mail:Lawrence.P.Blaskopf@usdoj.gov

Attorneys for Defendant

/s/Jonathan Z. May
JONATHAN Z. MAY (Bar ID 495031)
ROBERT D. EARLE (Bar ID 449012)
Whiteford, Taylor & Preston, LLP
50 Corporate Center
10500 Little Patuxent Parkway, Ste. 750
Columbia, Md. 21044-3585
Tel. No. (410) 884-0700
Fax No. (410) 884-2451
E-mail: jmay@wtplaw.com

Attorneys for Plaintiff

*1774815*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL CREDIT COUNSELING SERVICES, INC., | ) ) ) | |
| Plaintiff, | ) ) | No: 1:06-cv-2028 RBW |
| v. | ) ) ) | |
| UNITED STATES, | ) ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the parties' joint motion to extend the periods in the October 9, 2007 Minute Order and there being good cause therefor,

It Is ORDERED:

1. The joint motion is GRANTED; and

2. This Court's October 9, 2007 Minute Order is MODIFIED as follows:

    a) factual discovery is to conclude on July 3, 2008 and expert discovery is to conclude on October 17, 2008;

    b) the plaintiff is to serve its expert report by August 1, 2008, and the defendant is to serve its expert report by September 9, 2008;

    c) the case is to be referred to a Magistrate Judge for settlement discussions commencing on July 3, 2008, and concluding on August 2, 2008;

    d) any dispositive motion is to be filed by October 31, 2008, and any opposition thereto would be filed by December 1, 2008, and any reply thereto by December 15, 2008; and

  e)  the pretrial conference is to be held on January 23, 2009 at 9:30 a.m.

_____      _____
   Date                   REGGIE B. WALTON
                       United States District Judge

cc: Gary S. Posner
   Whiteford, Taylor & Preston, LLP
   Seven Saint Paul St., Suite 1500
   Baltimore, Md. 21202-1626

   Jonathan Z. May
   Robert D. Earle
   Whiteford, Taylor & Preston, LLP
   50 Corporate Center
   10500 Little Patuxent Parkway, Ste. 750
   Columbia, Md. 21044-3585

   Lawrence P. Blaskopf
   Benjamin J. Weir
   Trial Attorneys, Tax Division
   U.S. Department of Justice
   P. O. Box 227
   Washington, D. C. 20044

*1774888*