# EXHIBIT 2

## PART 1

# Form 1023 — Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue Code

(Rev. September 1990)
Department of the Treasury
Internal Revenue Service

Read the instructions for each Part carefully
**A User Fee must be attached to this application.**

If the required information and appropriate documents are not submitted along with Form 8718 (with payment of the appropriate user fee), the application may be returned to you.

## Part I — Identification of Applicant

**1a** Full name of organization (as shown in organizing document)
National Credit Counseling Services, Inc.

**2** Employer identification number (If none, see instructions.)
52-1799746

**1b** c/o Name (if applicable)
Jose A. Dancel, Jr.

**3** Name and telephone number of person to be contacted if additional information is needed
Jose A. Dancel, Jr.
(301) 498-8132

**1c** Address (number, street, and room or suite no.)
4725 Dorsey Hall Drive, Suite A301

**1d** City or town, state, and ZIP code
Ellicott City, MD 21042

**4** Month the annual accounting period ends
December

**5** Date incorporated or formed
12/18/92

**6** Activity codes (See instructions.)
560    922    565

**7** Check here if applying under section:
a ☐ 501(e)   b ☐ 501(f)   c ☐ 501(k)

**8** Did the organization previously apply for recognition of exemption under this Code section or under any other section of the Code? ☐ Yes  ☒ No
If "Yes," attach an explanation.

**9** Has the organization filed Federal income tax returns or exempt organization information returns? ☐ Yes  ☒ No
If "Yes," state the form numbers, years filed, and Internal Revenue office where filed.

RECEIVED FEB 17 1993
EP/EO Division

**10** Check the box for your type of organization. BE SURE TO ATTACH A COMPLETE COPY OF THE CORRESPONDING DOCUMENTS TO THE APPLICATION BEFORE MAILING.

- **a** ☒ Corporation — Attach a copy of your Articles of Incorporation, (including amendments and restatements) showing approval by the appropriate State official; also include a copy of your bylaws.
- **b** ☐ Trust — Attach a copy of your Trust Indenture or Agreement, including all appropriate signatures and dates.
- **c** ☐ Association — Attach a copy of your Articles of Association, Constitution, or other creating document, with a declaration (see instructions) or other evidence the organization was formed by adoption of the document by more than one person; also include a copy of your bylaws.

If you are a corporation or an unincorporated association that has not yet adopted bylaws, check here ▶ ☐

I declare under the penalties of perjury that I am authorized to sign this application on behalf of the above organization and that I have examined this application, including the accompanying schedules and attachments, and to the best of my knowledge it is true, correct, and complete.

Please Sign Here ▶ (Signature)    TRUSTEE (Title or authority of signer)    2/10/93 (Date)

For Paperwork Reduction Act Notice, see page 1 of the Instructions.

Complete the Procedural Checklist (page 7 of the instructions) prior to filing.

Form 1023 (Rev. 9-90)

## Part II  Activities and Operational Information

1. Provide a detailed narrative description of all the activities of the organization—past, present, and planned. Do not merely refer to or repeat the language in your organizational document. Describe each activity separately in the order of importance. Each description should include, as a minimum, the following: (a) a detailed description of the activity including its purpose, (b) when the activity was or will be initiated, and (c) where and by whom the activity will be conducted.

See Attachment I

2. What are or will be the organization's sources of financial support? List in order of size.

See Attachment I

3. Describe the organization's fundraising program, both actual and planned, and explain to what extent it has been put into effect. Include details of fundraising activities such as selective mailings, formation of fundraising committees, use of volunteers or professional fundraisers, etc. Attach representative copies of solicitations for financial support.

See Attachment I

Attachment I

Form 1023
National Credit Counseling Services, Inc.
4725 Dorsey Hall Drive
Suite A301
Ellicott City, MD 21042
FEIN #52-1795146

Page 1

## PART II  ACTIVITIES AND OPERATIONAL INFORMATION

1. A. The organization was formed in December of 1992 as an outgrowth of the groups concern for the need to educate the general public on the use of budgets, spending plans and the wise use of credit in developing personal financial plans to meet their current and future needs.

   B. The organization's purpose is to educate the public on a variety of financial issues, with special attention to educating families and individuals on personal budgeting and the wise use of credit. We will use trained professional counselors to help families and individuals with current financial difficulties, through sound budget or spending planning, and educate them on how to avoid future financial difficulties. The counselors will help the clients complete a comprehensive budget analysis, examining items such as gross household income, employment tenure, mortgage/rent payments, automobile payments and unsecured debt levels. Using this information, the counselor will try to establish a realistic and well-disciplined budget. If a family or an individual is having financial problems that are beyond the scope of sound budgeting techniques, a counselor will set up a debt management plan for the orderly liquidation of the debt, as a viable alternative to bankruptcy. We will begin educating the general public through advertising on a national level in 1993.

   C. During our second year of operation, our goal is to develop an educational video based on our counseling program.

   D. In addition to the counseling services described above, the organization will increase its educational activities in the following manner as funding and financial support increase.

      1. The organization will provide group advisory instruction to all age groups when there is a need for credit, budget, and financial counseling services with particular, but no exclusive reference, to those in special and pressing need thereof, through money management workshops in schools, businesses, and community organizations. The money management workshops will be conducted by trained professional counselors with extensive training in financial and credit issues. It is projected that this service will be offered within the second six months of operation.

Form 1023  
National Credit Counseling Services, Inc.  
4725 Dorsey Hall Drive  
Suite A301  
Ellicott City, MD 21042  
FEIN #52-1799746

Attachment I

Page 2

2. The organization will form a committee to determine research, education, and public information activities conducive to the general welfare with respect to budgeting, financial matters and consumer credit. Proposed activities will include publishing informational brochures covering numerous financial topics, including but not excluding household budgeting, how to re-establish credit, and how to use credit. These brochures will be provided to the public at no cost. The organization will also publish a monthly newsletter designed to educate individuals and families, on an ongoing basis, in credit and financial issues. The brochures and the newsletter will be published in-house. Both paid and volunteer staff will actively contribute to the research, writing and editing of the publication. The monthly newsletter is currently being published. Publication of the brochures is currently being developed. It is projected to go into publication during our first year.

3. The organization will cooperate with public and private agencies, organizations and associations engaged in the same and similar educational counseling programs.

2  During the first year of operation the organization's primary source of support will be derived from the general public for fees paid to defray the costs of providing services related to our exempt function. Fees have not been set, but will be closely related to the services provided. In addition, when a client is unable to meet his current financial obligations he will be offered a voluntary debt management program. The organizations will manage these plans, arranging reduced payments with creditors and acting as trustee. The organization will solicit donations from these creditors to offset the cost of administering this plan. As the number of creditors (supporters) that we deal with increases, the number of clients and amount of debt under management increases. The monies derived from the supporters will be our primary source of revenues. In the first year, the public support should amount to about 23.8% of gross receipts. In year two, the projected public support will be 41%.

Attachment I

Form 1023
National Credit Counseling Services, Inc.
4725 Dorsey Hall Drive
Suite A301
Ellicott City, MD 21042
FEIN #52-1799746

Page 3

3 A. We will solicit donations from organizations that provide goods, services, or monies in an unsecured manner. This group will include, but not be excluded to, credit card companies, banks, credit unions, savings and loans, and other companies that issue unsecured personal loans, student loan organizations, utility companies, department stores, retail stores, doctors, and dentists.

B. We have had 2,385 inquiries about our educational program. Of this number, 400 have been counseled. Of the 400 counseled clients, approximately 20 have entered into the debt management program.

A sample of our solicitation letter is enclosed. (Attachment II)

Page 3

Form 1023 (Rev. 9-90)

## Part II  Activities and Operational Information (Continued)

**4** Give the following information about the organization's governing body:

**a** Names, addresses, and titles of officers, directors, trustees, etc.      **b** Annual Compensation

Attachment 7

**c** Do any of the above persons serve as members of the governing body by reason of being public officials or being appointed by public officials?  ☐ Yes  ☒ No
If "Yes," name those persons and explain the basis of their selection or appointment.

**d** Are any members of the organization's governing body "disqualified persons" with respect to the organization (other than by reason of being a member of the governing body) or do any of the members have either a business or family relationship with "disqualified persons"? (See the specific instructions for line 4d.)  ☐ Yes  ☒ No
If "Yes," explain.

**5** Does the organization control or is it controlled by any other organization?  ☐ Yes  ☒ No
Is the organization the outgrowth of (or successor to) another organization, or does it have a special relationship with another organization by reason of interlocking directorates or other factors?  ☐ Yes  ☒ No
If either of these questions is answered "Yes," explain.

**6** Does or will the organization directly or indirectly engage in any of the following transactions with any political organization or other exempt organization (other than 501(c)(3) organizations): (a) grants; (b) purchases or sales of assets; (c) rental of facilities or equipment; (d) loans or loan guarantees; (e) reimbursement arrangements; (f) performance of services, membership, or fundraising solicitations; or (g) sharing of facilities, equipment, mailing lists or other assets, or paid employees?  ☐ Yes  ☒ No
If "Yes," explain fully and identify the other organizations involved.

**7** Is the organization financially accountable to any other organization?  ☐ Yes  ☒ No
If "Yes," explain and identify the other organization. Include details concerning accountability or attach copies of reports if any have been submitted.

Form 1023  
National Credit Counseling Services, Inc.  
4725 Dorsey Hall Drive  
Suite A301  
Ellicott City, MD 21042  
FEIN #52-1799746

Attachment III

4a   Names, addresses, and titles of officers, directors, trustees, etc.

  I.  Initial Trustees

   A.  Jose A. Dancel, Jr., 4955-D Columbia Rd, Columbia, MD 21044

   B.  Constance M. Dancel, 7670 Woodpark Lane, #303, Columbia, MD 21046

   C.  Preston O. Duppins, Jr., 412 Baldwin Park Drive, #T-4, Westminster, MD 21157

  II.  Pursuant to Article 3, Section 6 of the corporation's By-Laws, directors will not be paid a salary but may be paid a reasonable reimbursement or advancement for expenses incurred in the performance of their duties.

  III.  The persons who will serve as officers, and the compensation they will receive, if any has not been determined as yet by the board of trustees. Any such compensation will be reasonable and will be paid in return for the performance of services related to the tax-exempt purposes of the corporation.

  IV.  Trustees will be expanded to include members of the community and experts related to financial matters that would help us carry out our exempt function.