# EXHIBIT 2

## PART 2

Form 1023 (Rev. 9-90)                                                                                         Page 6

## Part II  Activities and Operational Information (Continued)

**8** What assets does the organization have that are used in the performance of its exempt function? (Do not include property producing investment income.) If any assets are not fully operational, explain their status: what additional steps remain to be completed, and when such final steps will be taken. If "None," indicate "N/A."

Cannon Laser Printer, Software, Trend & Technology Computer

**9a** Will any of the organization's facilities or operations be managed by another organization or individual under a contractual agreement?  ☐ Yes  ☒ No

**b** Is the organization a party to any leases?  ☐ Yes  ☒ No

If either of these questions is answered "Yes," attach a copy of the contracts and explain the relationship between the applicant and the other parties. The corporation does not currently lease any property. It is the intent of the corporation to lease office space in March. Any such lease WILL NOT be with any trustee, officer, or employee of this organization. This provision will also extend to family members of any trustees, officer, or employee of this organization.

**10** Is the organization a membership organization?  ☐ Yes  ☒ No
If "Yes," complete the following:

**a** Describe the organization's membership requirements, and attach a schedule of membership fees and dues.

**b** Describe your present and proposed efforts to attract members, and attach a copy of any descriptive literature or promotional material used for this purpose.

**c** What benefits do (or will) your members receive in exchange for their payment of dues?

**11a** If the organization provides benefits, services or products, are the recipients required, or will they be required, to pay for them?  ☐ N/A  ☒ Yes  ☐ No
If "Yes," explain how the charges are determined, and attach a copy of your current fee schedule.
A fee schedule has not been determined, but will be closely related to the services provided.

**b** Does or will the organization limit its benefits, services or products to specific individuals or classes of individuals?  ☐ N/A  ☐ Yes  ☒ No
If "Yes," explain how the recipients or beneficiaries are or will be selected.

**12** Does or will the organization attempt to influence legislation?  ☐ Yes  ☒ No
If "Yes," explain. Also, give an estimate of the percentage of the organization's time and funds which it devotes or plans to devote to this activity.

**13** Does or will the organization intervene in any way in political campaigns, including the publication or distribution of statements?  ☐ Yes  ☒ No
If "Yes," explain fully.

Form 1023 (Rev. 9-90)

## Part III  Technical Requirements

1. Are you filing Form 1023 within 15 months from the end of the month in which you were created or formed?  ☒ Yes  ☐ No
   If you answer "Yes," do not answer questions 2 through 6.

2. If one of the exceptions to the 15-month filing requirement shown below applies, check the appropriate box and proceed to question 7.

   **Exceptions**—You are not required to file an exemption application within 15 months if the organization:

   ☐ (a) Is a church, interchurch organization, local unit of a church, a convention or association of churches, or an integrated auxiliary of a church;

   ☐ (b) Is not a private foundation and normally has gross receipts of not more than $5,000 in each tax year; or,

   ☐ (c) Is a subordinate organization covered by a group exemption letter, but only if the parent or supervisory organization timely submitted a notice covering the subordinate.

3. If you do not meet any of the exceptions in question 2, do you wish to request relief from the 15-month filing requirement?  ☐ Yes  ☐ No

4. If you answer "Yes" to question 3, please give your reasons for not filing this application within 15 months from the end of the month in which your organization was created or formed. (See the Instructions before completing this item.)

5. If you answer "No" to both questions 1 and 3 and do not meet any of the exceptions in question 2, your qualification as a section 501(c)(3) organization can be recognized only from the date this application is filed with your key District Director. Therefore, do you want us to consider your application as a request for recognition of exemption as a section 501(c)(3) organization from the date the application is received and not retroactively to the date you were formed?  ☐ Yes  ☐ No

6. If you answer "Yes" to question 5 above and wish to request recognition of section 501(c)(4) status for the period beginning with the date you were formed and ending with the date your Form 1023 application was received (the effective date of your section 501(c)(3) status), check here ▶ ☐ and attach a completed page 1 of Form 1024 to this application.

Form 1023 (Rev. 9-90)                                                                                        Page 5

## Part III  Technical Requirements (Continued)

**7**  Is the organization a private foundation?
  ☐ **Yes**  (Answer question 8.)
  ☒ **No**  (Answer question 9 and proceed as instructed.)

**8**  If you answer "Yes" to question 7, do you claim to be a private operating foundation?
  ☐ **Yes**  (Complete Schedule E)
  ☐ **No**

After answering this question, go to Part IV.

**9**  If you answer "No" to question 7, indicate the public charity classification you are requesting by checking the box below that most appropriately applies:

**THE ORGANIZATION IS NOT A PRIVATE FOUNDATION BECAUSE IT QUALIFIES:**

| | | | |
|---|---|---|---|
| (a) | ☐ | As a church or a convention or association of churches (CHURCHES MUST COMPLETE SCHEDULE A). | Sections 509(a)(1) and 170(b)(1)(A)(i) |
| (b) | ☐ | As a school (MUST COMPLETE SCHEDULE B). | Sections 509(a)(1) and 170(b)(1)(A)(ii) |
| (c) | ☐ | As a hospital or a cooperative hospital service organization, or a medical research organization operated in conjunction with a hospital (MUST COMPLETE SCHEDULE C). | Sections 509(a)(1) and 170(b)(1)(A)(iii) |
| (d) | ☐ | As a governmental unit described in section 170(c)(1). | Sections 509(a)(1) and 170(b)(1)(A)(v) |
| (e) | ☒ | As being operated solely for the benefit of, or in connection with, one or more of the organizations described in (a) through (d), (g), (h), or (i) (MUST COMPLETE SCHEDULE D). | Section 509(a)(3) |
| (f) | ☐ | As being organized and operated exclusively for testing for public safety. | Section 509(a)(4) |
| (g) | ☐ | As being operated for the benefit of a college or university that is owned or operated by a governmental unit. | Sections 509(a)(1) and 170(b)(1)(A)(iv) |
| (h) | ☒ | As receiving a substantial part of its support in the form of contributions from publicly supported organizations, from a governmental unit, or from the general public. | Sections 509(a)(1) and 170(b)(1)(A)(vi) |
| (i) | ☐ | As normally receiving not more than one-third of its support from gross investment income and more than one-third of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions (subject to certain exceptions). | Section 509(a)(2) |
| (j) | ☐ | We are a publicly supported organization but are not sure whether we meet the public support test of block (h) or block (i). We would like the Internal Revenue Service to decide the proper classification. | Sections 509(a)(1) and 170(b)(1)(A)(vi) or Section 509(a)(2) |

If you checked one of the boxes (a) through (f) in question 9, go to question 14.
If you checked box (g) in question 9, go to questions 11 and 12.
If you checked box (h), (i), or (j), go to question 10.

Form 1023 (Rev 9-90)

## Part III  Technical Requirements (Continued)

10  If you checked box (h), (i), or (j) in question 9, have you completed a tax year of at least 8 months?
  ☐ Yes—Indicate whether you are requesting:
    ☐ A definitive ruling (Answer questions 11 through 14.)
    ☐ An advance ruling (Answer questions 11 and 14 and attach 2 Forms 872-C completed and signed.)
  ☒ No—You must request an advance ruling by completing and signing 2 Forms 872-C and attaching them to your application.

11  If the organization received any unusual grants during any of the tax years shown in Part IV-A, attach a list for each year showing the name of the contributor; the date and the amount of the grant; and a brief description of the nature of the grant.

12  If you are requesting a definitive ruling under section 170(b)(1)(A)(iv) or (vi), check here ▶ ☐ and:
  a  Enter 2% of line 8, column (e) of Part IV-A _____
  b  Attach a list showing the name and amount contributed by each person (other than a governmental unit or "publicly supported" organization) whose total gifts, grants, contributions, etc., were more than the amount you entered on line 12a above.

13  If you are requesting a definitive ruling under section 509(a)(2), check here ▶ ☐ and:
  a  For each of the years included on lines 1, 2, and 9 of Part IV-A, attach a list showing the name of and amount received from each "disqualified person."
  b  For each of the years included on line 9 of Part IV-A, attach a list showing the name of and amount received from each payer (other than a "disqualified person") whose payments to the organization were more than $5,000. For this purpose, "payer" includes, but is not limited to, any organization described in sections 170(b)(1)(A)(i) through (vi) and any governmental agency or bureau.

14  Indicate if your organization is one of the following. If so, complete the required schedule: (Submit only those schedules that apply to your organization. Do not submit blank schedules.)

| | Yes | No | If "Yes," complete Schedule |
|---|---|---|---|
| Is the organization a church? | | X | A |
| Is the organization, or any part of it, a school? | | X | B |
| Is the organization, or any part of it, a hospital or medical research organization? | | X | C |
| Is the organization a section 509(a)(3) supporting organization? | | X | D |
| Is the organization an operating foundation? | | X | E |
| Is the organization, or any part of it, a home for the aged or handicapped? | | X | F |
| Is the organization, or any part of it, a child care organization? | | X | G |
| Does the organization provide or administer any scholarship benefits, student aid, etc.? | | X | H |
| Has the organization taken over, or will it take over, the facilities of a "for profit" institution? | | X | I |

Complete the financial statements for the current year and for each of the 3 years immediately before it. If in existence less than 4 complete the statements for each year in existence. If in existence less than 1 year, also provide proposed budgets following the current year.

### A. — Statement of Revenue and Expenses

| | Current tax year (a) From 1/1/93 to 12/31/93 | 3 prior tax years or proposed budget for 2 years | | | (e) TOTAL |
|---|---|---|---|---|---|
| | | (b) 19 94 | (c) 19 95 | (d) 19 ...... | |
| **Revenue** | | | | | |
| 1 Gifts, grants, and contributions received (not including unusual grants—see instructions) | 557,345 | 1,922,396 | 3,657,241 | | |
| 2 Membership fees received | | | | | |
| 3 Gross investment income (see instructions for definition) | | | | | |
| 4 Net income from organization's unrelated business activities not included on line 3 | | | | | |
| 5 Tax revenues levied for and either paid to or spent on behalf of the organization | | | | | |
| 6 Value of services or facilities furnished by a governmental unit to the organization without charge (not including the value of services or facilities generally furnished the public without charge) | | | | | |
| 7 Other income (not including gain or loss from sale of capital assets) (attach schedule) | | | | | |
| 8 Total (add lines 1 through 7) | 557,345 | 1,922,396 | 3,657,241 | | |
| 9 Gross receipts from admissions, sales of merchandise or services, or furnishing of facilities in any activity that is not an unrelated business within the meaning of section 513 | 1,787,040 | 2,766,374 | 3,375,914 | | |
| 10 Total (add lines 8 and 9) | 2,344,385 | 4,688,770 | 7,033,155 | | |
| 11 Gain or loss from sale of capital assets (attach schedule) | | | | | |
| 12 Unusual grants | | | | | |
| 13 Total revenue (add lines 10 through 12) | 2,344,385 | 4,688,770 | 7,033,155 | | |
| **Expenses** | | | | | |
| 14 Fundraising expenses | 1,047,940 | 2,095,880 | 3,143,820 | | |
| 15 Contributions, gifts, grants, and similar amounts paid (attach schedule) | | | | | |
| 16 Disbursements to or for benefit of members (attach schedule) | | | | | |
| 17 Compensation of officers, directors, and trustees (attach schedule) | 457,582 | 915,164 | 1,372,746 | | |
| 18 Other salaries and wages | | | 56,550 | | |
| 19 Interest | 18,850 | 37,700 | 30,816 | | |
| 20 Occupancy (rent, utilities, etc.) | 10,272 | 20,544 | 89,181 | | |
| 21 Depreciation and depletion | 29,729 | 59,454 | | | |
| 22 Other (attach schedule) | | | | | |
| 23 Total expenses (add lines 14 through 22) | 1,564,373 | 3,128,742 | 4,693,113 | | |
| 24 Excess of revenue over expenses (line 13 minus line 23) | 780,014 | 1,560,028 | 2,340,042 | | |

page 727,066