# EXHIBIT 2

## PART 3

Attachment V

Form 1023
National Credit Counseling Services, Inc.
4725 Dorsey Hall Drive
Suite A301
Ellicott City, MD 21042
FEIN #52-1799746

Line 8:  Part IV Balance Sheet

Depreciable Assets

| | |
|---|---|
| Cannon Laser Printer | $1,800.00 |
| Software | 940.00 |
| Trends & Technology Computer | 2,800.00 |

**Part IV  Financial Data** (Continued)

### B.—Balance Sheet (at the end of the period shown)

Current tax year
Date 1/1/93 – 1/31/9_

#### Assets

| # | | |
|---|---|---|
| 1 | Cash | 3500 |
| 2 | Accounts receivable, net | |
| 3 | Inventories | |
| 4 | Bonds and notes receivable (attach schedule) | |
| 5 | Corporate stocks (attach schedule) | |
| 6 | Mortgage loans (attach schedule) | |
| 7 | Other investments (attach schedule) | |
| 8 | Depreciable and depletable assets (attach schedule)   Attachment V | 5540 |
| 9 | Land | |
| 10 | Other assets (attach schedule) | |
| 11 | **Total assets** (add lines 1 through 10) | 9040 |

#### Liabilities

| # | | |
|---|---|---|
| 12 | Accounts payable | 2500 |
| 13 | Contributions, gifts, grants, etc. payable | |
| 14 | Mortgages and notes payable (attach schedule) | |
| 15 | Other liabilities (attach schedule) | |
| 16 | **Total liabilities** (add lines 12 through 15) | 2500 |

#### Fund Balances or Net Assets

| # | | |
|---|---|---|
| 17 | Total fund balances or net assets | 6540 |
| 18 | **Total liabilities and fund balances or net assets** (add line 16 and line 17) | 6540 |

If there has been any substantial change in any aspect of your financial activities since the end of the period shown above, check the box and attach a detailed explanation.

Form 1023
**National Credit Counseling Services, Inc**
4725 Dorsey Hall Drive
Suite A301
Ellicott City, MD 21042
FEIN #52-1799746

## ARTICLES OF INCORPORATION
## OF
## NATIONAL CREDIT COUNSELING SERVICES, INC.

APPROVED AND RECEIVED FOR RECORD BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND DECEMBER 18, 1992 AT 9:59 O'CLOCK A. M. AS IN DOCUMENT WITH LAW AND ORDERED RECORDED

ORGANIZATION AND QUALIFICATION FEE PAID    $ 20.00

RECORDING FEE PAID    $ 20.00

SPECIAL FEE PAID    $

D3562998
HOWARD COUNTY

TO THE CLERK OF THE COURT OF

IT IS HEREBY CERTIFIED THAT THE WITHIN INSTRUMENT TOGETHER WITH ALL ENDORSEMENTS THEREON HAS BEEN RECEIVED APPROVED AND RECORDED BY THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION OF MARYLAND

RETURN TO:
PRESTON C. DUPPINS, JR.
4725 DORSEY HALL DRIVE
ELLICOTT CITY         MD 21042



ARTICLES OF INCORPORATION 2/8/93    9:59
OF
NATIONAL CREDIT COUNSELING SERVICES, INC.

FIRST: WE, THE SUBSCRIBERS, Jose A. Dance, Jr., whose address is 4955-D Columbia Road, Columbia, MD 21044, and Preston C. Duppins, Jr., whose address is 412 Baldwin Park Drive, T-4, Westminster, MD 21157, and both of whom are at least twenty-one years of age, DO HEREBY associate ourselves as incorporators with the intention of forming a corporation under and by virtue of the General Laws of the State of Maryland.

SECOND: The name of the corporation which is hereinafter called the "Corporation" is National Credit Counseling Services, Inc.

THIRD: The purposes for which the corporation is formed as follows:

Said corporation is organized exclusively for one or more of the purposes specified in Section 501(c)(3) of the Internal Revenue Code, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under 501(c)(3) of the Internal Revenue Code, or the corresponding section of any future federal tax code.

A. To provide services beneficial to the public interest, to enter into a common non-profit organization of individuals, firms, copartnerships, joint stock companies, associations and corporations engaged in the manufacture, distribution, financing, insuring, transporting, repairing or servicing of goods, products, services, and any other items of value for ultimate use of individuals, associations, organizations, firms, joint stock companies, corporations, and foundations interested in the same or similar objectives; in order, among other lawful functions and purposes:

(1) To provide sound programs of education for the intelligent, safe use of consumer credit; for the benefit of the general public through the public and private school system and colleges of the community and through adult and other program channels of education.

(2) To provide individual and group advisory instruction and counsel when there is need or request for credit counseling services, with particular but not exclusive reference to those in special and pressing need thereof.

(3) To cooperate with public and private agencies, organizations, and associations engaged in the same and similar educational counseling programs.

B. To have and exercise all powers incidental to or desirable

2865811

FOURTH. No part of the earnings of the corporation shall inure to the benefit of any private member or individual except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article Three hereof and as part of the activities of the