# EXHIBIT 2

## PART 4

... shall ... of carry... ... ... otherwise attempt to influence legislation. The corporation shall be prohibited from intervening in (including the publishing and distribution of statements) any political campaign on behalf of any candidate for public office. Notwithstanding any other provision of these articles, the corporation shall not carry on any other activities not permitted to be carried on (a) by a corporation exempt from federal income tax under Section 501(c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or (b) by a corporation, contributions to which are deductible under Section 170(c)(2) of the Internal Revenue Code, or corresponding section of any further tax code.

FIFTH. In the event of dissolution, the property of the corporation shall be distributed for charitable, educational or religious purposes to an organization qualified to accept funds for such purposes within the meaning of Section 501(c)(3).

While the corporation shall have all of the powers that are or may be conferred upon corporate organizations pursuant to Article 23 of the Code of the State of Maryland and shall not be authorized to issue capital stock, no such power so conferred shall be exercised except for the attainment of the purposes herein set forth.

SIXTH. The address of the principal office of the corporation in the State of Maryland is 3725 Gurney Hall ... Ste A301, Ellicott City, MD 21042.

The name and address of the Resident Agent of the corporation is: Preston O. Duppins, Jr., 412 Baldwin Park Drive, T-4, Westminster, MD 21157. Said Resident Agent is an individual actually residing in the State of Maryland.

SEVENTH. The corporation shall have no capital stock, and no part of its net earnings shall inure to the benefit of any private shareholder or individual.

EIGHTH. The corporation shall have a Board of Trustees, rather than a Board of Directors. The Board of Trustees shall manage, regulate, govern and conduct the affairs and business of the corporation indirectly and through a governing body and its officers and committees, and shall have all of the powers held by a Board of Directors. The number of Trustees of the corporation shall be three(3), which number may be increased or decreased pursuant to the By-Laws of the corporation, but shall never be less than three(3). The names of the Trustees who shall act until their successors are duly chosen and qualified are Jose A. Daniel, ..., Preston O. Duppins, and Constance M. Daniel, all of whom are residents of the State of Maryland, and citizens thereof.

NINTH. The duration of the corporation shall be perpetual.

TENTH. Every Trustee and every officer of the corporation

be indemnified by the corporation against all expenses and liabilities, including counsel fees, reasonably incurred by or imposed upon him in connection with any proceedings to which he may be made a party, or in which he may become involved, by reason of his being or having been a Trustee or officer of the corporation, or any settlement thereof, whether or not he is a Trustee or officer at the time such expenses are incurred, except in cases where the Trustee or officer is adjudged guilty of willful misfeasance or malfeasance in the performance of his duty; provided, however, that in the event of a settlement the indemnification herein shall apply only when the Board of Trustees approve such settlement and reimbursement as being for the best interests of the corporation. The foregoing right of indemnification shall be in addition to and not exclusive of all other rights to which such Trustee or officer may be entitled.

ELEVENTH. THE UNDERSIGNED, for the purpose of forming a corporation under the General Laws of the State of Maryland, do make, file and record the Certificate, and hereby certify that the facts therein stated are true and have, accordingly, hereunto set their respective hands and seals, this 17th day of December, 1952.

IN Witness Whereof, We have signed these articles and severally acknowledge same to be our act:

_____
Preston O. Dobbins, Jr.

_____
Jose A. Dancel, Jr.

