# EXHIBIT 2

## PART 5

rm 1023
tional Credit Counseling Services, Inc
25 Dorsey Hall Drive
ite A301
licott City, MD 21042
IN #52-1799746

# BYLAWS
# OF
# NATIONAL CREDIT COUNSELING SERVICES, INC.

## ARTICLE 1
## OFFICES

### SECTION 1. PRINCIPAL OFFICE

The principal office of the corporation is located in Howard County, State of Maryland.

### SECTION 2. CHANGE OF ADDRESS

The designation of the county or state of the corporation's principal office may be changed by amendment of these bylaws. The Board of Trustees may change the principal office from one location to another within the named county by noting the changed address and effective date below, and such changes of address shall not be deemed, nor require, an amendment of these Bylaws:

_____  Dated: _____, 19____

_____  Dated: _____, 19____

_____  Dated: _____, 19____

### SECTION 3. OTHER OFFICES

The corporation may also have offices at such other places, within or without its state of incorporation, where it is qualified to do business, as its business and activities may require, and as the board of trustees may, from time to time, designate.

## ARTICLE 2
## NONPROFIT PURPOSES

### SECTION 1. IRC SECTION 501(C)(3) PURPOSES

This corporation is organized exclusively for one or more of the purposes as specified in Section 501(c)(3) of the Internal Revenue Code, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under Section 501(c)(3) of the Internal Revenue Code.

### SECTION 2. SPECIFIC OBJECTIVES AND PURPOSES

A. To provide services beneficial to the public interest, to enter into a common non-profit organization of individuals, firms, copartnerships, joint stock companies, associations, and corporations engaged in the manufacture, distribution, financing, insuring, transporting, repairing or servicing of goods, products,

1

services, and any other items of value for ultimate use of individuals, associations, organizations, firms, joint stock companies, corporations, and foundations interested in the same or similar objectives; in order, among other lawful functions and purposes:

    (1) To provide sound programs of education for the intelligent, safe use of consumer credit; for the benefit of the general public through the public and private school system and colleges of the community and through adult and other program channels of education.

    (2) To provide individual and group advisory instruction and counsel when there is need or request for credit counseling services, with particular but not exclusive reference to those in special and pressing need thereof.

    (3) To cooperate with public and private agencies, organizations, and associations engaged in the same and similar educational-counseling programs.

B. To have and exercise all powers incidental to or desirable or necessary to carry the foregoing objectives and purposes in furtherance of and not in limitation of the general powers conferred by the laws of the State of Maryland with respect to non-profit corporations in furtherance of and not in limitation of the business and purposes of this Corporation as hereinbefore set forth; which powers shall include but shall not be limited to the following:

    (1) To do any and all things herein set forth as objects, purposes, powers, or otherwise, either alone or in conjunction with others.

    (2) To conduct research, education, public information activity conducive to the general welfare with respect to budgeting, financial matters, and consumer credit.

    (3) To disseminate and exchange information to and among its members, the general public and such persons, agencies and organizations as may have interest therein; and to foster and promote a friendly relationship of the association and its members with general public and others interested in consumer credit.

    (4) To originate methods and means of raising funds, through dues and contribution from public and private sources, or from the membership; to finance and fully effectuate such programs, and to extend, make grants, contribute, disburse and otherwise handle and dispose of the same for such purposes, either directly or by contributions and grants to other agencies or organizations organized for the same or similar purposes.

2

(5) To represent the members of the corporation before government departments, boards, bureaus, and agencies in matters pertinent to their acts with respect to the activities of the Corporation.

(6) To enter into, make, perform and carry out contracts and agreements of every kind for any lawful purposes, without limit as to amount, with any person, firm, association, or corporation, the government of the United States, the government of the state of Maryland, and any authorized agencies thereof, and with foreign governments and any of their authorized agencies.

(7) To act as agent, trustee, attorney-in-fact, or in any other fiduciary capacity; and as a collection or disbursement agent; when so authorized.

(8) To sue or be sued in its own name.

## ARTICLE 3
## TRUSTEES

SECTION 1. POWERS

The corporation shall have a Board of Trustees, rather than a Board of Directors. The Board of Trustees shall manage, regulate, govern and conduct the affairs and business of the corporation indirectly and through a governing body and its officers and committees, and shall have all of the powers held by a Board of Directors.

SECTION 2. QUALIFICATIONS

Trustees shall be of the age of majority in this state.

SECTION 3. NUMBER

The corporation shall have at least three(3) Trustees, which number may be increased or decreased, but shall never be less than three(3).

SECTION 4. DUTIES

It shall be the duty of the trustees to:

(a) Perform any and all duties imposed on them collectively or individually by law, by the Articles of Incorporation, or by these Bylaws;

(b) Appoint and remove, employ and discharge, and except as otherwise provided in these Bylaws, prescribe the duties and fix the compensation, if any, of all officers, agents and employees of the corporation;

(c) Supervise all officers, agents and employees of the corporation to assure that their duties are performed properly;

(d) Meet at such times and places as required by these Bylaws;

(e) Register their addresses with the Secretary of the corporation, and notices of meetings mailed or telegraphed to them at such addresses shall be valid notices thereof.

SECTION 5. TERM OF OFFICE

Each trustee shall hold office for a period of one (1) year and until his or her successor is elected and qualifies.

SECTION 6. COMPENSATION

Trustees shall serve without compensation except that a reasonable fee may be paid to trustees for attending regular and special meetings of the board. In addition, they shall be allowed reasonable advancement or reimbursement of expenses incurred in the performance of their duties.

SECTION 7. PLACE OF MEETINGS

Regular meetings of Trustees shall be held on December 18 at 9:00 AM, unless such day falls on a legal holiday, in which event the regular meeting shall be held at the same hour and place on the next business day.

If this corporation makes no provision for members, then, at the regular meeting of trustees held on December 18, trustees shall be elected by the Board of Trustees. Voting for the election of trustees shall be by written ballot. Each trustee shall cast one vote per candidate, and may vote for as many candidates as the number of the candidates to be elected to the board. The candidates receiving the highest number of votes up to the number of trustees to be elected shall be elected to serve on the board.

SECTION 9. SPECIAL MEETINGS

Special meetings of the Board of Trustees, may be called by the Chairperson of the Board, the President, the Vice-President, the Secretary, by any two trustees, or, if different, by the persons specifically authorized under the laws of this state to call special meetings of the board. Such meetings shall be held at the principal office of the corporation or, if different, at the place designated by the person or persons calling the special meeting.

SECTION 10. NOTICE OF MEETINGS

4

Unless otherwise provided by the Articles of Incorporation, these Bylaws, or provisions of law, the following provisions shall govern the giving of notice for meetings of the board of trustees:

(a) <u>Regular Meetings</u>. No notice need be given of any regular meeting of the board of trustees.

(b) <u>Special Meetings</u>. At least one week prior notice shall be given by the Secretary of the corporation to each trustee of each special meeting of the board. Such notice may be oral or written, may be given personally, by first class mail, by telephone, or by facsimile machine, and shall state the place, date and time of the meeting and the matters proposed to be acted upon at the meeting. In the case of facsimile notification, the trustee to be contacted shall acknowledge personal receipt of the facsimile notice by a return message or telephone call within twenty four hours of the first facsimile transmission.

(c) <u>Waiver of Notice</u>. Whenever any notice of a meeting is required to be given to any trustee of this corporation under provisions of the Articles of Incorporation, these Bylaws, or the law of the State of Maryland, whether before or after the time of the meeting shall be equivalent to the giving of such notice.

## SECTION 11. QUORUM FOR MEETINGS

A quorum shall consist of at least two(2) trustees and one-third(1/3) of the members of the Board of Trustees.

Except as otherwise provided under the Articles of Incorporation, these Bylaws, or provisions of law, no business shall be considered by the board at any meeting at which the required quorum is not present, and the only motion which the Chair shall entertain at such meeting is a motion to adjourn.

## SECTION 12. MAJORITY ACTION AS BOARD ACTION

Every act or decision done or made by a majority of the trustees present at a meeting duly held at which a quorum is present is the act of the Board of Trustees, unless the Articles of Incorporation, these Bylaws, or provisions of law require a greater percentage or different voting rules for approval of a matter by the board.

## SECTION 13. CONDUCT OF MEETINGS

Meetings of the Board of Trustees shall be presided over by the Chairperson of the Board, or, if no such person has been so designated or, in his or her absence, the President of the corporation or, in his or her absence, by the Vice President of the corporation or, in the absence of each of these persons, by a

5