# EXHIBIT 2

## PART 8

FORM 1023    FEIN# 52-1799746

# NATIONAL CREDIT COUNSELING SERVICES, INC

4725 Dorsey Hall Drive, Ste A301, Ellicott City, MD 21042

(800)955-0412

Date

RE: CLIENT ACCOUNT #_____
   NAME ON ACCOUNT:_____
   ADDRESS ON ACCOUNT:_____
   MONTHLY PAYMENT TO YOU:_____
   FIRST PAYMENT:_____
   CLIENT'S TOTAL INDEBTEDNESS:_____ (Does Not Include Secured Debts)
   NUMBER OF CREDITORS:_____

Dear Credit Grantor:
   The above client, your customer, is having financial difficulties and has applied to this organization for assistance. As an alternative to bankruptcy, we have consented to act as trustee in a voluntary disbursement plan to the creditors according to the clients means. Payments will be made on a 30-day basis and increased **proportionately as other debts are satisfied**.
   We request your assistance by making a **voluntary** contribution of 15% of all remittances received from our agency to help defray the cost of our non-profit community service. This contribution is a tax-deductible business expense for you because of our IRS 501(c)(3) non-profit tax status.
   For the success of the plan it is requested that all further interest will be waived and any present or pending legal proceedings be stayed. In return, we will advise you if this person falters or fails to fulfill their obligations to this office. All relevant information concerning your customer will be provided with your check.
   Please confirm the exact amount owed along with your acceptance of these terms and return this letter to our office. If we do not hear from you within 10 days, we will assume this arrangement meets with your approval. Thank you for your support and cooperation.

Please check ONE of the following **only if new creditor with NCCS**:

**Deduct 15% contribution**_____
Client to receive full credit for the **gross amount**.

Bill us for 15% contribution_____ (voluntary)We will mail check upon receipt of invoice

We hereby consent to the Plan arrangements as set forth in this letter.

                                                                Phone No._____
Company_____
                                                                Balance_____
Account Number_____
Original Date Opened_____   Date Last Payment_____
                                                                Title_____
Authorized Signature_____

REDUCTION____ OR ELIMINATION____ OF LATE CHARGES ___YES ___NO
REDUCTION____ OR ELIMINATION____ OF INTEREST CHARGES ___YES ___NO

Please complete and return this form to National Credit Counseling Service. You may wish to Fax your reply to (301)730-3302

# A NON-PROFIT COMMUNITY SERVICE

# Form 8718
## User Fee for Exempt Organization Determination Letter Request

▶ Attach this form to determination letter application.
(Form 8718 is NOT a determination letter application.)

(Rev. October 1990)
Department of the Treasury
Internal Revenue Service

**For IRS Use Only**
Control number: 99104
Amount paid:
User fee screener:

**1** Name of organization

**2** Type of request (check only one box and include a check or money order made payable to Internal Revenue Service for the amount of the indicated fee)  **Fee**

**a** ☐ Initial request for an exempt organization determination letter (do NOT use for a pension plan determination letter) by an organization whose annual gross receipts have not exceeded (or are not expected to exceed) $10,000, averaged over the preceding four taxable years, or new organizations which anticipate annual gross receipts averaging not more than $10,000 during their first four years. If you check this box you must complete the income certification below. **$150**

### Certification

I hereby certify that the annual gross receipts of _____ (enter name of organization) have not exceeded (or are not expected to exceed) $10,000 averaged over the preceding four (or the first four) years of operation.

Signature ▶ _____  Title _____

**b** ☒ Initial request for an exempt organization determination letter (do NOT use for a pension plan determination letter) by an organization whose annual gross receipts have exceeded (or are expected to exceed) $10,000, averaged over the preceding four taxable years, or a new organization which anticipates annual gross receipts averaging more than $10,000 during their first four years. **$375**

**c** ☐ Private foundation which has completed a section 507 termination and which seeks a determination letter that it is now a public charity. **$200**

**d** ☐ Group exemption letters. **$500**

### Instructions

The Omnibus Budget Reconciliation Act of 1990 requires payment of a user fee for determination letter requests submitted to the Internal Revenue Service. The fee must accompany each request submitted to a key district office.

The fee for each type of request for an exempt organization determination letter is listed in item 2 of this form. Check the block that describes the type of request you are submitting, and attach this form to the front of your request form along with a check or money order for the amount indicated. Make the check or money order payable to the Internal Revenue Service.

Determination letter requests received with no payment or with an insufficient payment will be returned to the applicant for submission of the proper fee. To avoid delays in receiving a determination letter,

be sure that your application is sent to the applicable address shown below. These addresses supersede the addresses listed in Publication 557 and all application forms.

| If entity is in this IRS District | Send fee and request for determination letter to this address |
|---|---|
| Albany, Augusta, Boston, Brooklyn, Buffalo, Burlington, Hartford, Manhattan, Portsmouth, Providence | Internal Revenue Service EP/EO Division P.O. Box 1680 GPO Brooklyn, NY 11202 |
| Baltimore, District of Columbia, Pittsburgh, Richmond, Newark, Philadelphia, Wilmington, any U.S. possession or foreign country | Internal Revenue Service EP/EO Division P.O. Box 17010 Baltimore, MD 21203 |
| Cincinnati, Cleveland, Detroit, Indianapolis, Louisville, Parkersburg | Internal Revenue Service EP/EO Division P.O. Box 3159 Cincinnati, OH 45201 |
| Albuquerque, Austin, Cheyenne, Dallas, Denver, Houston, Oklahoma City, Phoenix, Salt Lake City, Wichita | Internal Revenue Service EP/EO Division Mail Code 4950 DAL 1100 Commerce Street Dallas, TX 75242 |
| Atlanta, Birmingham, Columbia, FL, Ft. Lauderdale, Greensboro, Jackson, Jacksonville, Little Rock, Nashville, New Orleans | Internal Revenue Service EP/EO Division P.O. Box 941 Atlanta, GA 30370 |
| Anchorage, Boise, Las Vegas, Los Angeles, Honolulu, Portland, Laguna Niguel, San Jose, Seattle | Internal Revenue Service EO Application Processing Room 5127, P.O. Box 536 Los Angeles, CA 90053-DMS |
| Sacramento, San Francisco | Internal Revenue Service EO Application Processing Stop SF 4446 P.O. Box 36001 San Francisco, CA 94102 |
| Aberdeen, Chicago, Des Moines, Fargo, Helena, Milwaukee, Omaha, St. Louis, St. Paul, Springfield | Internal Revenue Service EP/EO Division 230 S. Dearborn DPN 20-5 Chicago, IL 60604 |

Attach Check or Money Order Here

RECEIVED

Form 8718

INTERNAL REVENUE SERVICE                         DEPARTMENT OF THE TREASURY
DISTRICT DIRECTOR
31 HOPKINS PLAZA
BALTIMORE, MD 21201

Date: 3-5-93                    Employer Identification Number:
                                  52-1799746
                                Contact Person:
                                  R HUTCHINS
NATIONAL CREDIT COUNSELING SERVICES    Contact Telephone Number:
 INC                              (410) 962-9128
 C/O JOSE A CANCEL JR
 1725 DORSEY HALL DRIVE STE A301
 ELLICOTT CITY, MD 21042
                                Response Due Date:
                                  March 25, 1993

Dear Applicant:

   Before we can determine whether your organization is exempt from Federal
income tax, we must have enough information to show that you have met all legal
requirements. You did not include the information needed to make that
determination on your Form 1023, Application for Recognition of Exemption
Under Section 501(c)(3) of the Internal Revenue Code.

   To help us determine whether your organization is exempt from Federal
income tax, please send us the requested information by the above date. We
can then complete our review of your application.

   If we do not hear from you within that time, we will assume you do not
want us to consider the matter further and will close your case. In that
event, as required by Code section 6104(c), we will notify the appropriate
state officials that, based on the information we have, we cannot recognize
you as an organization of the kind described in Code section 501(c)(3).
As a result, the Internal Revenue Service will treat your organization as
a taxable entity. If we receive the information after the response due
date, we may ask you to send us a new Form 1023.

   In addition, if you do not provide the requested information in a timely
manner, we will consider that you have not taken all reasonable steps to secure
the determination you requested. Under Code section 7428(b)(2), your not tak-
ing all reasonable steps in a timely manner to secure the determination may be
considered as failure to exhaust administrative remedies available to you with-
in the Service. Therefore, you may lose your rights to a declaratory judgment
under Code section 7428.

   Please mail information requested in this letter to the following
address:
                        Internal Revenue Service
                        EP/EO Division - Crow 749
                        P.O. Box 13163 - Room 917
                        Baltimore, MD 21203

                                                    Letter 1312(DO/CG)

-2-

**NATIONAL CREDIT COUNSELING SERVICES**

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter.

Thank you for your cooperation.

Sincerely yours,

*Mrs R. Hotchkins*

Exempt Organizations Specialist