# EXHIBIT 2

## PART 9

- 2 -

NATIONAL CREDIT COUNSELING SERVICES

1) If the organization ever has paid or will pay compensation to or on behalf of persons who are officers, directors, or trustees or members of their families, or any other compensation, submit the following:

   a) The name and title or relationship of such person to whom payment has been, is being or will be paid.
   b) The nature and/or purpose of payments (i.e., salary, wage, housing allotment, car allowance, etc.) and the amount of payment made or to be made on behalf of such person. If payments are to be made in more than one category, state each separately.
   c) A detailed description of the positions filled by and the duties and services for which compensation will be paid.
   d) The amount of time each person devotes to the position (if prospective, how will the payment be affected by an upward or downward adjustment in time based on need of the organization?).
   e) The qualifications (training, background, experience) of such person for the positions, duties, services.
   f) If any such person is employed outside the organization, the hours per week and weeks per year devoted to such outside employment.
   g) Who determines compensation to be paid? What criteria is used to determine compensation?
   h) How do you or will you insure that all compensation paid is "reasonable" and in return for services rendered?
   i) Does the organization pay or plan to pay any of the personal living expenses of employees, directors, officers, founders, members, etc.? If so, explain in detail. Be specific.

2) Please submit copies of any brochures, pamphlets, newsletters, advertising matter or any other literature regarding your organization.

3) Please provide copies of any written leases, contracts, or agreements entered into by your organization.

4) Please sign, date and return both copies of the enclosed 872-C.

5) See attached concerning enlarging your governing body.

6) See attached concerning your publishing activities.

7) How do your operations differ from those of a commercial for profit organization which provides the same or similar services for a fee? Discuss in detail.

8) Providing services for a fee is normally a commercial business rather than providing services at cost lacks the donative intent of solicitation. Show your organization is exclusively within the meaning of 501(c)(3).

PUBLISHING

Income Tax Regulations 1.501(c)(3)-1(d)(3)(i) provide that the term 'education' includes the instruction of the public on subjects useful to the individual and beneficial to the community.

The publication of printed material may be educational if:
   (a) the content of the publication is educational;
   (b) the preparation of material follows methods generally accepted as 'educational' in character;
   (c) the distribution of materials is necessary or valuable in achieving the organization's educational and scientific purposes; and,
   (d) the manner in which the distribution is accomplished is distinguishable from ordinary commercial publishing practices.

1. Explain exactly how your organization's publishing activities meet each of the items (a) - (d) above. Do not make general statements.

2. Who has/will write the material? What are their qualifications?

3. Who chooses the articles/works/projects to be published? On what basis are they chosen? What are the qualifications of those choosing the works? Are members of this selection committee eligible to have their own material published?

4. Will you publish the works of unknown artists/writers? If one work is chosen, are they again eligible to have work published or are they restricted to one piece?

5. Will you publish the works of officers or directors of the organization?

6. Explain fully the nature of your publishing operation. Include information as to who prints the material, how often it is printed, and where it is printed.

7. Explain all methods by which your publication will be distributed. Will any materials be distributed free of charge? If so, to whom. How can the free material be requested and how is its availability made known to the public? Will your publication be sold through stores? If so, to what stores specifically? Are they all for-profit entities or will non-profit bookstores be included?

8. Will your material be sold by subscription? If so, how do you make the public aware of its availability? What are your subscription rates? On what basis are they determined? How do they compare with a similar commercial publication's rates?

9. Describe your methods of marketing your publication. Submit sample copies of any advertising you will use.

10. Will you sell advertising space in your publication? If so, at what rates? How do these rates compare to those charged by a for-profit publication of the same approximate size and distribution? How will advertising be solicited? Is it solicited by someone in a paid position? What percentage of the total publication is made up of advertisements?

11. What is the charge for your publication? Are there lesser charges for students or senior citizens? On what basis was your charge decided? Is the charge at cost, less than, or greater than the cost of publishing your material? Show how you determined this.

12. Is your publication of interest to the general public or only to a limited group of people?

13. Will your publication be copyrighted? If so, in whose name will the copyright be held? If royalties are received, how will they be distributed? Will any distributions be made to the officers or directors of the organization? If so, explain in detail.

14. If the copyrights are not held by the organization, explain how any benefits received from the copyrights will be treated.

15. Submit sample copies of any already published materials or a draft copy of material to be published (if you have not published yet).

16. Submit copies of any contracts for any portion of your activities including preparation, publishing, advertising, printing, and distribution of your publications.

17. List your staff members, their qualifications, and their responsibilities. Do any staff members volunteer their services?

Information provided by your application for exempt status that control of your organization resides with either one person or a limited group of individuals. The courts have found that this limiting of control provides an opportunity for abuse if tax-exempt status is granted.

It is strongly suggested that you expand your governing body now to overcome this limited control. Submit a revised list of your governing body and identify any related persons on the list.

If you are unable to expand the board at this time, please explain why and state when you will increase your governing body as requested.

If you will not make this expansion, please explain in detail your reasoning.

# National Credit Counseling Services, Inc.

Jose A. Dancel, Jr.
4725 Dorsey Hall Drive, Suite A301
Ellicott City, Maryland  21042
F.E I.N: 52-1709746



R. Hutchins
Internal Revenue Service
EP/ED Division - Group 7205
P.O. Box 13163 - Room 817
Baltimore, Maryland  21203

Re: Requested Information for Form 1023 - Recognition of Exemption

Dear Mrs. Hutchins:

The National Credit Counseling Services, Inc. submits this letter in response to your request for required information for Form 1023 - Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code.

Question 1: If the organization pays, has paid or will pay compensation to or on behalf of persons who are officers, directors, or trustees or members of their families, or any other compensation, submit the following:

    A) The name and title or relationship of such person to whom payment has been, is being or will be paid.

    B) The nature and.or purpose of payments (i.e., salary, wage, housing allotment, car allowance, etc.) and the amount of payment made or to be made on behalf of such person. If payments are to be made in more than one category, state each separately.

| A,B. Name | Title | Purpose | Amount | Period |
|---|---|---|---|---|
| Jose A. Dancel | President | Salary | $2,250. | 1/1/93 - 3/31/93 |
| Preston O. Duppins, Jr. | Secretary | Salary | $2,250. | 1/1/93 - 3/31/93 |

    C) A detailed description of the positions filled by and the duties and services for which compensation will be paid.