# EXHIBIT 2

## PART 10

The officers of the corporation shall be a President, a Vice-President, a Secretary and a Treasurer.

1. **Duties of the President** — The President shall be the chief executive officer of the corporation and shall, subject to the control of the Board of Trustees, supervise and control the affairs of the corporation and the activities of the officers. He or she shall perform all duties incident to his or her office of Incorporation, or by the Bylaws, or which may be prescribed from time to time by the Board of Trustees and all of which shall be to further the corporation exempt purpose. Except as otherwise expressly provided by law, by the Articles of Incorporation, or by Bylaws, he or she shall, in the name of the corporation, execute such deeds, mortgages, bonds, contracts, checks, or other instruments which may from time to time be authorized by the Board of Trustees.

2. **Duties of the Vice-President** — In the absence of the President, or in the event of his or her inability or refusal to act, the Vice-President shall perform all duties of the President, and when so acting shall have all the powers of, and be subject to all the restrictions on the President. The Vice President shall have other powers and perform such other duties as may be prescribed by law, by the Articles of Incorporation, or by the Bylaws, or as may be prescribed by the Board of Trustees.

3. **Duties of the Secretary** — The Secretary shall:

    - Certify and keep at the principal office of the corporation the original, or a copy, of these Bylaws as amended or otherwise altered to date.

    - Keep at the principal office of the corporation or at such other place as the Board may determine, a book of minutes of all meetings of the trustees, and, if applicable, meetings of committees of trustees and of members, recording therein the time and place of holding, whether regular or special, how called, how notice thereof was given, the names of those present or represented at the meeting, and the proceedings thereof.

- See that all notices are duly given in accordance with the provision of the Bylaws or as required by law.

- Be custodian of the records and of the seal of the corporation and affix the seal, as authorized by law or the provisions of the Bylaws, to duly executed documents of the corporation.

- Keep at the principal office of the corporation a membership book containing the name and address of each and any members, and, in the case where any membership has been terminated, he or she shall record such fact in the membership book together with the date on which such membership ceased.

- Exhibit at all reasonable times to any trustee of the corporation, or to his or her agent or attorney, on request therefor, the Bylaws, the membership book, and the minutes of the proceedings of the trustees of the corporation.

In general, perform all duties incident to the Office of the Secretary and such other duties as may be required by law, by the Articles of Incorporation, or by the Bylaws, or which may be assigned to him or her from time to time by the Board of Trustees.

4. Duties of the Treasurer—The Treasurer shall:

- Have charge and custody of, and be responsible for, all funds and securities of the corporation, and deposit all such funds in the name of the corporation in such banks, trust companies, or other depositories as shall be selected by the Trustees.

- Receive, and give receipt for, monies due and payable to the corporation from any source whatsoever.

- Disburse, or cause to be disbursed, the funds of the corporation as may be directed by the Board of Trustees, taking proper vouchers for such disbursements.

- Keep and maintain adequate and correct accounts of the corporation's properties and business transactions, including

Internal Revenue Service
April 8, 1993
Page 4

        account of its assets, liabilities, receipts, disbursements, gains and losses.

- Exhibit at all reasonable times the books of account and financial records to any trustee of the corporation, or to his or her agent or attorney, on request therefor.

- Render to the President and Trustees, whenever requested, an account of any or all of his or her transactions as Treasurer and of the financial condition of the corporation.

- Prepare, or cause to be prepared, and certify, or cause to be certified, the financial statements to be included in any required reports.

        In general, perform all duties incident to the office of Treasurer and such other duties as may be required by law, by the Articles of Incorporation, or by the Bylaws, or which may be assigned to him or her from time to time by the Board of Trustees.

5. **Counselors**—shall be independent contractors. Their compensation structure will be directly related to the amount of services they provide the organization.

6. **Administrative staff**—shall be employed on a hourly or salary basis, depending on the amount of services provided to the corporation.

D) *The amount of time each person devotes to the position (if prospective, how will the payment be affected by an upward or downward adjustment in time based on need of the organization?).*

1. The salaried positions are based on 40 hours per week. Time required beyond 40 hours per week will not be compensated.

4725 Dorsey Hall Drive, Suite A301 • Ellicott City, Maryland 21042

Internal Revenue Service
April 8, 1993
Page 5

    E) *The qualifications (training, background, experience) of such persons for the position, duties, services.*

        1. The President will have experience in a corporate officer's capacity, and a background in financial consultation and/or non-profit organizations.

        Any Vice-President of the corporation will have a background in financial consultation and/or experience working with non-profit organizations.

        The Treasurer of the organization will have an accounting background sufficient to perform the duties as outlined in the Bylaws.

        Any counselor for the corporation shall demonstrate an ability to learn financial and credit issues and a capacity for counseling. The counselors shall be trained by management in a comprehensive program covering credit/financial issues.

        Any administrative personnel should have computer and administrative skills, as well as excellent communications skills, sufficient to perform their duties.

    It should be noted that the current officers of the corporation fulfill the above reqirements.

    F) *If any such person is employed outside the organization, the hours per week and weeks per year devoted to such outside employment.*

        1. Individuals listed in item (a) are not employed outside the organization.

    G) *Who determines compensation to be paid? What criteria is used to determine compensation?*

        1. Compensation will be based on the officers/employees meeting standards set forth in the minutes of the Board of Directors. The standards will include:

4725 Dorsey Hall Drive, Suite A301 • Ellicott City, Maryland 21042

Internal Revenue Service
April 8, 1993
Page 6

    a. Accomplishing the purpose of our exemption function
    b. Meeting their goals of the number of financially distressed debtors counseled
    c. Contributions to publication
    d. Their ability to expand the organizations educational services within the communities they serve.

H) How do you or will you insure that all compensation paid is "reasonable" and in return for services rendered?

    1. The Board of Directors will determine the compensation to be paid based on the performance of each individual and its value to the corporation with due consideration for salaries paid by other non-profit corporations with similar charitable and educational purposes and size.

    In addition, the corporation will submit its financial records to a yearly independent audit to insure the criteria set forth in the minutes of the board are followed.

I) Does the organization pay or plan to pay any of the personal living expenses of employees, directors, officers, founders, members, etc.? If so, explain in detail. Be specific.

    1. No.

Question 2: Please submit copies of any brochures, pamphlets, newsletters, advertisement, or any other literature regarding your organization.

    A. Attachment I.

Question 3: Please provide copies of any written leases, contracts, or agreements entered into by your organization.

    A. Please see contract in Attachment II. We have contracted with a public relations firm to develop a strategy to use in increasing the community's awareness of the services we provide and advise us as how

to disseminate our educational information to reach the maximum number of financially distressed members of the community.

**Question 4:** Please sign, date and return both copies of the enclosed 872-c.

    A. Attachment III (signed copies of Form 872-C).

**Question 5:** Expansion of Governing Body.

    A. Governing Body. The corporation intends to enlarge its governing body upon receipt of our 501(c)(3) status. The state in which we are incorporated (Maryland) requires a 501(c)(3) status for any program that contains as part of its function a debt management service. Therefore, when we are granted our 501(c)(3) status, we will expand our Board to include members of the financial community, members of the community we are serving, and representatives of the business community.

    Since the Corporations and Associations Article of the Maryland Annotated Code provides certain statutory immunity from personal liability for directors of organizations exempt under IRC section 501(c)(3), we have deferred the expansion of the organization's Board until a determination letter is received so that any persons invited to join the Board will be assured that they have all the benefits afforded under Maryland law.

    In developing our corporate charter, we have consulted accountants, financial advisors, industry credit managers, and community advocates. Upon receipt of our 501(c)(3) status, we will draw on this pool of advisors to expand our board.

**Question 6:** Questions concerning publishing activities.

    6.1 The publication of printed material may be educational if: a) the content of the publication is educational; b) the preparation of material follows methods generally accepted as "educational" in character; c) the distribution of materials is necessary or valuable in achieving the

---

4725 Dorsey Hall Drive, Suite A301 • Ellicott City, Maryland 21042

organization's educational and scientific purposes; and d) the manner in which the distribution is accomplished is distinguishable from ordinary commercial publishing practices.

A. The content of our printed material will be used to inform the financially distressed members of our community who through lack of education on financial matters find themselves in debt beyond their ability to pay. The content of the material will provide guidance on establishing a sound spending plan based on their current income that allows them to liquidate their current debt and rehabilitate their spending patterns.

The materials will be written to reinforce the budget and debt management counseling services we are developing for the financially distressed members of our community that we serve. The content of the printed material will include information on credit usage, guidelines for debt limits, explanation of interest rate and finance charges, and other current topics related to our educational and charitable functions.

B. The preparation of materials will be written at a level so that they can be understood by all economic sectors of our society. The materials will be written to reinforce the budget and debt management counseling services we are developing for the financially distressed members of our communities that we are serving. In addition, we will introduce new topics related to money management as the financial and credit industry develops new methods of granting credit.

C. The distribution of materials is necessary to carry out our exempt purpose of educating the financially distressed members of the community on how to manage their money and the wise use of credit.

The educational counseling on a one-on-one basis educates the financially distressed members of our society on how to manage their money, use of credit wisely, and recommends a sound spending plan to avoid further financial difficulties in the future and to otherwise rehabilitate themselves financially. Our brochures will be used to reinforce the one-on-one counseling and alert community

4725 Dorsey Hall Drive, Suite A301 • Ellicott City, Maryland 21042