# EXHIBIT 2

## PART 11

members on new techniques that have been developed to lure them into overspending.

D. The pamphlets and brochures will be supplied free of charge to anyone who contacts our organization for information. We will also make our materials available in libraries and schools to help educate society that their are avenues they can use to manage their debt and avoid financial destruction. The distribution is an integral part of our educational services used to reinforce the topics covered in individual counseling.

Our educational materials are not in competition with commercially published materials.

6.2 Who has/will write the material? What are their qualifications?

The materials will be written by our staff of counselors and the management team. Their qualifications are the same as listed in 1E of this report.

6.3 Who chooses the articles/works/projects to be published? On what basis are they chosen? What are the qualifications of those choosing the works? Are members of this selection committee eligible to have their own material published?

A) A committee composed of counselors and management will select the articles for publication. The Board of Directors will act in an advisory capacity.

B) The articles will be chosen based on their appropriateness for use in reinforcing the principles covered in our one-on-one counseling sessions.

C) The qualifications are those listed in 1(e) of this report.

D) Yes.

4725 Dorsey Hall Drive, Suite A301 • Ellicott City, Maryland 21042

Internal Revenue Service
April 8, 1993
Page 10

6.4 Will you publish the work of unknown artists/writers? If one work is chosen, are they again eligible to have work published or are they restricted to one piece?

We have no restrictions on the works we will publish, providing the material is appropriate for our readership and is relevant.

6.5 Will you publish the works of officers or directors of the organization?

Yes.

6.6 Explain fully the nature of your publishing operation. Include information as to who prints the material, how often it is printed, and where it is printed.

A. The materials are written in-house.
B. The draft is delivered to the printer.
C. The printer returns finished copy to NCCS.
D. The newsletter is printed monthly.
E. The newsletter is printed by Minute Man Press, Columbia, Maryland.

6.7 Explain all methods by which your publication will be distributed. Will any materials be distributed free of charge? If so, to whom. How can the free material be requested and how is its availability made known to the public? Will your publication be sold through stores? If so, to what stores specifically? Are they all for-profit entities or will non-profit bookstores be included?

(A) At present, the newsletter is mailed to our clients. It is supplied free of charge to anyone who request it.

(B) Our publications are mailed to the financially distressed members of the community that we counsel. In addition, our materials are available to anyone that requests a copy. We will make our published materials available free of charge in our schools and any community or educational group that could use the information to help us educate the public on sound financial spending plans.

Dorsey Hall Drive, Suite A301 • Ellicott City, Maryland 21042

One of our immediate goals is to give group presentations to community groups in the areas that we serve to educate these members of our community on how to develop a sound spending plan, the wise use of credit and new credit practices that could lure them into a debt level they could not afford. Our publications will be distributed at these seminars to help reinforce the topics covered in the seminar.

(C) Publications will not be sold through commercial channels.

6.8 Will your material be sold by subscription? If so, how do you make the public aware of its availability? What are your subscription rates? On what basis are they determined? How do they compare with a similar commercial publication's rates?

Materials will not be sold by subscription.

6.9 Describe your methods of marketing your publication. Submit sample copies of any advertising you will use.

We will not market our publication. They will be used as reinforcement for our educational program.

6.10 Will you sell advertising space in your publication? If so, at what rates? How do these rates compare to those charged by a for-profit publication of the same approximate size and distribution? How will advertising be solicited? Is it solicited by someone in a paid position? What percentage of the total publications is made up of advertisements?

We do not sell advertisement.

6.11 What is the charge for your publication? Are there lesser charges for students or senior citizens? On what basis was your charge decided? Is the charge at cost, less than, or greater than the cost of publishing your material? Show how you determine this.

We do not charge for our publication.

4725 Dorsey Hall Drive, Suite A301 • Ellicott City, Maryland 21042

Internal Revenue Service
April 8, 1993
Page 12

6.12 Is your publication distributed to the general public or to a limited group of persons?

Our publication is offered to the general public.

6.13 Is your publication copyrighted? If so, in whose name will the copyright be held? If royalties are received how will they be distributed? Will any distributions be made to the officers or directors of the organization? If so explain in detail.

We will not copyright our publication.

6.14 If the copyrights are not held by the organization, explain how any benefits received from the copyrights will be treated.

N/A

6.15 Submit sample copies of any already published materials or a draft copy of material to be published if you have not published yet.

Attachment 1

6.16 Submit copies of any contracts for the sharing of your activities including preparation, publishing, advertising, printing, and distribution of your publications.

At present, we have no contracts to cover the printing of our publication.

6.17 List your staff members, their qualifications, and their responsibilities. Do any staff members volunteer their services?

We have no separate staff for our publishing activities.

Question 7: How do your operations differ from those of a commercial for-profit organization which provides the same or similar services for a fee? Discuss in detail.

- We are not aware of a corporation that offer the services we provide for a profit.

- Our fees are projected to cover the cost of providing the educational services on credit and debit management.

- Our educational materials are used to reinforce our one-on-one counseling and not being developed to generate revenue for the corporation.

- Our goal is to have the charitable donations support our educational program after the first 2 years.

**Question 8:** Providing services for a fee is normally a commercial business method and providing services at cost lacks the donative intent of 501(c)(3). Explain how your organization is exclusively within the meaning of 501(c)(3).

In general, the regulations promulgated under IRC Section 501(c)(3) provide that the term "charitable" includes not only the relief of, or aid to, the poor and distressed or underprivileged, but also the advancement of educational, scientific and religious purposes, and services or activities which are beneficial to the community as a whole and promote the general welfare. See Treas. Reg. § 1.501(c)(3)-1(d)(2). Those regulations also provide that "the fact that an organization...may receive voluntary contributions from the persons intended to be relieved will not necessarily prevent such organization from being exempt as an organization organized and operated exclusively for charitable purposes." Id. In addition, the provision of services at no cost is not required by 501(c)(3) and the IRS has ruled on numerous occasions that the charging of a fee for services provided by non-profit organizations does not jeopardize the 501(c)(3) status of such organizations. See e.g., Rev. Rul. 77-246, 1976-2 C.B. 190 (operation of low-cost bus transportation for elderly); Rev. Rul. 75-325, 1975-2 C.B. 205 (operation of a rest home); Rev. Rul. 72-124, 1972-1 C.B. 145 (operation of a home for aged).