# EXHIBIT 2

## PART 12

Internal Revenue Service
April 5, 1993
Page 14

NCCS qualifies as a tax-exempt organization exclusively within the meaning of 501(c)(3) because the purposes for which it was formed are charitable. Specifically, NCCS will help to relieve the plight of the financially distressed by: (i) making available to them programs and services which will assist them in managing their financial matters and working out their debt problems without resorting to filing bankruptcy; and (ii) providing educational programs designed to help them manage their money and control their debts. While there will be a nominal fee in many cases, NCCS' policy is to waive the fee in cases where the debtor does not have the wherewithal to pay it. NCCS will also promote the general welfare by: (1) making its and services available to all members of the community (regardless of their financial status) for a nominal fee; (ii) educating the public as to sound money and debt management practices; and (iii) lessening burdens on government through reducing the need for litigation and collection activities by creditors and bankruptcy filings by debtors.

The tax-exempt status of credit counseling services under 501(c)(3) has been addressed in at least two federal district court cases. See <u>Credit Counseling Centers of Oklahoma, Inc. v. U.S.</u>, 45 AFTR 2d 80-1401, 79-2 USTC Par. 9468 (D.D.C. 1979); <u>Consumer Credit Counseling Service of Alabama, Inc. v. U.S.</u>, 44 AFTR 2d 79-5112, 78-2 USTC Par. 9660 (D.D.C. 1978). In both the above cited cases (copies of which are attached), the courts found that the IRS had improperly denied 501(c)(3) status to organizations that were organized and operated for the purpose of: (i) providing information to the general public on budgeting, buying practices and the sound use of consumer credit; and (ii) counseling financially distressed individuals and families on budgeting and the appropriate use of consumer credit, including advice as to debt proration and payment and possibly interceding with creditors to reach agreement on a payment schedule. As in the case of NCCS, the organizations in those cases charged a nominal fee for their debt management services. The services of the organizations were provided to <u>all</u> members of the general public, not just low income individuals and families. Subsequent to the <u>Alabama</u> and <u>Oklahoma</u> cases, the IRS recognized, in a General Counsel Memorandum (a copy of which is attached), that an organization with purposes and activities similar to those of the organizations in the <u>Alabama</u> and <u>Oklahoma</u> cases should not be denied tax-exempt status under 501(c)(3). See GCM 3881 (3/30/82).

Based on these authorities and the proposed charitable purposes and activities of NCCS, we believe that NCCS is entitled to recognition as an organization exempt form tax under 501(c)(3), regardless of NCCS' imposition of nominal a fee in some cases.

In the event that your organization is considering a denial of our 501(c)(3) status, please contact us to schedule a conference.

Respectfully submitted,

Jose A. Dancel, Jr.
National Credit Counseling Services, Inc.

National Credit Counseling Services, Inc.

Jose A. Danccl, Jr.
4725 Dorsey Hall Drive, Suite A301
Ellicott City, Maryland 21042
F.E.I.N: 52-1799746

ATTACHMENT 1

APR 8

# NATIONAL CREDIT COUNSELI...
# CREDIT WATCH
## NEWSLETTER

# HOW TO GET BETTER DEALS ON LOANS AND CREDIT CARDS

**The Money rate update**

Mortgage rates dipped slightly last month, but...

If you've noticed added... Citibank's standard card. Columbus, Ohio can knock

THIS INFORMATION CONTAINED WITHIN THIS "SAMPLE" NEWSLETTER IS JUST A SMALL REPRESENTATION OF THE KINDS OF INFORMATION THAT THE PUBLISHED PRODUCT MAY CONTAIN. THE INFORMATION IN THIS "SAMPLE NEWSLETTER" SHOULD NOT BE CONSIDERED FOR ACCURACY. THE SOLE PURPOSE OF THIS SAMPLE IS TO PROVIDE AN EXAMPLE OF THE TYPES OF EDUCATIONAL MATERIALS THAT WE INTEND TO PROVIDE.

| | Current | ...ago | ...ago |
|---|---|---|---|
| **MONEY-MARKET ACCOUNTS** | 3.52% | 3.63% | 5.43% |
| **SIX-MONTH CDs** | 3.84% | 3.93% | 6.06% |
| **ONE-YEAR CDs** | 4.12% | 4.17% | 6.32% |
| **FIVE-YEAR CDs** | 6.22% | 6.13% | 7.22% |
| **ARMs** | 6.00% | 6.22% | 7.30% |
| **FIXED-RATE MORTGAGES** | 8.92% | 9.05% | 9.57% |
| **HOME-EQUITY LINES** | 6.23% | 6.22% | 10.15% |
| **AUTO LOANS** | 9.83% | 9.92% | 11.34% |
| **CREDIT CARDS** | 18.61% | 18.69% | 19.92% |

"Now is a time to press your bank for a better deal."

Customers with flawless credit histories are in the best position to nab the special deals — particularly for automobile loans and credit cards. That's because more banks are using so-called risk-based pricing formulas, which award lower rates to the most creditworthy borrowers. Says George Williams, a senior vice president of AmSouth Bank in Birmingham: "Someone with an excellent credit history who can make a 10% to 15% down payment may be able to get an auto-loan rate of as much as three-quarters of a percentage point off the regular rate."

In April, the nation's largest credit-card issuer, Citibank, announced that customers who have paid their bills on time for one year and have charged at least $1,000 would now pay an interest rate of 15.9% on...

card and free personal checks, traveler's checks and safe-deposit box. And people who have a MasterCard or Visa from Banc One in...

### HOME-EQUITY FEES CREEP UP

Lenders increased six of seven major fees associated with home-equity lines of credit last year, according to a recent survey of 106 banks and thrifts by the Consumer Bankers Association. "Lenders aren't giving away HELs quite as much as they once did," says Richard F. DeMong, professor of commerce at the University of Virginia and co-director of the survey. Even so, home-equity borrowing is much cheaper today, thanks to the sharp drop in rates — from a national average of 11.21% at the end of 1990 to only 8.23% today.

| Fee (% of banks that charge) | 1991 | 1990 |
|---|---|---|
| Annual fee (43%) | $50 | $35 |
| Application (19) | $90 | $110 |
| Appraisal (77) | $201 | $175 |
| Attorney (31) | $200 | $168 |
| Credit check (16) | $13 | $19 |
| Title insurance (55) | $293 | $262 |
| Title search (42) | $95 | $92 |
| Points (8) | 2.1 | 1.25 |

Source: Center for Financial Services Studies, McIntire School of Commerce, University of Virginia