# EXHIBIT 2

## PART 13

[illegible]

## LEADING 30-YEAR FIXED-RATE MORTGAGES

| Region | Institution | Rate as of April 30 | % down | Points | Monthly payment[1] | Telephone number |
|---|---|---|---|---|---|---|
| Atlanta | Prime Bank | [illegible] | [illegible] | [illegible] | [illegible] | 404-370-8600 |
| Baltimore | Bank of Baltimore | [illegible] | [illegible] | [illegible] | 769 | [illegible] |
| Boston | First New England Mortgage | [illegible] | [illegible] | [illegible] | 769 | [illegible] |
| Chicago | Countrywide Funding | [illegible] | [illegible] | [illegible] | 769 | 708-403-4495 |
| Cleveland | Women's Federal Savings | [illegible] | [illegible] | [illegible] | [illegible] | 216-687-8200 |
| Dallas | Weyerhaeuser Mortgage | [illegible] | [illegible] | [illegible] | 769 | [illegible] |
| Denver | Commercial Federal Mortgage | [illegible] | [illegible] | [illegible] | 769 | [illegible] |
| Detroit | Detroit Savings | [illegible] | [illegible] | [illegible] | 778 | [illegible] |
| Houston | Holland Mortgage | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Los Angeles | Estate Mortgage | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Miami | American Home Funding | [illegible] | [illegible] | [illegible] | 769 | [illegible] |
| Minneapolis | Inland Mortgage | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

THIS INFORMATION CONTAINED WITHIN THIS "SAMPLE" NEWSLETTER IS JUST A SMALL REPRESENTATION OF THE KINDS OF INFORMATION THAT THE PUBLISHED PRODUCT MAY CONTAIN. THE INFORMATION IN THIS "SAMPLE NEWSLETTER" SHOULD NOT BE CONSIDERED FOR ACCURACY. THE SOLE PURPOSE OF THIS SAMPLE IS TO PROVIDE AN EXAMPLE OF THE TYPES OF EDUCATIONAL MATERIALS THAT WE INTEND TO PROVIDE.

LOOKING TO BUY A USED CAR.
CALL YOUR LOCAL BANKS AND
ASK FOR A LIST OF
REPOSSESSIONS!



in if your loan cannot be processed in time.

"Without a doubt, lock-ins are the most frequently misunderstood part of the mortgage process," says Michael Hoogendyk, executive vice president of the National Association of Mortgage Brokers. "To protect themselves, consumers must ask the right questions and get everything in writing."

—B.K.

| COMMON LOAN INDEXES | |
|---|---|
| Prime rate | 6.50% |
| One-year Treasury constant maturity | [illegible] |
| 11th District cost of funds | [illegible] |
| National mortgage contract rate | [illegible] |

**Note:** [illegible] **Source:** [illegible]

## LEADING 30-YEAR ADJUSTABLE-RATE MORTGAGES

| Region | Institution | Rate as of April 30 | % down | Points | Monthly payment[1] | Lifetime cap | Telephone number |
|---|---|---|---|---|---|---|---|
| Atlanta | EnTrust Funding | 5.75% | 10 | 1.38 | $584 | 11.75% | 404-980-4700 |
| Baltimore | Signet Mortgage | 4.63 | 5 | 3.00 | 514 | 10.63 | 301-893-9151 |
| Boston | Commonwealth Mortgage | 5.50 | 20 | 2.00 | 568 | 11.50 | 617-221-3300 |
| Chicago | Citibank | 5.00 | 20 | 2.75 | 537 | 13.13 | 312-977-5040 |
| Cleveland | Assured Mortgage | 5.00 | 10 | 3.00 | 537 | 11.00 | 216-447-0077 |
| Dallas | Fort Worth Mortgage | 5.50 | 10 | 1.00 | 568 | 11.50 | 214-233-3722 |
| Denver | Maryland National Mortgage | 5.00 | 10 | 2.50 | 537 | 11.00 | 303-322-7800 |
| Detroit | Detroit Savings Bank | 4.75 | 10 | 1.88 | 522 | 11.88 | 313-961-7600 |
| Houston | BancOne Mortgage | 5.88 | 25 | 1.00 | 592 | 11.88 | 713-623-8995 |
| Los Angeles | Estate Mortgage | 5.25 | 10 | 1.75 | 552 | 11.25 | 714-632-3800 |
| Miami | First Financial of Boston | 5.50 | 10 | 2.50 | 568 | 11.50 | 305-971-3044 |
| Minneapolis | Manufacturers Hanover | 5.75 | 10 | 1.75 | 584 | 11.75 | 612-452-1991 |
| New York City | Executive Mortgage | 4.50 | 20 | 2.75 | 507 | 10.50 | 516-756-1900 |
| N. New Jersey | Bankers Savings | 4.75 | 20 | 2.75 | 522 | 12.88 | 908-442-4100 |
| Philadelphia | Fox Chase Federal Savings Bank | 4.75 | 20 | 3.00 | 522 | 10.75 | 215-342-3700 |
| Phoenix | Bank of America | 5.50 | 10 | 1.00 | 568 | 12.50 | 800-843-2632 |
| Pittsburgh | Dollar Bank | 4.99 | 0 | 3.00 | 536 | 10.99 | 412-261-8815 |
| San Diego | Citibank | 5.50 | 20 | 1.75 | 568 | 12.75 | 619-578-5100 |
| San Francisco | California Federal Bank | 5.38 | 20 | 1.50 | 560 | 11.38 | 415-421-9210 |
| Seattle | First Mutual Savings | 5.50 | 20 | 2.00 | 568 | 11.50 | 206-455-7300 |
| St. Louis | Jefferson Savings & Loan | 5.00 | 10 | 2.00 | 537 | 12.00 | 314-391-2800 |
| S.W. Connecticut | Shelter Mortgage | 5.00 | 20 | 2.00 | 537 | 11.00 | 203-325-4800 |
| Tampa | Madi[illegible] [illegible]gs & Loan | 5.50 | 10 | 1.75 | 568 | 11.50 | 813-786-3800 |
| Washington, D.C. | Hunting[illegible] Mortgage | 4.63 | 10 | 3.00 | 514 | 10.63 | 301-258-5091 |

**Notes:** [illegible] **Source:** [illegible] Associates, which publishes complete mortgage [illegible]

A N N O U N C E M E N T

# FEDERAL JOBS

## $17,686 - $112,100

DESPITE THE RECESSION, THE FEDERAL GOVERNMENT IS STILL HIRING IN YOUR AREA. 20,000 CURRENT, UNADVERTISED OPENINGS THROUGHOUT THE U.S.

The Federal government is one of the few big employers who is still hiring in substantial numbers during the current recession. According to official government statistics* Defense, Justice, State, EPA and other Agencies are now hiring over 20,000 people a month nationwide and with the U.S. government overseas.

At this time most Federal hiring is to replace employees who retire. Because the Federal workforce is a comparatively older workforce, a substantial number of its 3 ... on employees retire ... ery month. This hiring




Jobs are now occurring in the fields shown in the box. Openings are occurring in other fields as well. In fact, any occupation in the private sector also occurs in government. Information on these jobs is available from the *Federal Jobs Digest*, the #1 private source of Federal job information. The *Federal Jobs Digest* collects information directly from some 200 Federal agencies. This comprehensive list of Federal job openings is not available from any other single source not even any government source.

The *FJD* comes out every

THIS INFORMATION CONTAINED WITHIN THIS "SAMPLE" NEWSLETTER IS JUST A SMALL REPRESENTATION OF THE KINDS OF INFORMATION THAT THE PUBLISHED PRODUCT MAY CONTAIN. THE INFORMATION IN THIS "SAMPLE NEWSLETTER" SHOULD NOT BE CONSIDERED FOR ACCURACY. THE SOLE PURPOSE OF THIS SAMPLE IS TO PROVIDE AN EXAMPLE OF THE TYPES OF EDUCATIONAL MATERIALS THAT WE INTEND TO PROVIDE.

written test. However, you must be a U.S. citizen to be accepted. Federal jobs make excellent careers. The work is important and often exciting. Pay is comparable by law to private jobs, work atmosphere is similar, but benefits and job security are quite superior.

For example, as a new Federal employee you receive virtually automatic annual pay increases. In addition, in many positions you are eligible for merit bonuses. Excellent hospital, medical and life insurance coverage is available. You are part of a generous pension and early retirement program. And you are given lengthy vacations and all Federal holidays.

... deductible. This fee includes 6 biweekly issues of the *Federal Jobs Digest*, plus the Official Application Form and all instructions.

Now in its 16th year, the *Federal Jobs Digest* is America's largest jobs publication of any kind, and has had over 100 thousand satisfied subscribers. Your satisfaction is guaranteed, or simply return the material and your $29 will be refunded, no strings attached.

To order by credit card or COD call toll-free. Or mail $29 to *Federal Jobs Digest*, MM, 325 Pennsylvania Avenue SE Washington, DC 20003

## 1-800-824-5000

**Call during business hours.**

* Source: Federal Civilian Workforce Statistics 1992

Case 1:06-cv-02028-RBW Document 22-15 Filed 02/01/2008 Page 4 of 7



National Credit Counseling Services, Inc.

Jose A. Dancel, Jr.
4725 Dorsey Hall Drive, Suite A301
Ellicott City, Maryland 21042
E.I.N: 52-1799746

ATTACHMENT 2

MITCHELL & ASSOCIATES
ADVERTISING PUBLIC RELATIONS

AGENCY AGREEMENT

Agreement made as of February 15, 1993 between National Credit Counseling Services, Inc.,("Advertiser"), and Mitchell & Associates, Inc. ("Agency").

The Advertiser wishes to employ the Agency to serve as the advertiser/public relations agency for the Corporation. It is therefore agreed as follows:

1. Appointment and authorization of agency. The Agency is hereby retained and appointed to represent the Advertiser in carrying out its advertising and public relations program. The Agency is authorized to enter into contracts with third parties to carry out the purposes of this Agreement, and it shall be liable to such parties for all payments. The Agency shall use its best efforts to prevent any loss to the Advertiser from the failure of proper performance by any third party. The Agency, however, shall not be liable or responsible to the Advertiser for any such failure.

2. Agency Services. The Agency shall act as the Advertiser's advertising and public relations representative and perform, upon the Advertiser's prior authorization, any or all of the following services to the extent necessary to meet the advertiser's needs:

MITCHELL & ASSOCIATES, INC.
7830 OLD GEORGETOWN ROAD, BETHESDA, MARYLAND 20814-301-986-1772
11403 CRONHILL DRIVE SUITE A, OWINGS MILLS, MARYLAND 21117-410-792-9766
BETHESDA FAX-301-907-9255

(a) Study and analyze the Advertiser's business and products or services.

(b) Develop advertising/public relations program designed to meet the Advertiser's needs.

(c) Counsel the Advertiser c its overall merchandising program and make plans for a comprehensive program.

(d) Determine and analyze the effect of the advertising used.

(e) Plan, create, write, and prepare layouts and the actual copy to be used in advertisements of all types.

(f) Analyze all advertising media and select those which are most suitable for use by the Advertiser.

(g) Make contracts with the advertising media for space or time and with others to carry out the advertising program and obtain the most favorable terms and rates available under the circumstances.

(h) Check and follow up on all contracts with the various media for proper performance in the Advertiser's best interests, including the appearance, accuracy, date, time, position, size, extent, site, workmanship, and mechanical reproduction, as appropriate to the advertisements used.

(i) Negotiate, arrange, and contract for any special talent required and for all photography, models, special effects, layouts, and art work, and for all printing, including any required engravings, electrotypes, typography, and any other necessary technical material for use in the advertising program.

(j) Make timely payment to all persons or firms supplying goods or services in connection with the advertising program.

(k) Advise and bill the Advertiser for all remittances made by the Agency for the Advertiser's account and maintain complete and accurate books and records in this regard.

3. Prior approval of Advertiser. The agency shall not incur any obligations or provide any services for the Advertiser's account without first obtaining written approval from the Advertiser's president or vice president or advertising director or any other person or persons duly designated by the Advertiser in writing. In order to obtain the Advertiser's approval, the Agency shall submit written proposals to the Advertiser, containing full descriptions of the proposed advertisements and estimates of the cost of the obligations or services involved, including media costs, costs of preparation of the advertisements, cost of production, and any additional costs, such as travel, mailing, postage, and similar items. The Agency shall not be responsible for missed deadlines, closing dates, or insertions caused by the Advertiser's delay in approving the advertising proposals.

4. Advertising costs and expenditures.

(a) Advertising expenditures. The Advertiser shall reimburse the Agency for all costs incurred and expenditures made on its behalf for approved advertising, except as specifically provided in this Agreement.

(b) Shipping. The Advertiser shall pay the Agency for its