either the products or business of the advertiser that is material to the advertiser and not either generally known by the public or disclosed in the sales literture of the advertiser. To the extent consistent with the forgoing, Confidential Information includes (without limitation): sales records, profit and perfomance reports, pricing, sales manuals, training manuals, selling and pricing procedures, and financing methods, customer lists, specifications for products sources of supply for raw materials used in the production and packaging of products, and the quality, price and usage of those materials, business plans, financial statements and projections.

Agent hereby acknowledges advertisers trade secrets and proprietary rights and recognizes the especially sensitive nature of the advertisers products. During the term of this Agreement and for so long therafter as the pertinent information remains Trade Secrets of Confidential Information, Agent shall maintain the confidentiality of the advertiser's Trade Secrets and Confidential Information and shall not use, disclose, or permit and person not authorized by the advertiser to obtain any Trade Secrets or Confidential Information of the advertiser, except as specifically authorized by the advertiser in

writing. However, nothing contained herein shall prohibit dissemination of trade secrets or confidential indormation matters to the agents, servants, employees, subcontractors or vendors involved in the Agency's performance of this contract. In addition, the Agency shall not be deemed in violation of this provision by dissemination of trade secrets or confidential information to its attorneys or accountants or in any legal proceedings which may result from a dispute between the parties. Furthermore, no disclosure contained within copy or other publication of materials approved in writing by the Advertiser for dissemination to the public shall be deemed in violation of confidentiality or trade secrets.

MITCHELL & ASSOCIATES, INC.

By: _____

President
7830 Old Georgetown Road
Suite 310
Bethesda, MD 20814

By: _____[signature]_____

National Credit Counseling
Services, Inc.
4725 Dorsey Hall Drive
Suite A301
Ellicott City, Maryland 21042

SEE ATTACHED ADDENDUM.

ADDENDUM TO AGENCY AGREEMENT

INVOICING PROCEDURES

ADVERTISING JOBS

Two invoices per job will be issued.

1. First invoice will be issued upon receipt of signed estimate (including outside as well as agency costs). Advertiser will be billed 80% of total cost of estimated invoice.

2. Second invoice will be issued once the job is closed and all outside vendor invoices are received. Final billing will reconcile total outside costs and all agency time accrued.

If job is cancelled or not produced for any reason, agency hours incurred to the date of cancellation will be billed.

Any hours that are not applicable to a specific job (conference reports, status reports, general meetings, planning, budgeting, and requested research) will be billed separately monthly.

Hourly rates billed will be increased by 50% for rush jobs.