# EXHIBIT 2

## PART 17

ADDENDUM TO AGENCY AGREEMENT

INVOICING PROCEDURES

ADVERTISING JOBS

Two invoices per job will be issued.

    1. First invoice will be issued upon receipt of signed estimate (including outside as well as agency costs). Advertiser will be billed 80% of total cost of estimated invoice.

    2. Second invoice will be issued once the job is closed and all outside vendor invoices are received. Final billing will reconcile total outside costs and all agency time accrued.

If job is cancelled or not produced for any reason, agency hours incurred to the date of cancellation will be billed.

Any hours that are not applicable to a specific job (conference reports, status reports, general meetings, planning, budgeting, and requested research) will be billed separately monthly.

Hourly rates billed will be increased by 50% for rush jobs.

requested by the Advertiser.

MEDIA

All media will be billed gross at the time of commitment.

For any media billed direct to Advertiser at the net rate, commission will be billed by the Agency monthly for insertion that month.

A reconciling invoice will be submitted once all media invoices are received by the Agency.

**Form 872-C**
(Revised 9-90)
Department of the Treasury
Internal Revenue Service

**Consent Fixing Period of Limitation Upon Assessment of Tax Under Section 4940 of the Internal Revenue Code**

(See instructions on reverse side.)

Under section 6501(c)(4) of the Internal Revenue Code, and as part of a request filed with Form 1023 organization named below be treated as a publicly supported organization under section 170(b)(1)(A)(vi) or 509(a)(2) during an advance ruling period,

National Credit Counseling Services, Inc.
(Exact legal name of organization as shown in organizing document)
4725 Dorsey Hall Drive Ste A301
Ellicott City, MD 21042
(Number, street, city or town, state, and ZIP code)

and the District Director Internal Revenue Assistant Commissioner (Employee Plans Exempt Organizat
BALTIMORE, M

Consent and agree that the period for assessing tax (imposed under section 4940 of the Code) for any of the 5 ta in the advance ruling period will extend 8 years, 4 months, and 15 days beyond the end of the first tax year.

However, if a notice of deficiency in tax for any of these years is sent to the organization before the period expire time for making an assessment will be further extended by the number of days the assessment is prohibited, plu days.

Ending date of first tax year  December 31, 1992
(Month, day, and year)

Name of organization (as shown in organizing document)
National Credit Counseling Services, Inc.
Date 3/12/93

Officer or trustee having authority to sign
Signature

For IRS use only
District Director or Assistant Commissioner (Employee Plans and Exempt Organizations)
Date APR 03 93

By ▶  R Hutchins  acting manager

For Paperwork Reduction Act Notice, see page 1 of the Form 1023 Instructions.

Form **872-C**
(Revised 9-90)
Department of the Treasury
Internal Revenue Service

### Consent Fixing Period of Limitation Upon Assessment of Tax Under Section 4940 of the Internal Revenue Code

(See instructions on reverse side.)

Under section 6501(c)(4) of the Internal Revenue Code, and as part of a request filed with Form 1023 that the organization named below be treated as a publicly supported organization under section 170(b)(1)(A)(vi) or section 509(a)(2) during an advance ruling period,

National Credit Counseling Services, Inc.
(Exact legal name of organization as shown in organizing document)
4725 Dorsey Hall Drive Ste A301
Ellicott City, MD 21042
(Number, street, city or town, state, and ZIP code)

and the District Director of Internal Revenue or Assistant Commissioner (Employee Plans and Exempt Organizations)
BALTIMORE, MD

Consent and agree that the period for assessing tax (imposed under section 4940 of the Code) for any of the 5 years in the advance ruling period will extend 8 years, 4 months, and 15 days beyond the end of the first tax year.

However, if a notice of deficiency in tax for any of these years is sent to the organization before the period ends, the time for making an assessment will be further extended by the number of days the assessment is prohibited, plus 60 days.

Ending date of first tax year  December 31, 1992
(Month, day, and year)

Name of organization (as shown in organizing document)
National Credit Counseling Services, Inc.
Date 3/12/93

Officer or trustee having authority to sign
Signature ▶

For IRS use only

District Director/Assistant Commissioner (Employee Plans and Exempt Organizations)

By

For Paperwork Reduction Act Notice, see page 1 of the Form 1023 Instructions.