# EXHIBIT 4

INTERNAL REVENUE SERVICE                    DEPARTMENT OF THE TREASURY
DISTRICT DIRECTOR
P. O. BOX 2508
CINCINNATI, OH 45201

Date: MAR 1 8 1997

                                Employer Identification Number:
                                    52-1799746
NATIONAL CREDIT COUNSELING SERVICES    DLN:
C/O WILLIAM M DAVIDOW                   17053067750007
WHITEFORD TAYLOR & PRESTON LLP        Contact Person:
7 ST PAUL ST                                        D. A. DOWNING
BALTIMOR, MD 21202                       Contact Telephone Number:
                                    (513) 684-3957
                                Our Letter Dated:
                                    April 12, 1993
                                Addendum Applies:
                                  No

Dear Applicant:

    This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

    Your exempt status under section 501(a) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

    Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

    If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

    Because this letter could help resolve any questions about your private foundation status, please keep it in your permanent records.

    We have sent a copy of this letter to your representative as indicated in your power of attorney.

Letter 1050 (DO/CG)

-2-

**NATIONAL CREDIT COUNSELING SERVICES**

If you have any questions, please contact the person whose name and telephone number are shown above.

Sincerely yours,

*[signature]*

District Director

Letter 1050 (DO/CG)