# EXHIBIT 5

| Internal Revenue Service | Department of the Treasury |
|---|---|
| District Director — Delaware-Maryland District | 31 Hopkins Plaza, Baltimore, MD 21201 |

PO Box 13163, Room 1550
Baltimore, MD 21203

January 8, 1998

GENUS CREDIT MANAGEMENT CORPORATION
7178 COLUMBIA GATEWAY DRIVE
COLUMBIA, MD 21046

Employer Identification Number:
52-1799746

Person to Contact:
EP/EO Tax Examiner

Telephone Number:
(410) 962-6058

Date of Exemption:
April, 1993

Internal Revenue Code Section:
501(c)(3)

Dear Sir/Madam:

Thank you for submitting the information shown below. We have made it a part of your file.

The changes indicated do not adversely affect your exempt status and the exemption letter issued to you continues in effect.

Please let us know about any future changes in the character, purpose, method of operation, name or address of your organization. This is a requirement for retaining your exempt status.

Thank you for your cooperation.

Sincerely yours,

*[signature]*

Paul M. Harrington
District Director

| Item Changed | From | To |
|---|---|---|
| Name | United Credit Management Inc. | As shown above |