# EXHIBIT 7

## PART 2

Schedule A (Form 990) 1998   GENUS CREDIT MANAGEMENT CORPORATION   52-1799746   Page 6

## Part VII  Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

51 Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| a | Transfers from the reporting organization to a noncharitable exempt organization of: | | |
| | (i) Cash ..... 51a(i) | | X |
| | (ii) Other assets ..... a(ii) | | X |
| b | Other transactions: | | |
| | (i) Sales of assets to a noncharitable exempt organization ..... b(i) | | X |
| | (ii) Purchases of assets from a noncharitable exempt organization ..... b(ii) | | X |
| | (iii) Rental of facilities or equipment ..... b(iii) | | X |
| | (iv) Reimbursement arrangements ..... b(iv) | | X |
| | (v) Loans or loan guarantees ..... b(v) | | X |
| | (vi) Performance of services or membership or fundraising solicitations ..... b(vi) | | X |
| c | Sharing of facilities, equipment, mailing lists, other assets, or paid employees ..... c | | X |

d If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always indicate the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received.   N/A

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |

52 a Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? ▶ ☐ Yes ☒ No

b If "Yes," complete the following schedule.   N/A

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |

## Depreciation and Amortization Detail — FORM 990 PAGE 2    990

| Asset Number | Date placed in service | Method/ IRC sec. | Life or rate | Line No. | Cost or other basis | Basis reduction | Accumulated depreciation/amortization | Current year deduction |
|---|---|---|---|---|---|---|---|---|
| 1 | COMPUTER EQUIPMENT | | | | | | | |
| | VARIES | SL | 5.00 | 19 | 4,231,556. | | 265,190. | 1,127,938. |
| 2 | FURNITURE & FIXTURES | | | | | | | |
| | VARIES | SL | 5.00 | 19 | 1,711,791. | | 121,271. | 344,986. |
| 3 | COMMUNICATION EQUIPMENT | | | | | | | |
| | VARIES | SL | 5.00 | 19 | 77,495. | | | 3,435. |
| 4 | OFFICE EQUIPMENT | | | | | | | |
| | VARIES | SL | 5.00 | 19 | 324,760. | | .23 | 46,121. |
| 5 | LEASEHOLD IMPROVEMENTS | | | | | | | |
| | VARIES | SL | 39.00 | 19 | 60,514. | | <4,319.> | 42,832. |
| ** | TOTAL 990 PAGE 2 DEPRECIATION | | | | | | | |
| | | | | | 6,406,116. | | 382,165. | 1,565,312. |

\# - Current year section 179   (D) - Asset disposed

GENUS CREDIT MANAGEMENT CORPORATION                                         52-1799746

| FORM 990 | RENTAL INCOME | | STATEMENT 1 |
|---|---|---|---|

| KIND AND LOCATION OF PROPERTY | ACTIVITY NUMBER | GROSS RENTAL INCOME |
|---|---|---|
| SUBLEASE EQUIPMENT | 1 | 1,641,951. |
| TOTAL TO FORM 990, PART I, LINE 6A | | 1,641,951. |

| FORM 990 | GAIN (LOSS) FROM PUBLICLY TRADED SECURITIES | | | STATEMENT 2 |
|---|---|---|---|---|

| DESCRIPTION | GROSS SALES PRICE | COST OR OTHER BASIS | EXPENSE OF SALE | NET GAIN OR (LOSS) |
|---|---|---|---|---|
| FREEDOM NETWORK INT'L STOCK | 1,600,000. | 1,727,873. | 0. | <127,873.> |
| TO FORM 990, PART I, LINE 8 | 1,600,000. | 1,727,873. | 0. | <127,873.> |

GENUS CREDIT MANAGEMENT CORPORATION                                    52-1799746

FORM 990            GAIN (LOSS) FROM SALE OF OTHER ASSETS           STATEMENT   3

| DESCRIPTION | | DATE ACQUIRED | DATE SOLD | METHOD ACQUIRED | |
|---|---|---|---|---|---|
| SALE OF ASSETS | | VARIOUS | / /98 | PURCHASED | |

| NAME OF BUYER | GROSS SALES PRICE | COST OR OTHER BASIS | EXPENSE OF SALE | DEPREC | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|
| AMERIX | 1,935,296. | 2,277,950. | 0. | 454,251. | 111,597. |

| DESCRIPTION | | DATE ACQUIRED | DATE SOLD | METHOD ACQUIRED | |
|---|---|---|---|---|---|
| SALE OF TRANSFERRED WORKFORCE | | | / /98 | PURCHASED | |

| NAME OF BUYER | GROSS SALES PRICE | COST OR OTHER BASIS | EXPENSE OF SALE | DEPREC | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|
| AMERIX | 196,300. | 0. | 0. | 0. | 196,300. |
| TO FM 990, PART I, LN 8 | 2,131,596. | 2,277,950. | 0. | 454,251. | 307,897. |

FORM 990                            OTHER EXPENSES                   STATEMENT   4

| DESCRIPTION | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT AND GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| PUBLIC SERVICE ANNOUNCEMENTS | 6,759,091. | 6,755,362. | 3,729. | |
| CLIENT BENEFITS | 302,058. | 302,058. | | |
| CLIENT CHARGES | 44,363. | 35,595. | 8,768. | |
| CLIENT SERVICES | 26,706,635. | 26,706,635. | | |
| CLIENT NSF CHARGES | 141,764. | 141,764. | | |
| COMPUTER COSTS | 48,148. | 38,167. | 9,981. | |
| COUNSELING SERVICES | 10,876,348. | 10,876,348. | | |
| CONTRIBUTIONS | 33,505. | | 33,505. | |
| CHARGES & PENALTIES | 129,894. | | 129,894. | |
| DUES AND SUBSCRIPTIONS | 18,898. | 2,511. | 16,387. | |
| STAFF DEVELOPMENT | 67,381. | | 67,381. | |
| OVERHEAD ALLOCATION | 0. | <3,203,643.> | 3,203,643. | |
| MARKETING | 70,971. | 69,971. | 1,000. | |
| LICENSES AND PERMITS | 16,643. | 14,644. | 1,999. | |
| STORAGE | 14,331. | 130. | 14,201. | |

GENUS CREDIT MANAGEMENT CORPORATION                                              52-1799746

| | | | |
|---|---:|---:|---:|
| PROFESSIONAL FEES | 154,633. | 57,381. | 97,252. |
| PAYROLL PROCESSING | 8,067. | 863. | 7,204. |
| PROMOTIONAL | 11,733. | 10,812. | 921. |
| MISCELLANEOUS | 2,622. | 98. | 2,524. |
| RECRUITUNG COSTS | 50,580. | 21,816. | 28,764. |
| TRAINING COSTS | 133,020. | 9,934. | 123,086. |
| TEMP LABOR | 19,454. | 16,766. | 2,688. |
| INSURANCE | 20,608. | | 20,608. |
| BAD DEBTS | 302,253. | 302,253. | |
| AMORTIZATION | 411,869. | | 411,869. |
| TOTAL TO FM 990, LN 43 | 46,344,869. | 42,159,465. | 4,185,404. |

GENUS CREDIT MANAGEMENT CORPORATION                                52-1799746

FORM 990          OTHER NOTES AND LOANS REPORTED SEPARATELY          STATEMENT   5

BORROWER'S NAME                TERMS OF REPAYMENT

AMERIX CORPORATION

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/01/97 |  | 192,435. | 8.50% | 192,435. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| SOFTWARE | SALE OF ASSET |

| RELATIONSHIP OF BORROWER | DESCRIPTION OF CONSIDERATION | DOUBTFUL ACCT ALLOWANCE | BALANCE DUE |
|---|---|---|---|
| MAJORITY SHAREHOLDER WAS FORMER PRESIDENT OF GENUS | GENESIS SYSTEM | 0. | 190,848. |

BORROWER'S NAME                TERMS OF REPAYMENT

AMERIX CORPORATION

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/01/98 | 12/31/03 | 1,675,784. | 8.50% | 1,600,000. |

| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN |
|---|---|
| STOCK | SALE OF FREEDOM NETWORK INT'L STOCK |

| RELATIONSHIP OF BORROWER | DESCRIPTION OF CONSIDERATION | DOUBTFUL ACCT ALLOWANCE | BALANCE DUE |
|---|---|---|---|
| MAJORITY SHAREHOLDER WAS FORMER PRESIDENT OF GENUS | NONE | 0. | 1,591,740. |

GENUS CREDIT MANAGEMENT CORPORATION                                    52-1799746

BORROWER'S NAME              TERMS OF REPAYMENT

AMERIX CORPORATION

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/01/98 | | 1,483,349. | 8.50% | 1,483,349. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

LEASEHOLD IMPROVEMENTS           LEASEHOLD IMPROVEMENTS

| RELATIONSHIP OF BORROWER | DESCRIPTION OF CONSIDERATION | DOUBTFUL ACCT ALLOWANCE | BALANCE DUE |
|---|---|---|---|
| MAJORITY SHAREHOLDER WAS FORMER PRESIDENT OF GENUS | NONE | 0. | 1,417,101. |

BORROWER'S NAME              TERMS OF REPAYMENT

AMERIX CORPORATION

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 01/01/98 | | 362,300. | 8.50% | 362,300. |

SECURITY PROVIDED BY BORROWER    PURPOSE OF LOAN

NONE                             TRANSFERRED WORKFORCE

| RELATIONSHIP OF BORROWER | DESCRIPTION OF CONSIDERATION | DOUBTFUL ACCT ALLOWANCE | BALANCE DUE |
|---|---|---|---|
| MAJORITY SHAREHOLDER WAS FORMER PRESIDENT OF GENUS | NONE | 0. | 389,352. |

| TOTALS INCLUDED ON FORM 990, PART IV, LINE 51 | 0. | 3,589,041. |
|---|---|---|

GENUS CREDIT MANAGEMENT CORPORATION                                52-1799746

| FORM 990 | DEPRECIATION OF ASSETS NOT HELD FOR INVESTMENT | | STATEMENT 6 |
|---|---|---|---|

| DESCRIPTION | COST OR OTHER BASIS | ACCUMULATED DEPRECIATION | BOOK VALUE |
|---|---|---|---|
| COMPUTER EQUIPMENT | 4,231,556. | 1,393,128. | 2,838,428. |
| FURNITURE & FIXTURES | 1,711,791. | 466,257. | 1,245,534. |
| COMMUNICATION EQUIPMENT | 77,495. | 3,435. | 74,060. |
| OFFICE EQUIPMENT | 324,760. | 46,144. | 278,616. |
| LEASEHOLD IMPROVEMENTS | 60,514. | 38,513. | 22,001. |
| TOTAL TO FORM 990, PART IV, LN 57 | 6,406,116. | 1,947,477. | 4,458,639. |

| FORM 990 | PART V - LIST OF OFFICERS, DIRECTORS, TRUSTEES AND KEY EMPLOYEES | STATEMENT 7 |
|---|---|---|

| NAME AND ADDRESS | TITLE AND AVRG HRS/WK | COMPEN- SATION | EMPLOYEE BEN PLAN CONTRIB | EXPENSE ACCOUNT |
|---|---|---|---|---|
| DAVID C. JONES<br>4600 TEN OAKS RD<br>DAYTON, MD 21036 | PRESIDENT<br>FULL TIME | 144,303. | 8,468. | 0. |
| ROBERT J. BARRETT<br>7817 CEDRELA DR<br>PASADENA, MD 21122 | EVP/COO<br>FULL TIME | 131,232. | 6,495. | 0. |
| REBECCA STIEHL<br>12327 OLD GUNPOWDER RD<br>BELTSVILLE, MD 20705 | VP-HUMAN RESOURCES<br>FULL TIME | 93,415. | 7,916. | 0. |
| ETTA W. MONEY<br>8125 BRIGHTRIDGE CT<br>ELLICOTT CITY, MD 21043 | VP/CONTROLLER<br>FULL TIME | 58,939. | 6,556. | 0. |
| DOUGLAS WANN<br>526 INGLEWOOD ROAD<br>BEL AIR, MD 21015 | TRUSTEE<br>PART TIME | 0. | 0. | 233. |
| LONNIE M. RITZER<br>36 S CHARLES ST - 20TH FLOOR<br>BALTIMORE, MD 21201-3147 | TRUSTEE<br>PART TIME | 0. | 0. | 233. |
| RICHARD F. ANDERSON<br>1704 CLOVELLY CT<br>VIENNA, VA 22182 | TRUSTEE<br>PART TIME | 0. | 0. | 233. |

GENUS CREDIT MANAGEMENT CORPORATION                                           52-1799746

| | | | | |
|---|---|---|---|---|
| RICAHRD CARR<br>5502 ALDRICH LA<br>SPRINGFIELD, VA 22151 | TRUSTEE<br>PART TIME | 0. | 0. | 233. |
| DANIEL M. CAYELLI<br>9457 COPENHAVER DR<br>POTOMAC, MD 20854 | TRUSTEE<br>PART TIME | 0. | 0. | 233. |
| JAMES E. HARRIS<br>4987 THRESHFIELD CT<br>ELLICOTT CITY, MD 21043 | TRUSTEE<br>PART TIME | 0. | 0. | 233. |
| NORRIS W. OVERTON<br>7608 TIMBERLY CT<br>MCLEAN, VA 22102 | TRUSTEE<br>PART TIME | 0. | 0. | 233. |
| FLORA WILLIAMS<br>1262 MATTHEWS HALL<br>WEST LAFAYETTE, IN 47907-1262 | TRUSTEE<br>PART TIME | 0. | 0. | 3,934. |
| TOTALS INCLUDED ON FORM 990, PART V | | 427,889. | 29,435. | 5,565. |

SCHEDULE A          STATEMENT REGARDING ACTIVITIES WITH DIRECTORS,        STATEMENT   8
                    TRUSTEES, PRINCIPAL OFFICERS OR CREATOR
                                 PART III, LINE 2

THE ORGANIZATION WAS PROVIDED SERVICES FROM AMERIX CORPORATION AN
ORGANIZATION WHICH PROVIDES PAYMENT PROCESSING, DOCUMENT PROCESSING
RECRUITING TRAINING AND OTHER MANAGEMENT SERVICES TO NON-PROFIT CREDIT
COUNSELING ORGANIZATIONS. THE ORGANIZATION IS OWNED IN THE MAJORITY BY A
FORMER OFFICER OF GENUS CREDIT MANAGEMENT CORPORATION. THE ORGANIZATION
SUBLEASED EQUIPMENT AND FACILITIES TO AMERIX CORPORATION. AMERIX
CORPORATION ALSO PURCHASED CERTAIN SOFTWARE PROGRAMS FROM THE
ORGANIZATION.

SCHEDULE A                       OTHER INCOME                          STATEMENT   9

| DESCRIPTION | 1997 AMOUNT | 1996 AMOUNT | 1995 AMOUNT | 1994 AMOUNT |
|---|---|---|---|---|
| MORTGAGE INTERVENTION INCOME | | | 12,684. | |
| MISCELLANEOUS INCOME | 208,711. | 41,732. | | |
| TOTAL TO SCHEDULE A, LINE 22 | 208,711. | 41,732. | 12,684. | |

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Including Information on Listed Property) 990<br>▶ See separate instructions.   ▶ Attach this form to your return. | **1998**<br>Attachment Sequence No. 67 |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| GENUS CREDIT MANAGEMENT CORPORATION | FORM 990 PAGE 2 | 52-1799746 |

**Part I** Election To Expense Certain Tangible Property (Section 179) (Note: If you have any "listed property," complete Part V before you complete Part I.)

| | | |
|---|---|---|
| 1 Maximum dollar limitation. If an enterprise zone business, see instructions | 1 | 18,500. |
| 2 Total cost of section 179 property placed in service | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | $200,000 |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter amount from line 27 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from 1997 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 1999. Add lines 9 and 10, less line 12 ▶ | 13 | |

Note: Do not use Part II or Part III below for listed property (automobiles, certain other vehicles, cellular telephones, certain computers, or property used for entertainment, recreation, or amusement). Instead, use Part V for listed property.

**Part II** MACRS Depreciation For Assets Placed in Service ONLY During Your 1998 Tax Year (Do Not Include Listed Property.)

**Section A - General Asset Account Election**

14 If you are making the election under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check this box. See instructions ▶ ☐

**Section B - General Depreciation System (GDS) (See instructions.)**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 15 a 3-year property | | | | | | |
| b 5-year property | | | | | | |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

**Section C - Alternative Depreciation System (ADS) (See instructions.)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

**Part III** Other Depreciation (Do Not Include Listed Property.) (See instructions.)

| | | |
|---|---|---|
| 17 GDS and ADS deductions for assets placed in service in tax years beginning before 1998 | 17 | |
| 18 Property subject to section 168(f)(1) election | 18 | |
| 19 ACRS and other depreciation | 19 | 1,565,312. |

**Part IV** Summary (See instructions.)

| | | |
|---|---|---|
| 20 Listed property. Enter amount from line 26 | 20 | |
| 21 Total. Add deductions on line 12, lines 15 and 16 in column (g), and lines 17 through 20. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 21 | 1,565,312. |
| 22 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 22 | |

LHA   For Paperwork Reduction Act Notice, see the separate instructions.   Form 4562 (1998)

816251
02-16-99

21

13070730   793927   888          052   GENUS CREDIT MANAGEMENT CORPOR   888____1

Form 4562 (1998) Page 2

**Part V** Listed Property - Automobiles, Certain Other Vehicles, Cellular Telephones, Certain Computers, and Property Used for Entertainment, Recreation, or Amusement

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 23a, 23b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

### Section A - Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)

23a Do you have evidence to support the business/investment use claimed?  ☐ Yes  ☐ No    23b If "Yes," is the evidence written?  ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

24 Property used more than 50% in a qualified business use:

| | : : | % | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | : : | % | | | | | | |
| | | % | | | | | | |

25 Property used 50% or less in a qualified business use:

| | : : | % | | | | S/L - | | |
|---|---|---|---|---|---|---|---|---|
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |

26 Add amounts in column (h). Enter the total here and on line 20, page 1 ............................... **26**

27 Add amounts in column (i). Enter the total here and on line 7, page 1 ............................... **27**

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | (b) Vehicle | (c) Vehicle | (d) Vehicle | (e) Vehicle | (f) Vehicle |
|---|---|---|---|---|---|---|
| 28 Total business/investment miles driven during the year (DO NOT include commuting miles) | | | | | | |
| 29 Total commuting miles driven during the year | | | | | | |
| 30 Total other personal (noncommuting) miles driven | | | | | | |
| 31 Total miles driven during the year. Add lines 28 through 30 | | | | | | |

| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 33 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 34 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 35 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 36 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 37 Do you treat all use of vehicles by employees as personal use? | | |
| 38 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 39 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: If your answer to 35, 36, 37, 38, or 39 is "Yes," you need not complete Section B for the covered vehicles.

**Part VI** Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

40 Amortization of costs that begins during your 1998 tax year:

| | : : | | | | |
|---|---|---|---|---|---|
| | : : | | | | |

41 Amortization of costs that began before 1998 ............................................. **41**

42 Total. Enter here and on "Other Deductions" or "Other Expenses" line of your return ............. **42**