# EXHIBIT 9

Case 1:06-cv-02028-RBW   Document 22-28   Filed 02/01/2008   Page 1 of 16

# Form 990 — Return of Organization Exempt From Income Tax

Under section 501(c) of the Internal Revenue Code (except black lung benefit trust or private foundation), section 527, or section 4947(a)(1) nonexempt charitable trust

▶ The organization may have to use a copy of this return to satisfy state reporting requirements.

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**2000**

Open to Public Inspection

**A** For the 2000 calendar year, OR tax year period beginning _____ and ending _____

**B** Check if applicable:
- [ ] Change of address
- [ ] Change of name
- [ ] Initial return
- [ ] Final return
- [ ] Amended return (use also for state reporting)

Please use IRS label or print or type. See Specific Instructions.

**C** Name of organization: **GENUS CREDIT MANAGEMENT CORPORATION**

Number and street (or P.O. box if mail is not delivered to street address): **1768 PARK CENTER DRIVE**   Room/suite: **400**

City or town, state or country, and ZIP: **ORLANDO, FL 32835**

**D** Employer identification number: **52-1799746**

**E** Telephone number: **(407) 291-7770**

**F** Check ▶ [ ] if application pending

**G** Organization type (check only one) ▶ [X] 501(c)( 3 ) ◀ (insert no.) [ ] 527  OR  [ ] 4947(a)(1)

(H and I are not applicable to section 527 orgs.)
- H(a) Is this a group return for affiliates? [ ] Yes [X] No
- H(b) If "Yes," enter number of affiliates ▶
- H(c) Are all affiliates included? N/A [ ] Yes [ ] No (If "No," attach a list.)
- H(d) Is this a separate return filed by an organization covered by a group ruling? [ ] Yes [X] No

● Section 501(c)(3) organizations and 4947(a)(1) nonexempt charitable trusts must attach a completed Schedule A (Form 990 or 990-EZ).

**J** Accounting method: [ ] Cash [X] Accrual [ ] Other (specify) ▶

**I** Enter 4-digit group exemption no. (GEN) ▶

**K** Check here ▶ [ ] if the organization's gross receipts are normally not more than $25,000. The organization need not file a return with the IRS; but if the organization received a Form 990 Package in the mail, it should file a return without financial data. Some states require a complete return.

**L** Check this box if the organization is not required to attach Schedule B (Form 990 or 990-EZ). ▶ [ ]

## Part I — Revenue, Expenses, and Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| 1 | Contributions, gifts, grants, and similar amounts received: | | |
| a | Direct public support | 1a | 113,980,454. |
| b | Indirect public support | 1b | |
| c | Government contributions (grants) | 1c | |
| d | Total (add lines 1a through 1c) (cash $ 113,980,454. noncash $ _____) | 1d | 113,980,454. |
| 2 | Program service revenue including government fees and contracts (from Part VII, line 93) | 2 | 1,014,210. |
| 3 | Membership dues and assessments | 3 | |
| 4 | Interest on savings and temporary cash investments | 4 | 459,061. |
| 5 | Dividends and interest from securities | 5 | |
| 6a | Gross rents | 6a | |
| b | Less: rental expenses | 6b | |
| c | Net rental income or (loss) (subtract line 6b from line 6a) | 6c | |
| 7 | Other investment income (describe ▶ _____) | 7 | |
| 8a | Gross amount from sale of assets other than inventory — (A) Securities: 8a ____ (B) Other: 8a ____ | | |
| b | Less: cost or other basis and sales expenses — 8b ____ / 8b ____ | | |
| c | Gain or (loss) (attach schedule) — 8c ____ / 8c ____ | | |
| d | Net gain or (loss) (combine line 8c, columns (A) and (B)) | 8d | |
| 9 | Special events and activities (attach schedule) | | |
| a | Gross revenue (not including $ _____ of contributions reported on line 1a) | 9a | |
| b | Less: direct expenses other than fundraising expenses | 9b | |
| c | Net income or (loss) from special events (subtract line 9b from line 9a) | 9c | |
| 10a | Gross sales of inventory, less returns and allowances | 10a | |
| b | Less: cost of goods sold | 10b | |
| c | Gross profit or (loss) from sales of inventory (attach schedule) (subtract line 10b from line 10a) | 10c | |
| 11 | Other revenue (from Part VII, line 103) | 11 | |
| 12 | **Total revenue** (add lines 1d, 2, 3, 4, 5, 6c, 7, 8d, 9c, 10c, and 11) | 12 | 115,453,725. |
| 13 | Program services (from line 44, column (B)) | 13 | 99,646,928. |
| 14 | Management and general (from line 44, column (C)) | 14 | 10,165,660. |
| 15 | Fundraising (from line 44, column (D)) | 15 | |
| 16 | Payments to affiliates (attach schedule) | 16 | |
| 17 | **Total expenses** (add lines 16 and 44, column (A)) | 17 | 109,812,588. |
| 18 | Excess or (deficit) for the year (subtract line 17 from line 12) | 18 | 5,641,137. |
| 19 | Net assets or fund balances at beginning of year (from line 73, column (A)) | 19 | 18,948,916. |
| 20 | Other changes in net assets or fund balances (attach explanation)  SEE STATEMENT 1 | 20 | <1,313,097.> |
| 21 | Net assets or fund balances at end of year (combine lines 18, 19, and 20) | 21 | 23,276,956. |

023001 12-19-00   LHA   For Paperwork Reduction Act Notice, see page 1 of the separate instructions.   Form 990 (2000)

14470103 793927 888         2000.08000 GENUS CREDIT MANAGEMENT COR 888___1

Form 990 (2000)     GENUS CREDIT MANAGEMENT CORPORATION     52-1799746    Page 2

## Part II — Statement of Functional Expenses

All organizations must complete column (A). Columns (B), (C), and (D) are required for section 501(c)(3) and (4) organizations and section 4947(a)(1) nonexempt charitable trusts but optional for others.

| Do not include amounts reported on line 6b, 8b, 9b, 10b, or 16 of Part I. | | (A) Total | (B) Program services | (C) Management and general | (D) Fundraising |
|---|---|---|---|---|---|
| 22 Grants and allocations (attach schedule) cash $16345000 noncash $ | 22 | 16,345,000. | 16,345,000. | STATEMENT 4 | |
| 23 Specific assistance to individuals (attach schedule) | 23 | | | | |
| 24 Benefits paid to or for members (attach schedule) | 24 | | | | |
| 25 Compensation of officers, directors, etc. | 25 | 780,967. | 144,232. | 636,735. | 0. |
| 26 Other salaries and wages | 26 | 4,942,305. | 940,497. | 4,001,808. | |
| 27 Pension plan contributions | 27 | 25,964. | 12,240. | 13,724. | |
| 28 Other employee benefits | 28 | 90,592. | 72,676. | 17,916. | |
| 29 Payroll taxes | 29 | 58,820. | 37,974. | 20,846. | |
| 30 Professional fundraising fees | 30 | | | | |
| 31 Accounting fees | 31 | | | | |
| 32 Legal fees | 32 | | | | |
| 33 Supplies | 33 | 145,591. | 10,435. | 135,156. | |
| 34 Telephone | 34 | 1,514,156. | 3,173. | 1,510,983. | |
| 35 Postage and shipping | 35 | 270,391. | 6,860. | 263,531. | |
| 36 Occupancy | 36 | 1,123,371. | 7,901. | 1,115,470. | |
| 37 Equipment rental and maintenance | 37 | 11,814. | 1,084. | 10,730. | |
| 38 Printing and publications | 38 | 63. | | 63. | |
| 39 Travel | 39 | 10,548. | 1,284. | 9,264. | |
| 40 Conferences, conventions, and meetings | 40 | 2,570. | 1,351. | 1,219. | |
| 41 Interest | 41 | 1,457. | | 1,457. | |
| 42 Depreciation, depletion, etc. (attach schedule) | 42 | 398,416. | 5,306. | 393,110. | |
| 43 Other expenses (itemize): | | | | | |
| a | 43a | | | | |
| b | 43b | | | | |
| c | 43c | | | | |
| d | 43d | | | | |
| e SEE STATEMENT 2 | 43e | 84,090,563. | 82,056,915. | 2,033,648. | |
| 44 Total functional expenses (add lines 22 through 43) Organizations completing columns (B)-(D), carry these totals to lines 13-15 | 44 | 109,812,588. | 99,646,928. | 10,165,660. | 0. |

Reporting of Joint Costs. Did you report in column (B) (Program services) any joint costs from a combined educational campaign and fundraising solicitation? ▶ ☐ Yes ☒ No

If "Yes," enter (i) the aggregate amount of these joint costs $_____ ; (ii) the amount allocated to Program services $_____ ;
(iii) the amount allocated to Management and general $_____ ; and (iv) the amount allocated to Fundraising $_____ .

## Part III — Statement of Program Service Accomplishments

What is the organization's primary exempt purpose? ▶ CREDIT COUNSELING SERVICES

All organizations must describe their exempt purpose achievements in a clear and concise manner. State the number of clients served, publications issued, etc. Discuss achievements that are not measurable. (Section 501(c)(3) and (4) organizations and 4947(a)(1) nonexempt charitable trusts must also enter the amount of grants and allocations to others.)

**Program Service Expenses** (Required for 501(c)(3) and (4) orgs., and 4947(a)(1) trusts; but optional for others.)

a CLIENT SERVICES - PROVIDE SERVICES TO CLIENTS RELATED TO DEBT CONSOLIDATION AND PAYMENT OF MONTHLY INVOICES.
(Grants and allocations $ )    58,527,220.

b COUNSELING SERVICES - PROVIDE DEBT COUNSELING SERVICES TO OVER 200,000 CLIENTS WITH CREDIT PROBLEMS.
(Grants and allocations $ )    22,818,057.

c SEE STATEMENT 3
(Grants and allocations $ )    16,345,000.

d EDUCATION AND TRAINING - PROVIDE EDUCATIONAL INFORMATION AND SEMINARS TO THE PUBLIC.
(Grants and allocations $ )    1,444,171.

e Other program services (attach schedule)   STATEMENT 5   (Grants and allocations $ )    512,480.

f Total of Program Service Expenses (should equal line 44, column (B), Program services) ▶    99,646,928.

023011 12-19-00     2     Form 990 (2000)

14470103 793927 888     2000.08000 GENUS CREDIT MANAGEMENT COR 888____1

Form 990 (2000)         GENUS CREDIT MANAGEMENT CORPORATION          52-1799746       Page 3

## Part IV  Balance Sheets

Note: *Where required, attached schedules and amounts within the description column should be for end-of-year amounts only.*

| | | | (A) Beginning of year | | (B) End of year |
|---|---|---|---:|---|---:|
| **Assets** | 45 | Cash - non-interest-bearing | | 45 | |
| | 46 | Savings and temporary cash investments | 9,870,599. | 46 | 13,313. |
| | 47 a | Accounts receivable ............ 47a  499,071. | | | |
| | b | Less: allowance for doubtful accounts ....... 47b | 606,669. | 47c | 499,071. |
| | 48 a | Pledges receivable ............... 48a  2,625,208. | | | |
| | b | Less: allowance for doubtful accounts ....... 48b | 2,888,598. | 48c | 2,625,208. |
| | 49 | Grants receivable | | 49 | |
| | 50 | Receivables from officers, directors, trustees, and key employees | | 50 | |
| | 51 a | Other notes and loans receivable  STMT 6  51a  2,920,669. | | | |
| | b | Less: allowance for doubtful accounts ....... 51b | 3,417,160. | 51c | 2,920,669. |
| | 52 | Inventories for sale or use | | 52 | |
| | 53 | Prepaid expenses and deferred charges | 609,335. | 53 | |
| | 54 | Investments - securities  ▶ ☐ Cost ☐ FMV | | 54 | |
| | 55 a | Investments - land, buildings, and equipment: basis ..... 55a | | | |
| | b | Less: accumulated depreciation ....... 55b | | 55c | |
| | 56 | Investments - other | 0. | 56 | 0. |
| | 57 a | Land, buildings, and equipment: basis ...... 57a | | | |
| | b | Less: accumulated depreciation ....... 57b | 5,557,528. | 57c | |
| | 58 | Other assets (describe ▶  SEE STATEMENT 7  ) | 515,762. | 58 | 19,752,659. |
| | 59 | **Total assets** (add lines 45 through 58) (must equal line 74) | 23,465,651. | 59 | 25,810,920. |
| **Liabilities** | 60 | Accounts payable and accrued expenses | 1,706,620. | 60 | 2,533,964. |
| | 61 | Grants payable | | 61 | |
| | 62 | Deferred revenue | | 62 | |
| | 63 | Loans from officers, directors, trustees, and key employees | | 63 | |
| | 64 a | Tax-exempt bond liabilities | | 64a | |
| | b | Mortgages and other notes payable | | 64b | |
| | 65 | Other liabilities (describe ▶ _____ ) | 2,810,115. | 65 | |
| | 66 | **Total liabilities** (add lines 60 through 65) | 4,516,735. | 66 | 2,533,964. |
| **Net Assets or Fund Balances** | | Organizations that follow SFAS 117, check here ▶ [X] and complete lines 67 through 69 and lines 73 and 74. | | | |
| | 67 | Unrestricted | 18,948,916. | 67 | 23,276,956. |
| | 68 | Temporarily restricted | | 68 | |
| | 69 | Permanently restricted | | 69 | |
| | | Organizations that do not follow SFAS 117, check here ▶ ☐ and complete lines 70 through 74. | | | |
| | 70 | Capital stock, trust principal, or current funds | | 70 | |
| | 71 | Paid-in or capital surplus, or land, building, and equipment fund | | 71 | |
| | 72 | Retained earnings, endowment, accumulated income, or other funds | | 72 | |
| | 73 | **Total net assets or fund balances** (add lines 67 through 69 OR lines 70 through 72; column (A) must equal line 19 and column (B) must equal line 21) | 18,948,916. | 73 | 23,276,956. |
| | 74 | **Total liabilities and net assets / fund balances** (add lines 66 and 73) | 23,465,651. | 74 | 25,810,920. |

Form 990 is available for public inspection and, for some people, serves as the primary or sole source of information about a particular organization. How the public perceives an organization in such cases may be determined by the information presented on its return. Therefore, please make sure the return is complete and accurate and fully describes, in Part III, the organization's programs and accomplishments.

Form 990 (2000)      GENUS CREDIT MANAGEMENT CORPORATION      52-1799746    Page 4

### Part IV-A  Reconciliation of Revenue per Audited Financial Statements with Revenue per Return

| | | |
|---|---|---|
| a | Total revenue, gains, and other support per audited financial statements | a   115453725. |
| b | Amounts included on line a but not on line 12, Form 990: | |
| (1) | Net unrealized gains on investments $ | |
| (2) | Donated services and use of facilities $ | |
| (3) | Recoveries of prior year grants $ | |
| (4) | Other (specify): $ | |
| | Add amounts on lines (1) through (4) | b |
| c | Line a minus line b | c   115453725. |
| d | Amounts included on line 12, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990 $ | |
| (2) | Other (specify): $ | |
| | Add amounts on lines (1) and (2) | d |
| e | Total revenue per line 12, Form 990 (line c plus line d) | e   115453725. |

### Part IV-B  Reconciliation of Expenses per Audited Financial Statements With Expenses per Return

| | | |
|---|---|---|
| a | Total expenses and losses per audited financial statements | a   109812588. |
| b | Amounts included on line a but not on line 17, Form 990: | |
| (1) | Donated services and use of facilities $ | |
| (2) | Prior year adjustments reported on line 20, Form 990 $ | |
| (3) | Losses reported on line 20, Form 990 $ | |
| (4) | Other (specify): $ | |
| | Add amounts on lines (1) through (4) | b |
| c | Line a minus line b | c   109812588. |
| d | Amounts included on line 17, Form 990 but not on line a: | |
| (1) | Investment expenses not included on line 6b, Form 990 $ | |
| (2) | Other (specify): $ | |
| | Add amounts on lines (1) and (2) | d |
| e | Total expenses per line 17, Form 990 (line c plus line d) | e   109812588. |

### Part V  List of Officers, Directors, Trustees, and Key Employees (List each one even if not compensated.)

| (A) Name and address | (B) Title and average hours per week devoted to position | (C) Compensation (If not paid, enter -0-.) | (D) Contributions to employee benefit plans & deferred compensation | (E) Expense account and other allowances |
|---|---|---|---|---|
| MICHAEL SCHIANO<br>1768 PARK CENTER DRIVE, SUITE 400<br>ORLANDO, FL 32835 | PRESIDENT<br><br>FULL TIME | 59,807. | 3,658. | 4,651. |
| GUY BROCK<br>1768 PARK CENTER DRIVE, SUITE 400<br>ORLANDO, FL 32835 | SECRETARY/TREASURER<br><br>FULL TIME | 104,114. | 6,502. | 0. |
| DAVID C. JONES<br>3130 BUTLER BAY DRIVE NORTH<br>WINDERMERE, FL 34786 | CHAIRMAN<br><br>FULL TIME | 246,000. | 97,131. | 8,862. |
| ROBERT J. BARRETT<br>7256 HAWKSNEST BLVD<br>ORLANDO, FL 32835 | VICE CHAIRMAN<br><br>FULL TIME | 157,800. | 62,869. | 8,073. |
| REBECCA STIEHL<br>6141 RALEIGH ROAD #1024<br>ORLANDO, FL 32835 | TRUSTEE<br><br>FULL TIME | 111,000. | 47,714. | 7,629. |
| ETTA W. MONEY<br>10118 CANOPY TREE COURT<br>ORLANDO, FL 32836 | TRUSTEE<br><br>FULL TIME | 102,246. | 41,748. | 8,942. |
| LONNIE M. RITZER<br>36 S CHARLES ST - 20TH FLOOR<br>BALTIMORE, MD 21201-3147 | TRUSTEE<br><br>PART TIME | 0. | 0. | 0. |
| JONATHAN MAY<br>1768 PARK CENTER DRIVE, SUITE 400<br>ORLANDO, FL 32835 | TRUSTEE<br><br>PART TIME | 0. | 0. | 0. |

75   Did any officer, director, trustee, or key employee receive aggregate compensation of more than $100,000 from your organization and all related organizations, of which more than $10,000 was provided by the related organizations? If "Yes," attach schedule. ▶ [X] Yes   [ ] No     Form 990 (2000)

023031 12-19-00

Form 990 (2000)   GENUS CREDIT MANAGEMENT CORPORATION   52-1799746   Page 5

### Part VI  Other Information

| | | N/A | Yes | No |
|---|---|---|---|---|
| 76 | Did the organization engage in any activity not previously reported to the IRS? If "Yes," attach a detailed description of each activity | 76 | | X |
| 77 | Were any changes made in the organizing or governing documents but not reported to the IRS? | 77 | | X |
| | If "Yes," attach a conformed copy of the changes. | | | |
| 78 a | Did the organization have unrelated business gross income of $1,000 or more during the year covered by this return? | 78a | | X |
| b | If "Yes," has it filed a tax return on Form 990-T for this year?   N/A | 78b | | |
| 79 | Was there a liquidation, dissolution, termination, or substantial contraction during the year? | 79 | | X |
| | If "Yes," attach a statement. | | | |
| 80 a | Is the organization related (other than by association with a statewide or nationwide organization) through common membership, governing bodies, trustees, officers, etc., to any other exempt or nonexempt organization? | 80a | X | |
| b | If "Yes," enter the name of the organization ▶ SEE STATEMENT 8 and check whether it is ☐ exempt OR ☐ nonexempt. | | | |
| 81 a | Enter the amount of political expenditures, direct or indirect, as described in the instructions for line 81   81a   0. | | | |
| b | Did the organization file Form 1120-POL for this year? | 81b | | X |
| 82 a | Did the organization receive donated services or the use of materials, equipment, or facilities at no charge or at substantially less than fair rental value? | 82a | | X |
| b | If "Yes," you may indicate the value of these items here. Do not include this amount as revenue in Part I or as an expense in Part II. (See instructions for reporting in Part III.)   82b   N/A | | | |
| 83 a | Did the organization comply with the public inspection requirements for returns and exemption applications? | 83a | X | |
| b | Did the organization comply with the disclosure requirements relating to quid pro quo contributions?   N/A | 83b | | |
| 84 a | Did the organization solicit any contributions or gifts that were not tax deductible?   N/A | 84a | | |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible?   N/A | 84b | | |
| 85 | 501(c)(4), (5), or (6) organizations. a Were substantially all dues nondeductible by members?   N/A | 85a | | |
| b | Did the organization make only in-house lobbying expenditures of $2,000 or less?   N/A | 85b | | |
| | If "Yes" was answered to either 85a or 85b, do not complete 85c through 85h below unless the organization received a waiver for proxy tax owed for the prior year. | | | |
| c | Dues, assessments, and similar amounts from members   85c   N/A | | | |
| d | Section 162(e) lobbying and political expenditures   85d   N/A | | | |
| e | Aggregate nondeductible amount of section 6033(e)(1)(A) dues notices   85e   N/A | | | |
| f | Taxable amount of lobbying and political expenditures (line 85d less 85e)   85f   N/A | | | |
| g | Does the organization elect to pay the section 6033(e) tax on the amount in 85f?   N/A | 85g | | |
| h | If section 6033(e)(1)(A) dues notice were sent, does the organization agree to add the amount in 85f to its reasonable estimate of dues allocable to nondeductible lobbying and political expenditures for the following tax year?   N/A | 85h | | |
| 86 | 501(c)(7) organizations. Enter: a Initiation fees and capital contributions included on line 12   86a   N/A | | | |
| b | Gross receipts, included on line 12, for public use of club facilities   86b   N/A | | | |
| 87 | 501(c)(12) organizations. Enter: a Gross income from members or shareholders   87a   N/A | | | |
| b | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.)   87b   N/A | | | |
| 88 | At any time during the year, did the organization own a 50% or greater interest in a taxable corporation or partnership, or an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? If "Yes," complete Part IX | 88 | | X |
| 89 a | 501(c)(3) organizations. Enter: Amount of tax imposed on the organization during the year under: section 4911 ▶ 0. ; section 4912 ▶ 0. ; section 4955 ▶ 0. | | | |
| b | 501(c)(3) and 501(c)(4) organizations. Did the organization engage in any section 4958 excess benefit transaction during the year or did it become aware of an excess benefit transaction from a prior year? If "Yes," attach a statement explaining each transaction | 89b | | X |
| c | Enter: Amount of tax imposed on the organization managers or disqualified persons during the year under sections 4912, 4955, and 4958 ▶ | | | 0. |
| d | Enter: Amount of tax on line 89c, above, reimbursed by the organization ▶ | | | 0. |
| 90 a | List the states with which a copy of this return is filed ▶ NONE | | | |
| b | Number of employees employed in the pay period that includes March 12, 2000   90b | | | 24 |
| 91 | The books are in care of ▶ THE CORPORATION   Telephone no. ▶ 407-291-7770 | | | |
| | Located at ▶ 1768 PARK CENTER DRIVE, SUITE 400, ORLANDO, FL   ZIP code ▶ 32835 | | | |
| 92 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990 in lieu of Form 1041- Check here ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the tax year ▶ 92   N/A | | | |

023041
12-19-00

5

Form 990 (2000)

14470103 793927 888   2000.08000 GENUS CREDIT MANAGEMENT COR 888___1

Form 990 (2000)  GENUS CREDIT MANAGEMENT CORPORATION  52-1799746  Page 6

### Part VII  Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (E) Related or exempt function income |
|---|---|---|---|---|---|
| | (A) Business code | (B) Amount | (C) Exclusion code | (D) Amount | |
| 93 Program service revenue: | | | | | |
| a MORTGAGE INTERVENTION | | | | | 1,014,210. |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f Medicare/Medicaid payments | | | | | |
| g Fees and contracts from government agencies | | | | | |
| 94 Membership dues and assessments | | | | | |
| 95 Interest on savings and temporary cash investments | | | 14 | 459,061. | |
| 96 Dividends and interest from securities | | | | | |
| 97 Net rental income or (loss) from real estate: | | | | | |
| a debt-financed property | | | | | |
| b not debt-financed property | | | | | |
| 98 Net rental income or (loss) from personal property | | | | | |
| 99 Other investment income | | | | | |
| 100 Gain or (loss) from sales of assets other than inventory | | | | | |
| 101 Net income or (loss) from special events | | | | | |
| 102 Gross profit or (loss) from sales of inventory | | | | | |
| 103 Other revenue: | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| 104 Subtotal (add columns (B), (D), and (E)) | | 0. | | 459,061. | 1,014,210. |
| 105 Total (add line 104, columns (B), (D), and (E)) | | | | ▶ | 1,473,271. |

Note: Line 105 plus line 1d, Part I, should equal the amount on line 12, Part I.

### Part VIII  Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain how each activity for which income is reported in column (E) of Part VII contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). |
|---|---|
| 93A | MORTGAGE INTERVENTION IS A PROGRAM TO COUNSEL CONSUMERS ON HOME |
| 93A | MORTGAGE PAYMENTS AND HOME OWNERSHIP. |
| | |
| | |

### Part IX  Information Regarding Taxable Subsidiaries and Disregarded Entities

| (A) Name, address, and EIN of corporation, partnership, or disregarded entity | (B) Percentage of ownership interest | (C) Nature of activities | (D) Total income | (E) End-of-year assets |
|---|---|---|---|---|
| | % | | | |
| N/A | % | | | |
| | % | | | |
| | % | | | |

### Part X  Information Regarding Transfers Associated with Personal Benefit Contracts

(a) Did the organization, during the year, receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? ☐ Yes  ☒ No

(b) Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? ☐ Yes  ☒ No

Note: If "Yes" to (b), file Form 8870 and Form 4720 (see instructions).

Please Sign Here — Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge. (Important: See General Instruction W.)

▶ Signature of officer  ▶ 11/15/01 Date  ▶ Etta W. Money CFO  Type or print name and title

| Paid Preparer's Use Only | Preparer's signature ▶ | Date 11/15/01 | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| | Firm's name (or yours if self-employed) and address, and ZIP code ▶ | RIBIS, JONES & MARESCA, P.A. 10500 LITTLE PATUXENT PARKWAY, SUITE 770 COLUMBIA, MARYLAND 21044 | | EIN ▶ 52-1853933 Phone no. ▶ 401-884-0220 |

023161 12-19-00

**SCHEDULE A**
(Form 990 or 990-EZ)

Department of the Treasury
Internal Revenue Service

# Organization Exempt Under Section 501(c)(3)

(Except Private Foundation) and Section 501(e), 501(f), 501(k), 501(n), or Section 4947(a)(1) Nonexempt Charitable Trust

**Supplementary Information**

▶ MUST be completed by the above organizations and attached to their Form 990 or 990-EZ.

OMB No. 1545-0047

**2000**

Name of the organization: GENUS CREDIT MANAGEMENT CORPORATION
Employer identification number: 52-1799746

## Part I — Compensation of the Five Highest Paid Employees Other Than Officers, Directors, and Trustees
(See instructions. List each one. If there are none, enter "None.")

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans & deferred compensation | (e) Expense account and other allowances |
|---|---|---|---|---|
| HOWELL EDWARDS 2143 LAKE DEBORAH DRIVE, ORLANDO, FL | EXECUTIVE DIR FULL TIME | 226,331. | 7,795. | 26,633. |
| PATRICIA DEMBRECK 954 MAPLEWOOD CT, HARPERS FERRY, WV | SUPERVISER FULL TIME | 56,013. | 3,588. | 0. |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid over $50,000 ▶ 0

## Part II — Compensation of the Five Highest Paid Independent Contractors for Professional Services
(See instructions. List each one (whether individuals or firms). If there are none, enter "None.")

| (a) Name and address of each independent contractor paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| AMERIX CORPORATION 8930 STANFORD BLVD, COLUMBIA, MD 21045 | PAYMENT PROCESSING | 79786318. |
| SYSTEMS SOURCE P O BOX 613972, BALTIMORE, MD 21263 | COMPUTER SERVICE | 477,392. |
| DIGITEC POST PRODUCTION 6355 METRO WEST BLVD, ORLANDO, FL 32835 | POST PRODUCTION SERVICES | 242,299. |
| MARKETING DIRECTORY SERVICES 1244 ALT US 19N, TARGON SPRINGS, FL 34689 | POST PRODUCTION SERVICES | 185,664. |
| IMPIRIC PO BOX 751474, CHARLOTTE, NC 28275 | PUBLIC SERVICE ANNOUCEMENTS | 2178115. |

Total number of others receiving over $50,000 for professional services ▶ 20

LHA   For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 990 and Form 990-EZ.   Schedule A (Form 990 or 990-EZ) 2000

023101
12-09-00

7

14470103 793927 888                    2000.08000 GENUS CREDIT MANAGEMENT COR 888___1

Schedule A (Form 990 or 990-EZ) 2000  GENUS CREDIT MANAGEMENT CORPORATION   52-1799746   Page 2

### Part III — Statements About Activities

| | | Yes | No |
|---|---|---|---|
| 1 | During the year, has the organization attempted to influence national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum? .......... If "Yes," enter the total expenses paid or incurred in connection with the lobbying activites ▶ $ _____ Organizations that made an election under section 501(h) by filing Form 5768 must complete Part VI-A. Other organizations checking "Yes," must complete Part VI-B AND attach a statement giving a detailed description of the lobbying activities. | | X |
| 2 | During the year, has the organization, either directly or indirectly, engaged in any of the following acts with any of its trustees, directors, officers, creators, key employees, or members of their families, or with any taxable organization with which any such person is affiliated as an officer, director, trustee, majority owner, or principal beneficiary: | | |
| a | Sale, exchange, or leasing of property? .......... | | X |
| b | Lending of money or other extension of credit? .......... | | X |
| c | Furnishing of goods, services, or facilities? .......... | | X |
| d | Payment of compensation (or payment or reimbursement of expenses if more than $1,000)?  SEE PART V, FORM 990 | X | |
| e | Transfer of any part of its income or assets? .......... If the answer to any question is "Yes," attach a detailed statement explaining the transactions. | | X |
| 3 | Does the organization make grants for scholarships, fellowships, student loans, etc.? .......... | | X |
| 4a | Do you have a section 403(b) annuity plan for your employees? .......... | | X |
| b | Attach a statement to explain how the organization determines that individuals or organizations receiving grants or loans from it in furtherance of its charitable programs qualify to receive payments. (See page 2 of the instructions.) | | |

### Part IV — Reason for Non-Private Foundation Status (See pages 2 through 5 of the instructions.)

The organization is not a private foundation because it is: (Please check only ONE applicable box.)

5 ☐ A church, convention of churches, or association of churches. Section 170(b)(1)(A)(i).
6 ☐ A school. Section 170(b)(1)(A)(ii). (Also complete Part V, page 5.)
7 ☐ A hospital or a cooperative hospital service organization. Section 170(b)(1)(A)(iii).
8 ☐ A Federal, state, or local government or governmental unit. Section 170(b)(1)(A)(v).
9 ☐ A medical research organization operated in conjunction with a hospital. Section 170(b)(1)(A)(iii). Enter the hospital's name, city, and state ▶ _____
10 ☐ An organization operated for the benefit of a college or university owned or operated by a governmental unit. Section 170(b)(1)(A)(iv). (Also complete the Support Schedule in Part IV-A.)
11a ☒ An organization that normally receives a substantial part of its support from a governmental unit or from the general public. Section 170(b)(1)(A)(vi). (Also complete the Support Schedule in Part IV-A.)
11b ☐ A community trust. Section 170(b)(1)(A)(vi). (Also complete the Support Schedule in Part IV-A.)
12 ☐ An organization that normally receives: (1) more than 33 1/3% of its support from contributions, membership fees, and gross receipts from activities related to its charitable, etc., functions - subject to certain exceptions, and (2) no more than 33 1/3% of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See section 509(a)(2). (Also complete the Support Schedule in Part IV-A.)
13 ☐ An organization that is not controlled by any disqualified persons (other than foundation managers) and supports organizations described in: (1) lines 5 through 12 above; or (2) section 501(c)(4), (5), or (6), if they meet the test of section 509(a)(2). (See section 509(a)(3).)

Provide the following information about the supported organizations. (See page 5 of the instructions.)

| (a) Name(s) of supported organization(s) | (b) Line number from above |
|---|---|
| | |
| | |
| | |

14 ☐ An organization organized and operated to test for public safety. Section 509(a)(4). (See page 5 of the instructions.)

Schedule A (Form 990 or 990-EZ) 2000

Schedule A (Form 990 or 990-EZ) 2000  GENUS CREDIT MANAGEMENT CORPORATION    52-1799746   Page 3

**Part IV-A** Support Schedule (Complete only if you checked a box on line 10, 11, or 12.) Use cash method of accounting.
Note: You may use the worksheet in the instructions for converting from the accrual to the cash method of accounting.

| Calendar year (or fiscal year beginning in) ▶ | (a) 1999 | (b) 1998 | (c) 1997 | (d) 1996 | (e) Total |
|---|---|---|---|---|---|
| 15 Gifts, grants, and contributions received. (Do not include unusual grants. See line 28.) | 105820808. | 56,810,352. | 27,120,787. | 9,336,207. | 199,088,154. |
| 16 Membership fees received | | | | | |
| 17 Gross receipts from admissions, merchandise sold or services performed, or furnishing of facilities in any activity that is not a business unrelated to the organization's charitable, etc., purpose | 818,024. | 322,556. | | | 1,140,580. |
| 18 Gross income from interest, dividends, amounts received from payments on securities loans (section 512(a)(5)), rents, royalties, and unrelated business taxable income (less section 511 taxes) from businesses acquired by the organization after June 30, 1975 | 2,758,485. | 1,983,234. | 198,710. | | 4,940,429. |
| 19 Net income from unrelated business activities not included in line 18 | | | | | |
| 20 Tax revenues levied for the organization's benefit and either paid to it or expended on its behalf | | | | | |
| 21 The value of services or facilities furnished to the organization by a governmental unit without charge. Do not include the value of services or facilities generally furnished to the public without charge | | | | | |
| 22 Other income. Attach a schedule. Do not include gain or (loss) from sale of capital assets | 22,365. | 301,852. | SEE STATEMENT 9  208,711. | 41,732. | 574,660. |
| 23 Total of lines 15 through 22 | 109419682. | 59,417,994. | 27,528,208. | 9,377,939. | 205,743,823. |
| 24 Line 23 minus line 17 | 108601658. | 59,095,438. | 27,528,208. | 9,377,939. | 204,603,243. |
| 25 Enter 1% of line 23 | 1,094,197. | 594,180. | 275,282. | 93,779. | |

| | | |
|---|---|---|
| 26 Organizations described on lines 10 or 11: a Enter 2% of amount in column (e), line 24 ▶ | 26a | 4,092,065. |
| b Attach a list (which is not open to public inspection) showing the name of and amount contributed by each person (other than a governmental unit or publicly supported organization) whose total gifts for 1996 through 1999 exceeded the amount shown in line 26a. Enter the sum of all these excess amounts ▶ | 26b | 0. |
| c Total support for section 509(a)(1) test: Enter line 24, column (e) ▶ | 26c | 204,603,243. |
| d Add: Amounts from column (e) for lines:   18   4,940,429.     19 _____ 22   574,660.    26b _____ ▶ | 26d | 5,515,089. |
| e Public support (line 26c minus line 26d total) ▶ | 26e | 199,088,154. |
| f Public support percentage (line 26e (numerator) divided by line 26c (denominator)) ▶ | 26f | 97.3045 % |

27 Organizations described on line 12: a For amounts included in lines 15, 16, and 17 that were received from a "disqualified person," attach a list (which is not open to public inspection) to show the name of, and total amounts received in each year from, each "disqualified person." Enter the sum of such amounts for each year:
(1999) ____N/A____ (1998) _____ (1997) _____ (1996) _____

b For any amount included in line 17 that was received from a nondisqualified person, attach a list to show the name of, and amount received for each year, that was more than the **larger** of (1) the amount on line 25 for the year or (2) $5,000. (Include in the list organizations described in lines 5 through 11, as well as individuals.) After computing the difference between the amount received and the larger amount described in (1) or (2), enter the sum of these differences (the excess amounts) for each year: N/A
(1999) _____ (1998) _____ (1997) _____ (1996) _____

| | | |
|---|---|---|
| c Add: Amounts from column (e) for lines:   15 _____  16 _____  17 _____  20 _____  21 _____ ▶ | 27c | N/A |
| d Add: Line 27a total _____ and line 27b total _____ ▶ | 27d | N/A |
| e Public support (line 27c total minus line 27d total) ▶ | 27e | N/A |
| f Total support for section 509(a)(2) test: Enter amount on line 23, column (e) ▶ 27f   N/A | | |
| g Public support percentage (line 27e (numerator) divided by line 27f (denominator)) ▶ | 27g | N/A % |
| h Investment income percentage (line 18, column (e) (numerator) divided by line 27f (denominator)) ▶ | 27h | N/A % |

28 Unusual Grants: For an organization described in line 10, 11, or 12, that received any unusual grants during 1996 through 1999, attach a list (which is not open to public inspection) for each year showing the name of the contributor, the date and amount of the grant, and a brief description of the nature of the grant. Do not include these grants in line 15. (See page 5 of the instructions.)   NONE

023121
12-27-00                                            9                        Schedule A (Form 990 or 990-EZ) 2000
14470103 793927 888              2000.08000 GENUS CREDIT MANAGEMENT COR 888___1

Schedule A (Form 990 or 990-EZ) 2000  GENUS CREDIT MANAGEMENT CORPORATION   52-1799746   Page 4

### Part V — Private School Questionnaire
(To be completed ONLY by schools that checked the box on line 6 in Part IV)   **N/A**

| | | Yes | No |
|---|---|---|---|
| 29 | Does the organization have a racially nondiscriminatory policy toward students by statement in its charter, bylaws, other governing instrument, or in a resolution of its governing body? | | |
| 30 | Does the organization include a statement of its racially nondiscriminatory policy toward students in all its brochures, catalogues, and other written communications with the public dealing with student admissions, programs, and scholarships? | | |
| 31 | Has the organization publicized its racially nondiscriminatory policy through newspaper or broadcast media during the period of solicitation for students, or during the registration period if it has no solicitation program, in a way that makes the policy known to all parts of the general community it serves? | | |

If "Yes," please describe; if "No," please explain. (If you need more space, attach a separate statement.)

_____
_____
_____

| | | Yes | No |
|---|---|---|---|
| 32 | Does the organization maintain the following: | | |
| a | Records indicating the racial composition of the student body, faculty, and administrative staff? | | |
| b | Records documenting that scholarships and other financial assistance are awarded on a racially nondiscriminatory basis? | | |
| c | Copies of all catalogues, brochures, announcements, and other written communications to the public dealing with student admissions, programs, and scholarships? | | |
| d | Copies of all material used by the organization or on its behalf to solicit contributions? | | |

If you answered "No" to any of the above, please explain. (If you need more space, attach a separate statement.)

_____

| | | Yes | No |
|---|---|---|---|
| 33 | Does the organization discriminate by race in any way with respect to: | | |
| a | Students' rights or privileges? | | |
| b | Admissions policies? | | |
| c | Employment of faculty or administrative staff? | | |
| d | Scholarships or other financial assistance? | | |
| e | Educational policies? | | |
| f | Use of facilities? | | |
| g | Athletic programs? | | |
| h | Other extracurricular activities? | | |

If you answered "Yes" to any of the above, please explain. (If you need more space, attach a separate statement.)

_____

| | | Yes | No |
|---|---|---|---|
| 34 a | Does the organization receive any financial aid or assistance from a governmental agency? | | |
| b | Has the organization's right to such aid ever been revoked or suspended? | | |
| | If you answered "Yes" to either 34a or b, please explain using an attached statement. | | |
| 35 | Does the organization certify that it has complied with the applicable requirements of sections 4.01 through 4.05 of Rev. Proc. 75-50, 1975-2 C.B. 587, covering racial nondiscrimination? If "No," attach an explanation | | |

Schedule A (Form 990 or 990-EZ) 2000

Schedule A (Form 990 or 990-EZ) 2000  GENUS CREDIT MANAGEMENT CORPORATION   52-1799746   Page 5

## Part VI-A — Lobbying Expenditures by Electing Public Charities
(To be completed ONLY by an eligible organization that filed Form 5768)   N/A

Check here ▶ ☐ If the organization belongs to an affiliated group.
Check here ▶ ☐ If you checked "a" above and "limited control" provisions apply.

| Limits on Lobbying Expenditures (The term "expenditures" means amounts paid or incurred.) | | (a) Affiliated group totals | (b) To be completed for ALL electing organizations |
|---|---|---|---|
| | | N/A | |
| 36 Total lobbying expenditures to influence public opinion (grassroots lobbying) | 36 | | |
| 37 Total lobbying expenditures to influence a legislative body (direct lobbying) | 37 | | |
| 38 Total lobbying expenditures (add lines 36 and 37) | 38 | | |
| 39 Other exempt purpose expenditures | 39 | | |
| 40 Total exempt purpose expenditures (add lines 38 and 39) | 40 | | |
| 41 Lobbying nontaxable amount. Enter the amount from the following table — | | | |
| **If the amount on line 40 is —**  **The lobbying nontaxable amount is —** | | | |
| Not over $500,000 .............. 20% of the amount on line 40 | | | |
| Over $500,000 but not over $1,000,000 ....... $100,000 plus 15% of the excess over $500,000 | | | |
| Over $1,000,000 but not over $1,500,000 ..... $175,000 plus 10% of the excess over $1,000,000 | 41 | | |
| Over $1,500,000 but not over $17,000,000 .... $225,000 plus 5% of the excess over $1,500,000 | | | |
| Over $17,000,000 .............. $1,000,000 | | | |
| 42 Grassroots nontaxable amount (enter 25% of line 41) | 42 | | |
| 43 Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 | 43 | | |
| 44 Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 | 44 | | |

Caution: If there is an amount on either line 43 or line 44, you must file Form 4720.

### 4-Year Averaging Period Under Section 501(h)
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the instructions for lines 45 through 50 on page 9 of the instructions.)

| | Lobbying Expenditures During 4-Year Averaging Period | | | | N/A |
|---|---|---|---|---|---|
| Calendar year (or fiscal year beginning in) ▶ | (a) 2000 | (b) 1999 | (c) 1998 | (d) 1997 | (e) Total |
| 45 Lobbying nontaxable amount | | | | | 0. |
| 46 Lobbying ceiling amount (150% of line 45(e)) | | | | | 0. |
| 47 Total lobbying expenditures | | | | | 0. |
| 48 Grassroots nontaxable amount | | | | | 0. |
| 49 Grassroots ceiling amount (150% of line 48(e)) | | | | | 0. |
| 50 Grassroots lobbying expenditures | | | | | 0. |

## Part VI-B — Lobbying Activity by Nonelecting Public Charities
(For reporting only by organizations that did not complete Part VI-A)   N/A

| During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | Yes | No | Amount |
|---|---|---|---|
| a Volunteers | | | |
| b Paid staff or management (include compensation in expenses reported on lines c through h) | | | |
| c Media advertisements | | | |
| d Mailings to members, legislators, or the public | | | |
| e Publications, or published or broadcast statements | | | |
| f Grants to other organizations for lobbying purposes | | | |
| g Direct contact with legislators, their staffs, government officials, or a legislative body | | | |
| h Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means | | | |
| i Total lobbying expenditures (add lines c through h) | | | 0. |

If "Yes" to any of the above, also attach a statement giving a detailed description of the lobbying activities.

Schedule A (Form 990 or 990-EZ) 2000  GENUS CREDIT MANAGEMENT CORPORATION       52-1799746    Page 6

## Part VII — Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

**51** Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| **a** Transfers from the reporting organization to a noncharitable exempt organization of: | | | |
| (i) Cash | 51a(i) | | X |
| (ii) Other assets | a(ii) | | X |
| **b** Other transactions: | | | |
| (i) Sales or exchanges of assets with a noncharitable exempt organization | b(i) | | X |
| (ii) Purchases of assets from a noncharitable exempt organization | b(ii) | | X |
| (iii) Rental of facilities, equipment, or other assets | b(iii) | | X |
| (iv) Reimbursement arrangements | b(iv) | | X |
| (v) Loans or loan guarantees | b(v) | | X |
| (vi) Performance of services or membership or fundraising solicitations | b(vi) | | X |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees | c | | X |

**d** If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received:    N/A

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |

**52 a** Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? ▶ ☐ Yes  ☒ No

**b** If "Yes," complete the following schedule:   N/A

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |

| Schedule B (Form 990 or 990-EZ) | Schedule of Contributors | OMB No. 1545-0047 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | Supplementary Information for line 1d of Form 990 or line 1 of Form 990-EZ (see instructions) | **2000** |

**Name of organization:** GENUS CREDIT MANAGEMENT CORPORATION
**Employer identification number:** 52-1799746

Organization type (check one)-Section: [X] 501(c)( 3 ) ◀ (enter number)   [ ] 527 or   [ ] 4947(a)(1) nonexempt charitable trust

**A** Section 501(c)(7), (8), or (10) organizations-
Check this box if the organization had **no** charitable contributors who contributed more than $1,000 during the year. (But see **General rule** below.) ▶ [ ]

Enter here the total gifts received during the year for a religious, charitable, etc., purpose ▶ $

**Note:** This form is generally not open to public inspection except for section 527 organizations.

## General Instructions

### Purpose of Form

Schedule B (Form 990 or 990-EZ) is used by organizations required to file Form 990, Return of Organization Exempt From Income Tax, or Form 990-EZ, Short Form Return of Organization Exempt From Income tax, to provide the information regarding their contributors that is required for line 1d of Form 990 (or line 1 of Form 990-EZ).

Attach the Schedule B (Form 990 or 990-EZ) to Form 990 or 990-EZ. Attach Schedule B after Schedule A (Form 990 or 990-EZ), Organization Exempt Under Section 501(c)(3), if that return is required for the organization.

### Who Must File Schedule B (Form 990 or 990-EZ)

**All organizations** must file Schedule B (Form 990 or 990-EZ) unless they certify that they do not meet the filing requirements of Schedule B (Form 990 or 9090-EZ) by checking the box in item L of the heading of their Form 990 or Form 990-EZ.

See the instructions for item L in the Instructions for Form 990 and Form 990-EZ.

**Caution:** Schedule B (Form 990 or 990-EZ) is not a substitute for the list of "contributors" required for Part IV-A, Support Schedule, of Schedule A (Form 990 or 990-EZ).

### Public Inspection

Schedule B (Form 990 or 990-EZ) is:
- Open to public inspection for a section 527 political organization.
- Generally not open to public inspection for the other organizations that must file this form.

If a non-section 527 organization files a copy of Form 990, or Form 990-EZ, and attachments with any state, it should not include its Schedule B (Form 990 or 990-EZ) in the attachments for the state unless a schedule of contributors is specifically required by the state. States that do not require the information might make the schedule available for public inspection along with the rest of the Form 990 or Form 990-EZ.

See the Instructions for Form 990 and Form 990-EZ for phone help and the public inspection rules for those forms and their attachments, which include Schedule B (Form 990 or 990-EZ).

### Contributors Required To Be Listed On Part I

"Contributor" includes individuals, fiduciaries, partnerships, corporations, associations, trusts, and exempt organizations.

**General rule.** Unless the organization is covered by one of the special rules below, it must list on Part I every contributor who during the year, gave the organization directly or indirectly, money, securities, or any other type of property totaling $5,000 or more for the year. Also complete Part II for a noncash contribution. In determining the $5,000 amount, total all of the contributor's gifts of $1,000 or more for the year.

**Section 501(c)(3) organizations.** For an organization described in section 501(c)(3) that meets the 33 1/3% support test of the Regulations under sections 509(a)(1)/170(b)(1)(A)(vi) (whether or not the organization is otherwise described in section 170(b)(1)(A))-

List in Part I only those contributors whose contribution of $5,000 or more is greater than 2% of the amount reported on line 1d of Form 990 (or line 1 of Form 990-EZ) (Regulations section 1.6033-2(a)(2)(iii)(a)).

**Example.** A section 501(c)(3) organization, of the type described above, reported $700,000 in total contributions, gifts, grants, and similar amounts received on line 1d of its Form 990. The organization is only required to list in Parts I and II of its Schedule B (Form 990 or 990-EZ) each person who contributed more than the greater of $5,000 or $14,000 (2% of $700,000). Thus, a contributor who gave a total of $11,000 would not be reported in Parts I and II for this section 501(c)(3) organization. Even though the $11,000 contribution to the organization exceeded $5,000, it did not exceed $14,000.

**Section 501(c)(7), (8), or (10) organizations.** For *noncharitable* contributions to one of these organizations, list in Part I contributors who gave $5,000 or more as described in the General rule discussed above.

If a section 501(c)(7), (8), or (10) organization received contributions or bequests for use exclusively for religious, charitable, etc., purposes (sections 170(c)(4), 2055(a)(3), or 2522(a)(3))-

List in Part I each contributor whose contributions total more than $1,000 during the year that were for a religious, charitable, etc., purpose. To determine the $1,000, aggregate all of a contributor's gifts for the year (regardless of amount). For a noncash contribution, complete Part II.

All section 501(c)(7), (8), or (10) organizations that received any charitable contributions and listed any charitable contributors on Part I must also complete Part III.

If section 501(c)(7), (8), or (10) organization received charitable gifts, but is not required to list any charitable contributors on Part I, check the box on line A at the top of Schedule B (Form 990 or 990-EZ) and enter the amount of charitable contributions received in the space provided. The organization need not complete and attach Part III.

### Specific Instructions

**Note:** *You may duplicate Parts I, II, and III if more copies are needed. Number each page of each Part.*

**Part I.** In column (a), identify the first contributor listed as no. 1 and the second contributor as no. 2, etc. Number consecutively. Show the contributor's name, address, aggregate contributions for the year, and the type of contribution (e.g., whether an individual, payroll, or noncash contribution). Report payroll contributions by listing the employer's name, address, and total amount given (unless an employee gave enough to be listed individually).

**Part II.** In column (a), show the number that corresponds to the contributor's number in Part I. Describe the noncash contribution fully. Report on property with readily determinable market value (i.e., market quotations for securities) by listing its fair market value (FMV). For marketable securities registered and listed on a recognized securities exchange, measure market value by the average of the highest and lowest quoted selling prices (or the average between the bona fide bid and asked prices) on the contribution date. See Regulations section 20.2031-2 to determine the value of contributed stocks and bonds. When market value cannot be readily determined, use an appraised or estimated value. To determine the amount of a noncash contribution that is subject to an outstanding debt, subtract the debt from the property's fair market value.

**Part III.** Section 501(c)(7), (8), or (10) organizations that received contributions or bequests for use exclusively for religious, charitable, etc., purposes, must complete Parts I through III for those persons whose gifts totaled more than $1,000 during the year. Show also, in the heading of Part III, total gifts that were $1,000 or less and were for a religious, charitable, etc., purpose. *Complete this information only on the first Part III page.*

If an amount is set aside for a religious, charitable, etc., purpose, show in column (d) how the amount is held (e.g., whether it is mingled with amounts held for other purposes). If the organization transferred the gift to another organization, show the name and address of the transferee organization in column (e) and explain the relationship between the two organizations.

023451 12-19-00

Schedule B (Form 990 or 990-EZ)(2000)  Page 1 to 2 of Part I

| Name of organization | Employer identification number |
|---|---|
| GENUS CREDIT MANAGEMENT CORPORATION | 52-1799746 |

**Part I** Contributors

| (a) No. | (b) Name, address and ZIP code | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | CITIGROUP<br><br>WILMINGTON, DE | $ 12,469,267. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 2 | BANK ONE<br><br>WILMINGTON, DE | $ 6,255,842. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 3 | NOVUS FINANCIAL<br><br>WILMINGTON, DE | $ 6,200,498. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 4 | MBNA<br><br>WILMINGTON, DE | $ 3,788,144. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 5 | ASSOCIATES<br><br>WILMINGTON, DE | $ 3,748,794. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 6 | SEARS<br><br>WILMINGTON, DE | $ 3,610,802. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |

023452 12-23-00    14    Schedule B (Form 990 or 990-EZ) (2000)
14470103 793927 888    2000.08000 GENUS CREDIT MANAGEMENT COR 888____1

Schedule B (Form 990 or 990-EZ)(2000)  Page 2 to 2 of Part I

| Name of organization | Employer identification number |
|---|---|
| GENUS CREDIT MANAGEMENT CORPORATION | 52-1799746 |

### Part I  Contributors

| (a) No. | (b) Name, address and ZIP code | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| 7 | FLEET BANK<br><br>WILMINGTON, DE | $ 3,369,258. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 8 | CHASE MANHATTAN<br><br>WILMINGTON, DE | $ 3,357,386. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 9 | HOUSEHOLD<br><br>WILMINGTON, DE | $ 3,335,419. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 10 | GE CAPITAL<br><br>WILMINGTON, DE | $ 3,114,833. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 11 | CAPITAL ONE<br><br>WILMINGTON, DE | $ 2,587,897. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |
| 12 | METRIS<br><br>WILMINGTON, DE | $ 2,495,542. | Individual [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if a noncash contribution.) |

023452 12-23-00                                       15                                 Schedule B (Form 990 or 990-EZ) (2000)
14470103 793927 888          2000.08000 GENUS CREDIT MANAGEMENT COR 888___1