# EXHIBIT 10

## PART 2

Schedule A (Form 990 or 990-EZ) 2001  NATIONAL CREDIT COUNSELING SERVICES, INC
FORMERLY GENUS CREDIT MANAGEMENT CORP   52-1799746   Page 5

### Part VI-A — Lobbying Expenditures by Electing Public Charities (See page 9 of the instructions.)    N/A
(To be completed ONLY by an eligible organization that filed Form 5768)

Check ► a ☐ if the organization belongs to an affiliated group.   Check ► b ☐ if you checked "a" and "limited control" provisions apply.

| Limits on Lobbying Expenditures (The term "expenditures" means amounts paid or incurred.) | | (a) Affiliated group totals | (b) To be completed for ALL electing organizations |
|---|---|---|---|
| | | N/A | |
| 36 Total lobbying expenditures to influence public opinion (grassroots lobbying) | 36 | | |
| 37 Total lobbying expenditures to influence a legislative body (direct lobbying) | 37 | | |
| 38 Total lobbying expenditures (add lines 36 and 37) | 38 | | |
| 39 Other exempt purpose expenditures | 39 | | |
| 40 Total exempt purpose expenditures (add lines 38 and 39) | 40 | | |
| 41 Lobbying nontaxable amount. Enter the amount from the following table - **If the amount on line 40 is -** / **The lobbying nontaxable amount is -** / Not over $500,000 — 20% of the amount on line 40 / Over $500,000 but not over $1,000,000 — $100,000 plus 15% of the excess over $500,000 / Over $1,000,000 but not over $1,500,000 — $175,000 plus 10% of the excess over $1,000,000 / Over $1,500,000 but not over $17,000,000 — $225,000 plus 5% of the excess over $1,500,000 / Over $17,000,000 — $1,000,000 | 41 | | |
| 42 Grassroots nontaxable amount (enter 25% of line 41) | 42 | | |
| 43 Subtract line 42 from line 36. Enter -0- if line 42 is more than line 36 | 43 | | |
| 44 Subtract line 41 from line 38. Enter -0- if line 41 is more than line 38 | 44 | | |

Caution: *If there is an amount on either line 43 or line 44, you must file Form 4720.*

#### 4-Year Averaging Period Under Section 501(h)
(Some organizations that made a section 501(h) election do not have to complete all of the five columns below. See the instructions for lines 45 through 50 on page 11 of the instructions.)

Lobbying Expenditures During 4-Year Averaging Period    N/A

| Calendar year (or fiscal year beginning in) ► | (a) 2001 | (b) 2000 | (c) 1999 | (d) 1998 | (e) Total |
|---|---|---|---|---|---|
| 45 Lobbying nontaxable amount | | | | | 0. |
| 46 Lobbying ceiling amount (150% of line 45(e)) | | | | | 0. |
| 47 Total lobbying expenditures | | | | | 0. |
| 48 Grassroots nontaxable amount | | | | | 0. |
| 49 Grassroots ceiling amount (150% of line 48(e)) | | | | | 0. |
| 50 Grassroots lobbying expenditures | | | | | 0. |

### Part VI-B — Lobbying Activity by Nonelecting Public Charities
(For reporting only by organizations that did not complete Part VI-A) (See page 12 of the instructions.)   N/A

| During the year, did the organization attempt to influence national, state or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | Yes | No | Amount |
|---|---|---|---|
| a Volunteers | | | |
| b Paid staff or management (Include compensation in expenses reported on lines c through h.) | | | |
| c Media advertisements | | | |
| d Mailings to members, legislators, or the public | | | |
| e Publications, or published or broadcast statements | | | |
| f Grants to other organizations for lobbying purposes | | | |
| g Direct contact with legislators, their staffs, government officials, or a legislative body | | | |
| h Rallies, demonstrations, seminars, conventions, speeches, lectures, or any other means | | | |
| i Total lobbying expenditures (Add lines c through h.) | | | 0. |

If "Yes" to any of the above, also attach a statement giving a detailed description of the lobbying activities.

Schedule A (Form 990 or 990-EZ) 2001  NATIONAL CREDIT COUNSELING SERVICES, INC FORMERLY GENUS CREDIT MANAGEMENT CO   52-1799746   Page 6

### Part VII — Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations (See page 12 of the instructions.)

51 Did the reporting organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations?

| | | Yes | No |
|---|---|---|---|
| a Transfers from the reporting organization to a noncharitable exempt organization of: | | | |
| (i) Cash | 51a(i) | | X |
| (ii) Other assets | a(ii) | | X |
| b Other transactions: | | | |
| (i) Sales or exchanges of assets with a noncharitable exempt organization | b(i) | | X |
| (ii) Purchases of assets from a noncharitable exempt organization | b(ii) | | X |
| (iii) Rental of facilities, equipment, or other assets | b(iii) | | X |
| (iv) Reimbursement arrangements | b(iv) | | X |
| (v) Loans or loan guarantees | b(v) | | X |
| (vi) Performance of services or membership or fundraising solicitations | b(vi) | | X |
| c Sharing of facilities, equipment, mailing lists, other assets, or paid employees | c | | X |

d If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received:     N/A

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |

52 a Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?   ☐ Yes  [X] No

b If "Yes," complete the following schedule:   N/A

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |

| Schedule B<br>(Form 990, 990-EZ, or 990-PF)<br>Department of the Treasury<br>Internal Revenue Service | Schedule of Contributors<br>Supplementary Information for<br>line 1 of Form 990, 990-EZ and 990-PF (see instructions) | OMB No. 1545-0047<br>**2001** |
|---|---|---|
| **Name of organization**<br>NATIONAL CREDIT COUNSELING SERVICES, INC<br>FORMERLY GENUS CREDIT MANAGEMENT CORP | | **Employer identification number**<br>52-1799746 |

**Organization type**(check one):

Filers of:      Section:

Form 990 or 990-EZ    [X] 501(c)( 3 ) (enter number) organization

                       [ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

                       [ ] 527 political organization

Form 990-PF         [ ] 501(c)(3) exempt private foundation

                       [ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

                       [ ] 501(c)(3) taxable private foundation

---

Check if your organization is covered by the **General rule** or a **Special rule**. (**Note:** *Only a section 501(c)(7), (8), or (10) organization can check box(es) for both the General rule and a Special rule-see instructions.*)

**General Rule-**

     [ ] For organizations filing Form 990, 990-EZ, or 990-PF that received, during the year, $5,000 or more (in money or property) from any one contributor. (Complete Parts I and II.)

**Special Rules-**

     [X] For a section 501(c)(3) organization filing Form 990, or Form 990-EZ, that met the 33 1/3% support test of the regulations under sections 509(a)(1)/170(b)(1)(A)(vi) and received from any one contributor, during the year, a contribution of the greater of $5,000 or 2% of the amount on line 1 of these forms. (Complete Parts I and II.)

     [ ] For a section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, aggregate contributions or bequests of more than $1,000 for use *exclusively* for religious, charitable, scientific, literary, or educational purposes, or the prevention of cruelty to children or animals. (Complete Parts I, II, and III.)

     [ ] For a section 501(c)(7), (8), or (10) organization filing Form 990, or Form 990-EZ, that received from any one contributor, during the year, some contributions for use *exclusively* for religious, charitable, etc., purposes, but these contributions did not aggregate to more than $1,000. (If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Do not complete any of the Parts unless the General rule applies to this organization because it received nonexclusively religious, charitable, etc., contributions of $5,000 or more during the year.) ▶ $ _____

**Caution:** *Organizations that are not covered by the General rule and/or the Special rules do not file Schedule B (Form 990, 990-EZ, or 990-PF), but they must check the box in the heading of their Form 990, Form 990-EZ, or on line 1 of their Form 990-PF, to certify that they do not meet the filing requirements of Schedule B (Form 990, 990-EZ, or 990-PF).*

Schedule B (Form 990, 990-EZ, or 990-PF) (2001)

123451 12-29-01

13
08480808 793927 888      2001.06000 NATIONAL CREDIT COUNSELING    888____1

Schedule B (Form 990, 990-EZ, or 990-PF) (2001)  Page 1 to 1 of Part I

**Name of organization**
NATIONAL CREDIT COUNSELING SERVICES, INC
FORMERLY GENUS CREDIT MANAGEMENT CORP

**Employer identification number**
52-1799746

## Part I  Contributors (See Specific Instructions.)

| (a) No. | (b) Name, address and ZIP + 4 | (c) Aggregate contributions | (d) Type of contribution |
|---|---|---|---|
| 1 | MBNA<br>PO BOX 17052<br>WILMINGTON, DE 19850 | $ 1,613,017. | Person [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is a noncash contribution.) |
| 2 | SEARS<br>PO BOX 5<br>BOISE, ID 83707 | $ 1,190,286. | Person [X]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is a noncash contribution.) |
| | | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is a noncash contribution.) |
| | | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is a noncash contribution.) |
| | | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is a noncash contribution.) |
| | | $ | Person [ ]<br>Payroll [ ]<br>Noncash [ ]<br>(Complete Part II if there is a noncash contribution.) |

123452 12-29-01                                14                    Schedule B (Form 990, 990-EZ, or 990-PF) (2001)
08480808 793927 888         2001.06000 NATIONAL CREDIT COUNSELING  888___1

NATIONAL CREDIT COUNSELING SERVICES, INC                              52-1799746

| FORM 990 | GAIN (LOSS) FROM SALE OF OTHER ASSETS | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | | DATE ACQUIRED | DATE SOLD | METHOD ACQUIRED |
|---|---|---|---|---|
| SALE OF ASSETS | | | 04/19/01 | PURCHASED |

| NAME OF BUYER | GROSS SALES PRICE | COST OR OTHER BASIS | EXPENSE OF SALE | DEPREC | NET GAIN OR (LOSS) |
|---|---|---|---|---|---|
| NORTH SEATTLE COMMUNITY COLLEGE FOUNDATI | 17,000,000. | 77,525. | 0. | 0. | 16922475. |
| TO FM 990, PART I, LN 8 | 17,000,000. | 77,525. | 0. | 0. | 16922475. |

| FORM 990 | OTHER EXPENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | (A) TOTAL | (B) PROGRAM SERVICES | (C) MANAGEMENT AND GENERAL | (D) FUNDRAISING |
|---|---|---|---|---|
| CLIENT SERVICES | 24,557,755. | 24,557,755. | | |
| COUNSELING SERVICES | 9,937,152. | 9,937,152. | | |
| DUES AND SUBSCRIPTIONS | 173,250. | | 173,250. | |
| MEALS & ENTERTAINMENT | 276,180. | 6,816. | 269,364. | |
| PROFESSIONAL FEES | 20,636. | 20,636. | | |
| PUBLIC SERVICE ANNOUNCEMENTS | 85,311. | 85,311. | | |
| RECRUITING COSTS | 3,401. | 3,401. | | |
| TRAINING COSTS | 9,021. | 9,021. | | |
| INSURANCE | 63,306. | | 63,306. | |
| BAD DEBTS | 1,592. | 1,592. | | |
| LICENCES, PERMITS | 7,405. | 7,405. | | |
| AMORTIZATION | 9,424. | 7,445. | 1,979. | |
| OFFICE EXPENSE | 19,106. | 828. | 18,278. | |
| PRIZES AND AWARDS | 462. | 462. | | |
| TOTAL TO FM 990, LN 43 | 35,164,001. | 34,637,824. | 526,177. | |

NATIONAL CREDIT COUNSELING SERVICES, INC                     52-1799746

| FORM 990 | STATEMENT OF PROGRAM SERVICE ACCOMPLISHMENTS | STATEMENT 3 |
|---|---|---|

DESCRIPTION OF PROGRAM SERVICE THREE

CLIENT SERVICES TO HISPANIC COMMUNITIES - NCCS, INC.
DETERMINED THAT THE HISPANIC MARKET WAS NOT SERVED BY DEBT
COUNSELING AGENCIES AND PROVIDED FUNDS TO ENHANCE
SERVICES PROVIDED TO HISPANIC CLIENTS.

|  | GRANTS | EXPENSES |
|---|---|---|
| TO FORM 990, PART III, LINE C |  | 4,350,000. |

| FORM 990 | CASH GRANTS AND ALLOCATIONS | STATEMENT 4 |
|---|---|---|

| CLASSIFICATION | DONEE'S NAME | DONEE'S ADDRESS | DONEE'S RELATIONSHIP | AMOUNT |
|---|---|---|---|---|
|  | PROFINA DEBT SOLUTIONS, INC | 1768 PARK CENTER DRIVE, ORLANDO FL 32835 | AFFILATE | 4350000. |
|  | INCHARGE INSTITUE OF AMERICA, INC. | 1768 PARK CENTER DRIVE, ORLANDO FL 32835 | AFFILATE | 36657806. |
| TOTAL INCLUDED ON FORM 990, PART II, LINE 22 |  |  |  | 41007806. |

| FORM 990 | OTHER PROGRAM SERVICES | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | GRANTS AND ALLOCATIONS | EXPENSES |
|---|---|---|
| MORTGAGE EDUCATION AND COUNSELING |  | 752,128. |
| EDUCATION AND TRAINING PROVIDE INFORMATION AND SEMINARS TO THE PUBLIC. |  | 411,528. |
| TOTAL TO FORM 990, PART III, LINE E |  | 1,163,656. |

NATIONAL CREDIT COUNSELING SERVICES, INC    52-1799746

| FORM 990 | OTHER NOTES AND LOANS REPORTED SEPARATELY | STATEMENT 6 |
|---|---|---|

**BORROWER'S NAME**         **TERMS OF REPAYMENT**

AMERIX CORPORATION

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/31/98 | 12/31/03 | 192,435. | 8.50% | 0. |

**SECURITY PROVIDED BY BORROWER**    **PURPOSE OF LOAN**

SOFTWARE                              SALE OF ASSET

| RELATIONSHIP OF BORROWER | DESCRIPTION OF CONSIDERATION | DOUBTFUL ACCT ALLOWANCE | BALANCE DUE |
|---|---|---|---|
| MAJORITY SHAREHOLDER WAS FORMER PRESIDENT OF GENUS | GENESIS SYSTEM | 0. | 122,951. |

**BORROWER'S NAME**         **TERMS OF REPAYMENT**

AMERIX CORPORATION

| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE | FMV OF CONSIDERATION |
|---|---|---|---|---|
| 12/31/98 | 12/31/03 | 1,600,000. | 8.50% | 0. |

**SECURITY PROVIDED BY BORROWER**    **PURPOSE OF LOAN**

STOCK                                 SALE OF FREEDOM NETWORK INT'L STOCK

| RELATIONSHIP OF BORROWER | DESCRIPTION OF CONSIDERATION | DOUBTFUL ACCT ALLOWANCE | BALANCE DUE |
|---|---|---|---|
| MAJORITY SHAREHOLDER WAS FORMER PRESIDENT OF GENUS | NONE | 0. | 1,025,457. |

NATIONAL CREDIT COUNSELING SERVICES, INC                    52-1799746

| BORROWER'S NAME | TERMS OF REPAYMENT | | | |
|---|---|---|---|---|
| AMERIX CORPORATION | | | | |
| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE | FMV OF CONSIDERATION |
| 12/31/98 | 12/31/03 | 1,483,349. | 8.50% | 0. |
| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN | | | |
| LEASEHOLD IMPROVEMENTS | LEASEHOLD IMPROVEMENTS | | | |
| RELATIONSHIP OF BORROWER | DESCRIPTION OF CONSIDERATION | | DOUBTFUL ACCT ALLOWANCE | BALANCE DUE |
| MAJORITY SHAREHOLDER WAS FORMER PRESIDENT OF GENUS | NONE | | 0. | 912,947. |

| BORROWER'S NAME | TERMS OF REPAYMENT | | | |
|---|---|---|---|---|
| AMERIX CORPORATION | | | | |
| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE | FMV OF CONSIDERATION |
| 01/01/98 | | 362,300. | 8.50% | 0. |
| SECURITY PROVIDED BY BORROWER | PURPOSE OF LOAN | | | |
| NONE | TRANSFERRED WORKFORCE | | | |
| RELATIONSHIP OF BORROWER | DESCRIPTION OF CONSIDERATION | | DOUBTFUL ACCT ALLOWANCE | BALANCE DUE |
| MAJORITY SHAREHOLDER WAS FORMER PRESIDENT OF GENUS | NONE | | 0. | 250,835. |

NATIONAL CREDIT COUNSELING SERVICES, INC                                          52-1799746

| BORROWER'S NAME | TERMS OF REPAYMENT | | | |
|---|---|---|---|---|
| NORTH SEATTLE COMMUNITY COLLEGE FOUNDATION D/B/A AMERICAN FINANCIAL | | | | |
| DATE OF NOTE | MATURITY DATE | ORIGINAL LOAN AMOUNT | INTEREST RATE | FMV OF CONSIDERATION |
| 06/29/01 | 07/01/04 | 6,000,000. | 6.00% | 0. |
| SECURITY PROVIDED BY BORROWER | | PURPOSE OF LOAN | | |
| COLLATERAL OF MAKER | | SALE OF ASSETS | | |
| RELATIONSHIP OF BORROWER | DESCRIPTION OF CONSIDERATION | | DOUBTFUL ACCT ALLOWANCE | BALANCE DUE |
| NONE | NONE | | 0. | 5,384,955. |
| TOTALS INCLUDED ON FORM 990, PART IV, LINE 51 | | | 0. | 7,697,145. |

| FORM 990 | OTHER LIABILITIES | STATEMENT 7 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| DUE TO PROFINA DEBT SOLUTIONS | | 202,148. |
| DUE TO INCHARGE INSTITUTE OF AMERICA, INC. | | 301,552. |
| TOTAL TO FORM 990, PART IV, LINE 65, COLUMN B | | 503,700. |

| FORM 990 | IDENTIFICATION OF RELATED ORGANIZATIONS PART VI, LINE 80B | | STATEMENT 8 |
|---|---|---|---|
| NAME OF ORGANIZATION | | EXEMPT | NONEXEMPT |
| PROFINA DEBT SOLUTIONS, INC. | | X | |
| INCHARGE INSTITUTE OF AMERICA, INC. | | X | |
| ACCREDITED BANKRUPTCY SERVICES, INC. | | | X |

NATIONAL CREDIT COUNSELING SERVICES, INC                                52-1799746

| SCHEDULE A | OTHER INCOME | | | STATEMENT 9 |
|---|---|---|---|---|
| DESCRIPTION | 2000 AMOUNT | 1999 AMOUNT | 1998 AMOUNT | 1997 AMOUNT |
| MISCELLANEOUS INCOME | 0. | 22,365. | 301,852. | 208,711. |
| TOTAL TO SCHEDULE A, LINE 22 | 0. | 22,365. | 301,852. | 208,711. |

Attachment to Form 990, Part V, Line 75
Profina Debt Solutions, Inc. FIN #33-0770440
National Credit Counseling Services, Inc. FIN #52-1799746
InCharge Institute of America, Inc. FIN #52-2196183
REVISED

|  | Title | Salary | Benefits | Expenses |
|---|---|---|---|---|
| **David C. Jones** | | | | |
| InCharge Institute of America, Inc. | CEO/President | $ 97,979 | $ 36,318 | $ 3,226 |
| Profina Debt Solutions, Inc. | Chairman | $ 335,928 | $ 124,519 | $ 11,060 |
| National Credit Counseling Services, Inc. | Chairman | $ 32,660 | $ 12,106 | $ 1,075 |
| | | $ 466,567 | $ 172,943 | $ 15,361 |
| **Robert J. Barrett** | | | | |
| InCharge Institute of America, Inc. | Executive VP/COO | $ 59,880 | $ 21,406 | $ 4,894 |
| Profina Debt Solutions, Inc. | Vice Chairman | $ 205,302 | $ 73,392 | $ 16,781 |
| National Credit Counseling Services, Inc. | Vice Chairman | $ 19,960 | $ 7,135 | $ 1,631 |
| | | $ 285,141 | $ 101,933 | $ 23,307 |
| **Etta W. Money** | | | | |
| InCharge Institute of America, Inc. | Secty/Tresr/CFO | $ 38,130 | $ 15,076 | $ 5,554 |
| Profina Debt Solutions, Inc. | Trustee | $ 130,730 | $ 51,688 | $ 19,043 |
| National Credit Counseling Services, Inc. | Trustee | $ 12,710 | $ 5,025 | $ 1,851 |
| | | $ 181,570 | $ 71,789 | $ 26,449 |
| **Michael Schiano** | | | | |
| InCharge Institute of America, Inc. | VP Call Center | $ 26,572 | $ 1,046 | $ 3,473 |
| Profina Debt Solutions, Inc. | Secretary/Treasurer | $ 99,963 | $ - | $ - |
| National Credit Counseling Services, Inc. | N/A | $ - | $ 3,937 | $ 13,065 |
| | | $ 126,535 | $ 4,983 | $ 16,538 |
| **Robert Closs** | | | | |
| InCharge Institute of America, Inc. | VP Stratg Allian | $ 58,644 | $ 2,448 | $ 7,836 |
| Profina Debt Solutions, Inc. | N/A | $ - | $ - | $ - |
| National Credit Counseling Services, Inc. | Vice President | $ 87,966 | $ 3,672 | $ 11,755 |
| | | $ 146,610 | $ 6,120 | $ 19,591 |
| **Howell Edwards** | | | | |
| InCharge Institute of America, Inc. | N/A | $ 62,255 | $ 4,082 | $ 4,452 |
| Profina Debt Solutions, Inc. | President | $ 79,234 | $ 5,195 | $ 5,667 |
| National Credit Counseling Services, Inc. | N/A | $ - | $ - | $ - |
| | | $ 141,489 | $ 9,277 | $ 10,119 |

Note: The Officers of the three related entities are paid through InCharge Institute and the payroll is allocated to the various underlying entities. Each entity is showing its allocated amounts as compensation to officers, directors and key employees.