# EXHIBIT 12



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

TAX EXEMPT AND
GOVERNMENT ENTITIES
DIVISION

Date:   November 3, 2004

National Credit Counseling Services Inc
c/o Jonathan May
14020 Little Patuxent Pkwy., Suite 495
Columbia, Maryland 21044

**Refer Reply to:**
TEGE:EO:E:GC:7954

**Person to Contact:**
Eric B. Thomas
I.D. Number 52-07865

**Contact Telephone Number:**
(954) 423-7708

Dear Mr. May:

Enclosed is a Form 5701, Notice of Proposed Adjustment, for National Credit Counseling Services, Inc. (NCCS). Form 5701 is used to inform you of issues that are being raised as a result of our examination. This Form 5701 addresses the proposed revocation of NCCS' tax exempt status for the years ending December 31, 2000, 2001, and 2002. At this time, this is the only Form 5701 we anticipate issuing.

We have talked about the issue raised in the Form 5701, but this document allows us to inform you of the issue in writing. It is not an examination report. If you do not agree with the issue raise in Form 5701, please provide a response to us in writing by November 15, 2004. Your response should be mailed to the attention of Duncan Waggoner, Internal Revenue Agent, to the address below.

If you have any questions, or need additional time to provide a response to Form 5701, please call me at the telephone number above.

Sincerely,

*E. B. Thomas*

Eric B. Thomas
Internal Revenue Agent – EO Specialist

Enclosure

Internal Revenue Service
Exempt Organizations
550 Main Street, Room 6417
Cincinnati, Ohio 45202-5204