EXHIBIT 17

# EO Workpaper Summary

Complete or use address label for name of plan sponsor/organization, address and EIN

| Plan sponsor or organization name and address (Attach label here) | Examination Results | | |
|---|---|---|---|
| National Credit Counseling Services Inc<br>1768 Park Center Drive<br>Orlando, FL 32835 | Return form number<br>**F990** | Year(s)<br>**200012, 200112**<br>**200212** | Time<br>**764 Hours** |
| | Disposal code and description<br>**07    Unagreed Protest to Appeals** | | Letter number<br>**L3618** |
| EIN    **52-1799746** | Specialist    **D. Waggoner** | | Date    **4/1/05** |
| File folder number | Plan number | Reviewer | Date |

Indicate with an "X" all completed actions and "NA" for all "Not Applicable" actions for your programs

| EO Examination Program Guide<br>Items and related actions | "X"or<br>"NA" | EO Examination Program Guide<br>Items and related actions | "X"or<br>"NA" |
|---|---|---|---|
| **A. Pre-Audit Analysis** | | **G. Package Audit** | |
| 1. IDRS Research (Confirm TP Information( | x | 1. Prior/Subsequent Yr. Return | x |
| 2. Form 5546 Charge out & Classification Sheet | x | 2. Related/Controlled Organizations | x |
| 3. Statute of Limitations Expiration Date & Updates | x | 3. Employment Tax Returns (Form 940, 941, 945, etc.) | x |
| 4. Organization Requirements | x | 4. Information Returns, (Forms W-4, W-2, 1099, 1042, etc.) | x |
| 5. Tax Return Information 6. Initial Contact/Publication 1 | x | 5..Section 530 Eligibility | na |
| 6. Initial Contact/Publication 1 | x | 6. CSP Eligibility | na |
| **B. Organizational Documentation** | | 7. Discrepancy Adjustments | na |
| 1. Articles of Incorporation or Constitution | x | 8. Pension Plan Determination Letter and Return | x |
| 2. Bylaws | x | 9. Other | na |
| 3. Determination Application | x | **H. Other Tax Liabilities** | |
| 4. Determination Letter | x | 1. Political Expenditures Tax | x |
| 5. Amendments | x | 2. Excess Lobbying Expense Tax | x |
| **C. Operational Review** | | 3. Excise Tax & Intermediate Sanctions | na |
| 1. Initial Interview | x | 4. Miscellaneous Taxes (e.g. Proxy, Wagering, Etc.) | na |
| 2. Tour of Facility | x | 5. Collection of Tax | x |
| 3. Prior Examination History | x | 6. Other | x |
| 4. Minutes | x | **I. Penalties** | |
| 5. Publications | x | 1. IRC 6652(c)Failure to File Information Returns | x |
| 6. Correspondence | x | 2. IRC 6651 Failure to File Tax Returns | na |
| 7. Contracts/Leases | x | 3. IRC 6662 Accuracy Related Penalty | na |
| 8. Legislative Activities | x | 4. Employment Tax Penalties | na |
| 9. Political Activities | x | 5. IRC 6663 Fraud Penalty | x |
| 10. Private Interest Served | x | **J. Relevant Exam Considerations** | |
| 11. Activities to Present | x | 1. IRC 6104 Notification & IRC 6113 Disclosure | x |
| 12. Private Foundation Status | x | 2. Power of Attorney | x |
| **D. Financial Examination** | | 3. Notice of Third Party Contact | x |
| 1. Method of Accounting/Internal Controls | x | 4. Fraud Considerations | x |
| 2. Audit Reports | x | 5. Specialist Involvement | na |
| 3. Reconciliation of Return to Books& Records | x | 6. Inadequate Records Notice | na |
| 4. Sources of Income | x | 7. Closing Agreement and Termination/Jeopardy Assessments | na |
| 5. Expenditure Analysis | X | **K. Special EO Exam Activities** | |
| 6. Other | na | 1. Claims for Refund | na |
| **E. Balance Sheet Analysis** | | 2. Gaming | na |
| 1. Comparative Balance Sheet | x | 3. Tax Exempt Bonds | na |
| 2. Asset Verification | x | 4. 1120-POL | na |
| 3. Nature of Liabilities | x | 5. VCAP | na |
| 4. Reconciliation of Net Worth | x | **L. Audit Considerations** | |
| **F. Unrelated Business Income** | | 1. Agreed & Unagreed Closings | x |
| 1. Sources of UBI | x | 2. Administrative Record | x |
| 2. Income/Expense Allocation | x | 3. Case File Assembly | x |
| 3. Tax Computation | x | | |

Form **5772** (Rev. 1-85)

Department of the Treasury – Internal Revenue Service

# EO Workpaper Summary Continuation Sheet

| Name of plan or organization | Specialist | Page number |
|---|---|---|
| National Credit Counseling Services Inc | D Waggoner | Page 5 of 6 |

| Work paper index | Items to be verified (Reminders or points to be considered) | Examination procedures and conclusions | W/P Ref |
|---|---|---|---|
| 5. | IRC 6663: Imposition of Fraud Penalty | NCCS records were examined and officers interviewed. There are no badges of fraud. | |