# EXHIBIT 18

# EO Workpaper Summary

Complete or use address label for name of plan sponsor/organization, address and EIN

Plan sponsor or organization name and address
(Attach label here)

**National Credit Counseling Services Inc**
**1768 Park Center Drive**
**Orlando, FL 32835**

EIN: 52-1799746

File folder number:      Plan number:

## Examination Results

| Return form number | Year(s) | Time |
|---|---|---|
| F990 | 200012, 200112, 200212 | 764 Hours |

| Disposal code and description | | Letter number |
|---|---|---|
| 07 | Unagreed Protest to Appeals | L3618 |

| Specialist | Date |
|---|---|
| D. Waggoner | 4/1/05 |

| Reviewer | Date |
|---|---|
| | |

Indicate with an "X" all completed actions and "NA" for all "Not Applicable" actions for your programs

| EO Examination Program Guide — Items and related actions | "X" or "NA" | EO Examination Program Guide — Items and related actions | "X" or "NA" |
|---|---|---|---|
| **A. Pre-Audit Analysis** | | **G. Package Audit** | |
| 1. IDRS Research (Confirm TP Information( | X | 1. Prior/Subsequent Yr. Return | X |
| 2. Form 5546 Charge out & Classification Sheet | X | 2. Related/Controlled Organizations | X |
| 3. Statute of Limitations Expiration Date & Updates | X | 3. Employment Tax Returns (Form 940, 941, 945, etc.) | X |
| 4. Organization Requirements | X | 4. Information Returns, (Forms W-4, W-2, 1099, 1042, etc.) | X |
| 5. Tax Return Information 6. Initial Contact/Publication 1 | X | 5. Section 530 Eligibility | na |
| 6. Initial Contact/Publication 1 | X | 6. CSP Eligibility | na |
| **B. Organizational Documentation** | | 7. Discrepancy Adjustments | na |
| 1. Articles of Incorporation or Constitution | X | 8. Pension Plan Determination Letter and Return | X |
| 2. Bylaws | X | 9. Other | na |
| 3. Determination Application | X | **H. Other Tax Liabilities** | |
| 4. Determination Letter | X | 1. Political Expenditures Tax | X |
| 5. Amendments | X | 2. Excess Lobbying Expense Tax | X |
| **C. Operational Review** | | 3. Excise Tax & Intermediate Sanctions | na |
| 1. Initial Interview | X | 4. Miscellaneous Taxes (e.g. Proxy, Wagering, Etc.) | na |
| 2. Tour of Facility | X | 5. Collection of Tax | X |
| 3. Prior Examination History | X | 6. Other | X |
| 4. Minutes | X | **I. Penalties** | |
| 5. Publications | X | 1. IRC 6652(c)Failure to File Information Returns | X |
| 6. Correspondence | X | 2. IRC 6651 Failure to File Tax Returns | na |
| 7. Contracts/Leases | X | 3. IRC 6662 Accuracy Related Penalty | na |
| 8. Legislative Activities | X | 4. Employment Tax Penalties | na |
| 9. Political Activities | X | 5. IRC 6663 Fraud Penalty | X |
| 10. Private Interest Served | X | **J. Relevant Exam Considerations** | |
| 11. Activities to Present | X | 1. IRC 6104 Notification & IRC 6113 Disclosure | X |
| 12. Private Foundation Status | X | 2. Power of Attorney | X |
| **D. Financial Examination** | | 3. Notice of Third Party Contact | X |
| 1. Method of Accounting/Internal Controls | X | 4. Fraud Considerations | X |
| 2. Audit Reports | X | 5. Specialist Involvement | na |
| 3. Reconciliation of Return to Books & Records | X | 6. Inadequate Records Notice | na |
| 4. Sources of Income | X | 7. Closing Agreement and Termination/Jeopardy Assessments | na |
| 5. Expenditure Analysis | X | **K. Special EO Exam Activities** | |
| 6. Other | na | 1. Claims for Refund | na |
| **E. Balance Sheet Analysis** | | 2. Gaming | na |
| 1. Comparative Balance Sheet | X | 3. Tax Exempt Bonds | na |
| 2. Asset Verification | X | 4. 1120-POL | na |
| 3. Nature of Liabilities | X | 5. VCAP | na |
| 4. Reconciliation of Net Worth | X | **L. Audit Considerations** | |
| **F. Unrelated Business Income** | | 1. Agreed & Unagreed Closings | X |
| 1. Sources of UBI | X | 2. Administrative Record | X |
| 2. Income/Expense Allocation | X | 3. Case File Assembly | X |
| 3. Tax Computation | X | | |

Form 5772 (Rev. 1-85)                                                Department of the Treasury – Internal Revenue Service

# EO Workpaper Summary Continuation Sheet

| Name of plan or organization | Specialist | Page number |
|---|---|---|
| National Credit Counseling Services Inc | D Waggoner | Page 5 of 6 |

| Work paper index | Items to be verified (Reminders or points to be considered) | Examination procedures and conclusions | W/P Ref |
|---|---|---|---|
| 4. | Fraud Considerations | Review of financial records and interview revealed no indications of fraud. | |

Form 5773 (C.G. Rev. 8-2002)                Department of the Treasury – Internal Revenue Service