## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL CREDIT COUNSELING                *
SERVICES, INC.

            Plaintiff                              *

v.                                                                *   Civil Action No: 1:06 CV 02028 RBW

UNITED STATES OF AMERICA                  *

            Defendant                              *

*    *    *    *    *    *    *    *    *    *    *

### PLAINTIFF'S REQUEST FOR ORAL HEARING UPON
### PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

National Credit Counseling Services, Inc. (alternatively, "NCCS" or the "Plaintiff"), by its undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule LCvR 7(f) requests this Court conduct an oral hearing upon Plaintiff's Motion for Partial Summary Judgment and all papers in support thereof (collectively, the "Motion") and any opposition to the Motion.

Respectfully submitted,

/s/Gary S. Posner
Gary S. Posner  (Bar I.D. No. MD05863)
Whiteford, Taylor & Preston L.L.P.
7 Saint Paul Street
Baltimore, Maryland  21202-1626
Tel (410) 347-8700
Fax (410) 752-7092
*E-mail*: gposner@wtplaw.com

/s/Jonathan Z. May
Jonathan Z. May (Bar I.D. No. 495031)
Robert D. Earle (Bar I.D. No. 449012)
Whiteford, Taylor & Preston L.L.P.
50 Corporate Center
10500 Little Patuxent Parkway, Ste. 750
Columbia, Maryland 21044-3585
Tel (410) 884-0700
Fax (410) 884-2451
*E-mail:* jmay@wtplaw.com

Attorneys for Plaintiff,
    National Credit Counseling Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of February, 2008, a copy of the foregoing, Request for Oral Hearing Upon Plaintiff's Motion for Partial Summary Judgment, was sent electronically, via the Court's ECF System, and via first class United States mail, postage prepaid, to:

> Lawrence P. Blaskopf
> Benjamin J. Weir
> Civil Trial Section, Eastern Region
> U.S. Department of Justice, Tax Division
> P.O. Box 227
> Washington, D.C.  20044


> /s/Gary S. Posner_____
> Gary S. Posner

*1775285*