UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                                                       )
NATIONAL CREDIT COUNSELING                )
SERVICES INC.,                                              )
                                                                       )
                    Plaintiff,                                       )
                                                                       )
         v.                                                           )          Civil Action No. 06-2028  (RBW)
                                                                       )
UNITED STATES                                           )
                                                                       )
                    Defendant.                                   )
_____ )

## <u>SCHEDULING ORDER</u>

The parties filed a joint motion on January 29, 2008 to modify the scheduling order in the

instant matter.  Based upon the parties' joint motion, it is on this 5th day of  February, 2008,

hereby **ORDERED** that

1.   The plaintiff shall serve its expert report pursuant to Rule 26(a)(2) by August 1, 2008, and the defendant shall serve its expert report pursuant to Rule 26(a)(2) by September 9, 2008.

2.   Factual discovery shall be concluded by July 3, 2008.  Expert discovery shall be concluded by October 17, 2008.

3.   This case shall be referred to a magistrate judge for settlement discussions commencing on July 3, 2008 and concluding on August 2, 2008.

4.   Any dispositive motions shall be filed by October 31, 2008, any oppositions shall be filed by December 1, 2008, and any reply thereto shall be filed by December 15, 2008.

5.   A pretrial conference shall be held on March 23, 2009 at 11:30 a.m. in the Chamber of Judge Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

**SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge